Fill in this information to identify the case:

Debtor name | Three Aminos, LLC

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF TENNESSEE**

Case number (if known): _____

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                        12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Albert Crum<br>64 East Market St.<br>Rhinebeck, NY<br>12572 | Ryan Abbott<br>Brown Neri Smith<br>& Khan, LLP<br>11601B Wilshire<br>Blvd. #2080<br>Los Angeles, CA<br>90025 | Litigation | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| Amarex<br>Det. Lockbox<br>#771390<br>P.O. Box 77000<br>Detroit, MI 48277 | | Trade Debt | | | | $281,608.03 |
| Covington & Burling LLP<br>One City Center<br>850 Tenth St., NW<br>Washington, DC<br>20001 | | Professional Services | | | | $94,029.50 |
| Davis Pickren<br>Seydel & Sneed<br>285 Peachtree<br>Center Ave., NE<br>Atlanta, GA 30303 | | Professional Services | | | | $113,504.05 |
| Island Compounding Pharmacy<br>24201 Meridian Blvd.<br>Grosse Ile, MI 48138 | | Loan | | | | $508,054.17 |
| Jeffrey Benore<br>2811 E. Erie Rd.<br>Erie, MI 48133 | | Loan | | | | $454,946.19 |
| Jim Tafel Jr.<br>1215 Troon Ct.<br>Alpharetta, GA<br>30005 | | Loan | | | | $3,897,089.99 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Case 3:23-bk-02202   Doc 3   Filed 06/21/23   Entered 06/21/23 10:39:37   Desc Main
Document        Page 1 of 2

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Polsinelli 1401 Eye St., NW Ste. 800 Washington, DC 20005 | | Professional Services | | | | $627,558.04 |
| Precision Effect 133 Federal Street FL. 10 Boston, MA 02110 | | Trade Debt | | | | $18,090.00 |
| Resolve Mediation Services, Inc. 1211 Avenue of the Americas 40th Floor New York, NY 10036-8704 | | Professional Services | | | | $11,118.75 |
| Saminchem, Inc. 3225 Grapevine St. Mira Loma, CA 91709 | | Trade Debt | | | | $1,732.50 |
| Sovereign Pharmaceutical 7590 Sand Street Fort Worth, TX 76118 | | Trade Debt | | | | $21,880.91 |
| Studio Charle 6105 Blue Stone Road Ste. 303 Atlanta, GA 30328 | | Trade Debt | | | | $10,927.00 |
| The Proimmune Company 64 East Market St. Rhinebeck, NY 12572 | Ryan Abbott Brown Neri Smith & Khan, LLP 11601B Wilshire Blvd. #2080 Los Angeles, CA 90025 | Litigation | Contingent Unliquidated Disputed | | | Unknown |

Case 3:23-bk-02202   Doc 3   Filed 06/21/23   Entered 06/21/23 10:39:37   Desc Main
Document      Page 2 of 2