Charles M. Walker
U.S. Bankruptcy Judge
Dated: 6/27/2023



# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE

| In re: THREE AMINOS, LLC | ) | |
|---|---|---|
| | ) | Case No. 3:23-02202 |
| | ) | Chapter 11, Subchapter V |
| | ) | Judge Walker |
| | ) | |
| Debtor. | ) | |

## ORDER AND NOTICE OF
## SMALL BUSINESS SUBCHAPTER V STATUS CONFERENCE

The status conference pursuant to 11 U.S.C. § 1188(a) in this case shall be held in the Customs House, 701 Broadway, Nashville, Tennessee 37203 as indicated below:

| Date: 8/9/2023 | Time: 11:00 A.M. | Courtroom: Two |
|---|---|---|

Pursuant to 11 U.S.C. § 1188(c), a Status Conference Report shall be filed by the deadline indicated below, in a format substantially similar to the attachment to this order, addressing the topics identified in the attachment to the extent applicable to this case, as well as any other information believed by Debtor(s) to be pertinent for discussion at the status conference.

**Deadline for Status Conference Report: 7/26/2023**

Pursuant to 11 U.S.C. § 1116(2), the Trustee, counsel for the Debtor(s), and the Debtor(s) are required to be present at the status conference. (In the case of a business entity, a person in senior management familiar with the topics to be discussed shall attend.)

IT IS SO ORDERED.

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. |
| | ) | Chapter 11, Subchapter V |
| | ) | Judge |
| | ) | |
| Debtor(s). | ) | Date of Status Conference: |

**SMALL BUSINESS SUBCHAPTER V STATUS CONFERENCE REPORT**

This report is filed pursuant to the Court's order entered on _____ in connection with the upcoming Small Business Subchapter V Status Conference.

1. **Nature of the Business:**

2. **Location(s) of the Business:**

3. **Ownership of the Business:**

4. **Information Regarding the Number and Types of Employees:**

5. **Primary Cause(s) of the Necessity to File Bankruptcy:**

6. **General Information about the Nature of the Secured, Priority & Unsecured Debt:**

**7.     Status of Employment of Professionals:**

**8.     Status of Discussions with Trustee:**

**9.     Status of Any Cash Collateral, Adequate Protection, or Stay Relief Issues:**

**10.    Goals for Reorganization of the Business:**

**11.    Financial Projections for Upcoming Six-Month Period and Reasons for Any Significant Variation from Historical Performance:**

**12.    Efforts Taken and Status of Achieving a Consensual Plan:**

**13.    Whether There Is Any Need to File a Separate Disclosure Statement:**

**14.    Whether There Is Any Need to Expand the Proof of Claim Deadline (Automatically Set at 60 Days from Petition Date):**

**15.    Any Other Pertinent Information that Should Be Brought to the Court's Attention:**

_____

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

Case 3:23-bk-02202    Doc 8    Filed 06/27/23    Entered 06/27/23 06:44:24    Desc Main Document    Page 3 of 3