Charles M. Walker
U.S. Bankruptcy Judge
Dated: 7/18/2023



### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THREE AMINOS, LLC, | ) | Case No. 3:23-bk-02202 |
| | ) | |
| Debtor. | ) | Hon. Charles M. Walker |

**AGREED ORDER RESCHEDULING**
**SMALL BUSINESS SUBCHAPTER V STATUS CONFERENCE**

It appearing to the Court, based on the signatures below of counsel for the Debtor, Three Aminos, LLC, the United States Trustee and the Subchapter V Trustee that an agreement has been reached to reschedule the status conference pursuant to 11 U.S.C. § 1188(a) based on the expected unavailability of the Subchapter V Trustee on August 9, 2023, the date originally scheduled for the status conference, it is hereby ORDERED as follows:

1. The status conference shall be held in the Customs House, 701 Broadway, Nashville, Tennessee 27303 on August 30, 2023, at 11:00 a.m., in Courtroom Two.

2. A Status Conference Report, in a format substantially similar to the attachment to Docket No. 8, shall be filed by August 16, 2023.

3. Pursuant to 11 U.S.C. § 1116(2), the Trustee, counsel for the Debtor and a person in senior management of the Debtor familiar with the topics to be discussed shall be present at the status conference.

4. Although the date of the rescheduled status conference is more than sixty (60) days after the entry of the order for relief, this extension is attributable to circumstances for which the Debtor should not justly be held accountable, the exception found in 11 U.S.C. § 1188(b), thus, being applicable.

**This Order Was Signed And Entered Electronically as Indicated At The Top Of The First Page**

APPROVED FOR ENTRY:

*/s/ Austin L. McMullen*
Austin L. McMullen (No. 20877)
Bradley Arant Boult Cummings LLP
1600 Division St., Suite 700
Nashville, TN 37203
(615) 252-2307
AMcMullen@Bradley.com


*/s/ Jeffrey S. Grasl*
Jeffrey S. Grasl
Department of Justice, Office of U.S. Trustee
701 Broadway, Suite 318
Nashville, TN 37203
(615) 736-5486
Jeffrey.s.grasl@usdoj.gov


*/s/ Michael G. Abelow*
Michael Geoffrey Abelow
Sherrard Roe Voigt & Harbison, PLC
150 Third Avenue South, Ste. 1100
Nashville, TN 37201
615-742-4532
mabelow@srvhlaw.com
*Subchapter V Trustee*

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.