| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Three Aminos, LLC |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE |
| Case number (if known) | 3:23-bk-02202 |

☒ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☒ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☒ Amended Schedule
- ☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  July 19, 2023      X /s/ Laura Lile
                                 Signature of individual signing on behalf of debtor

                                 Laura Lile
                                 Printed name

                                 Authorized Representative
                                 Position or relationship to debtor

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor    Current value of debtor's interest

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | PNC Bank | Checking | 0614 | $31,954.23 |

4. Other cash equivalents *(Identify all)*

5. Total of Part 1.    $31,954.23
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

■ No. Go to Part 3.
☐ Yes Fill in the information below.

## Part 3: Accounts receivable

10. Does the debtor have any accounts receivable?

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. Accounts receivable

|  | face amount | doubtful or uncollectible accounts |  |
|---|---|---|---|
| 11a. 90 days old or less: | 2,301.00 - | 0.00 = .... | $2,301.00 |

| Debtor | Three Aminos, LLC | Case number (If known) | 3:23-bk-02202 |
|---|---|---|---|
| | Name | | |

| 11b. Over 90 days old: | 0.00 | − | 0.00 | =.... | $0.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**  $2,301.00

   Current value on lines 11a + 11b = line 12. Copy the total to line 82.

## Part 4: Investments

13. **Does the debtor own any investments?**

   ☐ No. Go to Part 5.
   ■ Yes Fill in the information below.

   | | | | Valuation method used for current value | Current value of debtor's interest |
   |---|---|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**
    Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
    Name of entity:                                              % of ownership

   | 15.1. | Innate FFAAP Medicine LLC | 50 % | N/A | Unknown |
   |---|---|---|---|---|
   | 15.2. | Stress Watchers Oxidative Stress Test Methods LLC | 50 % | N/A | Unknown |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
    Describe:

17. **Total of Part 4.**  $0.00

   Add lines 14 through 16. Copy the total to line 83.

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☐ No. Go to Part 6.
   ■ Yes Fill in the information below.

   | | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
   |---|---|---|---|---|---|
   | 19. | Raw materials<br>IF200 Powder (Bulk) | 2022 | $100,000.00 | Cost | $100,000.00 |
   | | Approx. 155,000 Units IF200 | 06/2023 | $1,700,000.00 | Cost | $1,700,000.00 |

20. **Work in progress**

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**

| 23. | **Total of Part 5.** | | | $1,800,000.00 |
|---|---|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | | | |

24. **Is any of the property listed in Part 5 perishable?**
    ☐ No
    ■ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

**Part 7:  Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.
    ■ Yes Fill in the information below.

| | **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 39. | **Office furniture** <br> **Used Desk** | $0.00 | | $0.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** <br> **Computers in 2020 and 2021** | $0.00 | **Depreciated Cost** | $5,000.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** | | | $5,000.00 |
|---|---|---|---|---|
| | Add lines 39 through 42.  Copy the total to line 86. | | | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☐ No
    ■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 8:  Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

| Debtor | Three Aminos, LLC | Case number (If known) | 3:23-bk-02202 |
|---|---|---|---|
| | Name | | |

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 49.1. | N/A | $0.00 | | $0.00 |
| 50. | **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>Plate Reader - Lab | $0.00 | Depreciated Cost | $0.00 |
| 51. | **Total of Part 8.**<br>Add lines 47 through 50. Copy the total to line 87. | | | $0.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

### Part 9: Real property

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

### Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets**<br>Patents | Unknown | N/A | Unknown |
| 61. | **Internet domain names and websites**<br>IF200.com www.IF200.com | Unknown | N/A | Unknown |

Official Form 206A/B                 Schedule A/B Assets - Real and Personal Property                 page 4
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                                  Best Case Bankruptcy
Case 3:23-bk-02202    Doc 16    Filed 07/19/23    Entered 07/19/23 12:12:34    Desc Main
Document    Page 5 of 11

| Debtor | Three Aminos, LLC | Case number (If known) | 3:23-bk-02202 |
|---|---|---|---|
| | Name | | |

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.** $0.00

    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
    ■ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ■ Yes Fill in the information below.

    **Current value of debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    **Counterclaim against ProImmune & Dr. Crum**    Unknown

    | Nature of claim | Fraud, etc. |
    |---|---|
    | Amount requested | $0.00 |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.** $0.00

    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Debtor | Three Aminos, LLC | Case number *(If known)* | 3:23-bk-02202 |
|---|---|---|---|
| | Name | | |

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form

| | Type of property | Current value of personal property | | Current value of real property |
|---|---|---|---|---|
| 80. | Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $31,954.23 | | |
| 81. | Deposits and prepayments. *Copy line 9, Part 2.* | $0.00 | | |
| 82. | Accounts receivable. *Copy line 12, Part 3.* | $2,301.00 | | |
| 83. | Investments. *Copy line 17, Part 4.* | $0.00 | | |
| 84. | Inventory. *Copy line 23, Part 5.* | $1,800,000.00 | | |
| 85. | Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | | |
| 86. | Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $5,000.00 | | |
| 87. | Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $0.00 | | |
| 88. | Real property. *Copy line 56, Part 9.*................................> | | | $0.00 |
| 89. | Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | | |
| 90. | All other assets. *Copy line 78, Part 11.* | + $0.00 | | |
| 91. | **Total.** Add lines 80 through 90 for each column | $1,839,255.23 | + 91b. | $0.00 |
| 92. | **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | | $1,839,255.23 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Three Aminos, LLC** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE |
| Case number (if known) | 3:23-bk-02202 |

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address<br>**Albert Crum**<br>64 East Market St.<br>Rhinebeck, NY 12572<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: **Fraud, etc.**<br>Is the claim subject to offset? ☐ No ■ Yes | **Unknown** |
|---|---|---|---|
| 3.2 | Nonpriority creditor's name and mailing address<br>**Amarex**<br>Det. Lockbox #771390<br>P.O. Box 77000<br>Detroit, MI 48277<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$281,608.03** |
| 3.3 | Nonpriority creditor's name and mailing address<br>**Covington & Burling LLP**<br>One City Center<br>850 Tenth St., NW<br>Washington, DC 20001<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Professional Services**<br>Is the claim subject to offset? ■ No ☐ Yes | **$94,029.50** |
| 3.4 | Nonpriority creditor's name and mailing address<br>**Davis Pickren Seydel & Sneed**<br>285 Peachtree Center Ave., NE<br>Atlanta, GA 30303<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Professional Services**<br>Is the claim subject to offset? ■ No ☐ Yes | **$113,504.05** |

| | | |
|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Island Compounding Pharmacy**<br>24201 Meridian Blvd.<br>Grosse Ile, MI 48138<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Loan**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$508,054.17** |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Jeffrey Benore**<br>2811 E. Erie Rd.<br>Erie, MI 48133<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Loan**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$454,946.19** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Jim Tafel Jr.**<br>1215 Troon Ct.<br>Alpharetta, GA 30005<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Loan**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,897,089.99** |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Polsinelli**<br>1401 Eye St., NW<br>Ste. 800<br>Washington, DC 20005<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Professional Services**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$627,558.04** |
| | **Nonpriority creditor's name and mailing address**<br>**Precision Effect**<br>133 Federal Street<br>FL. 10<br>Boston, MA 02110<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Trade Debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$18,090.00** |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Resolve Mediation Services, Inc.**<br>1211 Avenue of the Americas<br>40th Floor<br>New York, NY 10036-8704<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Professional Services**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$11,118.75** |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Saminchem, Inc.**<br>3225 Grapevine St.<br>Mira Loma, CA 91709<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade Debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,732.50** |

| 3.12 | Nonpriority creditor's name and mailing address<br>**Sovereign Pharmaceutical**<br>7590 Sand Street<br>Fort Worth, TX 76118 | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | $21,880.91 |
| --- | --- | --- | --- |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.13 | Nonpriority creditor's name and mailing address<br>**Studio Charle**<br>6105 Blue Stone Road<br>Ste. 303<br>Atlanta, GA 30328 | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | $10,927.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.14 | Nonpriority creditor's name and mailing address<br>**The Proimmune Company**<br>64 East Market St.<br>Rhinebeck, NY 12572 | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | Unknown |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Fraud, etc.**<br>Is the claim subject to offset? ☐ No ■ Yes | |

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.1 | **Ryan Abbott**<br>Brown Neri Smith & Khan LLP<br>11601B Wilshire Blvd. #2080<br>Los Angeles, CA 90025 | Line **3.14**<br>☐ Not listed. Explain ___ | _ |
| 4.2 | **Ryan Abbott**<br>Brown Neri Smith & Khan LLP<br>11601B Wilshire Blvd. #2080<br>Los Angeles, CA 90025 | Line **3.1**<br>☐ Not listed. Explain ___ | _ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 6,040,539.13 |
| 5c. Total of Parts 1 and 2<br>   Lines 5a + 5b = 5c. | 5c. | $ | 6,040,539.13 |