IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THREE AMINOS, LLC, | ) | Case No. 3:23-bk-02202 |
| | ) | |
| Debtor. | ) | Hon. Charles M. Walker |

## NOTICE OF CONTINUANCE OF SECTION 341 MEETING OF CREDITORS

The above-captioned debtor, in consultation with the U.S. Trustee, hereby gives notice of the continuance of the Section 341 Meeting of Creditors in this case. By agreement, the Meeting of Creditors has been continued and will take place telephonically on Friday, August 4, 2023, at 10:00 a.m. Please call 877-934-2472, and enter code 8613356# to attend. The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.

Date: July 19, 2023

Respectfully Submitted:

/s/ Austin L. McMullen
Austin L. McMullen (No 20877)
Bradley Arant Boult Cummings LLP
1600 Division St., Suite 700
Nashville, TN 37203
(615) 252-2307
AMcMullen@Bradley.com

*Attorneys for Debtor*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 19th day of July, 2023, the foregoing document was automatically served via the Court's electronic filing system to those parties registered to receive electronic filings in this case and by U.S. Mail, postage pre-paid, to the attached mailing list.

/s/ Austin L. McMullen
Austin L. McMullen

AMAREX
DET. LOCKBOX #771390
PO BOX 77000
DETROIT, MI. 48277-1380

COVINGTON & BURLING LLP
ONE CITY CENTER
850 TENTH STREET, NW
WASHINGTON, DC 20001

DAVIS, PICKREN, SEYDEL & SNEED
285 PEACHTREE CENTER AVENUE NORTHEAST
ATLANTA, GA 30303

POLSINELLI
1401 EYE STREET N.W.
SUITE 800
WASHINGTON, DC 20005

PRECISION EFFECT
133 FEDERAL STREET
FL 10
BOSTON, MA 02110

SAMINCHEM, INC.
3225 GRAPEVINE ST.
MIRA LOMA, CA 91709

RESOLVE MEDIATION SERVICES, INC.
1211 AVENUE OF THE AMERICAS
40TH FLOOR
NEW YORK, NY 10036-8704

SOVEREIGN PHARMACEUTICAL
7590 SAND STREET
FORT WORTH, TX 76118

STUDIO CHARLE
6105 BLUE STONE ROAD
SUITE #303
ATLANTA, GA 30328

JIM TAFEL JR
1215 TROON CT
ALPHARETTA, GA 30005

THE PROIMMUNE COMPANY
64 EAST MARKET ST
RHINEBECK, NY 12572

RYAN ABBOTT
BROWN, NERI, SMITH & KHAN, LLP
11601B WILSHIRE BLVD #2080
LOS ANGELES, CA 90025

ALBERT CRUM
64 EAST MARKET ST
RHINEBECK, NY 12572

JEFFREY BENORE
2811 E. ERIE RD
ERIE, MI 48133

MICHAEL GEOFFREY ABELOW
SHERRARD ROE VOIGHT & HARBISON PLC
150 THIRD AVENUE NORTH, STE. 1100
NASHVILLE, TN 37201

JEFFREY S. GRASL
OFFICE OF THE UNITED STATES TRUSTEE
701 BROADWAY, STE. 318
NASHVILLE, TN 37203