# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THREE AMINOS, LLC, | ) | Case No. 3:23-bk-02202 |
| | ) | |
| Debtor. | ) | Hon. Charles M. Walker |

## ORDER CONTINUING HEARING ON MOTION FOR RELIEF FROM STAY

This matter came before the Court on August 30, 2023, upon the Motion for Relief from the Automatic Stay to Allow the ProImmune Company, LLC and Albert Crum, M.D., to Continue Prepetition Litigation and Fix Amount of Claim (the "Motion") (Docket No. 42). The Court having considered the Motion, the Debtor's Response, the arguments of counsel and the entire record in this matter, it is hereby

ORDERED that the Preliminary Hearing on the Motion is hereby continued to 11:00 a.m. on September 13, 2023, in Courtroom 2, 701 Broadway, Nashville, TN 37203.

IT IS SO ORDERED.

**This Order Was Signed And Entered Electronically as Indicated At The Top Of The First Page**

SUBMITTED FOR ENTRY:

*/s/ Austin L. McMullen*
Austin L. McMullen (No. 20877)
Bradley Arant Boult Cummings LLP
1600 Division St., Suite 700
Nashville, TN 37203
(615) 252-2307
AMcMullen@Bradley.com

*Counsel for the Debtor*