Charles M. Walker
U.S. Bankruptcy Judge
Dated: 8/31/2023



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| THREE AMINOS, LLC, ) | |
| ) | Case No. 3:23-bk-02202 |
| Debtor. ) | |
| ) | Hon. Charles M. Walker |
| THREE AMINOS, LLC, ) | |
| Movant, ) | |
| v. ) | |
| RYAN ABBOTT, THE PROIMMUNE COMPANY, LLC and ALBERT CRUM, M.D., ) | |
| Respondents. ) | |

## AGREED ORDER RESOLVING MOTION TO ENFORCE AUTOMATIC STAY AND FOR CONTEMPT

It appearing to the Court, based on the signatures below of counsel for the Debtor, Three Aminos, LLC ("Three Aminos"), counsel for Respondents The ProImmune Company, LLC ("ProImmune") and Albert Crum, M.D. ("Dr. Crum") and Respondent Ryan Abbott, that an agreement has been reached to resolve the Motion to Enforce Automatic Stay and for Contempt

(Docket No. 29) (the "Motion"), on the consent of Three Aminos, ProImmune, Dr. Crum, and Mr. Abbott it is hereby ORDERED as follows:

1. The Applications to Re-Open filed by ProImmune and Dr. Crum on or about June 27, 2023, in the following cases pending in the United States District Court, Southern District of New York, are inapplicable to the Debtor, Three Aminos, due to the automatic stay: *The ProImmune Company, LLC v. Laura Lile, M.D. and Three Aminos, LLC*, case number 7:22-cv-07242-KMK; *The ProImmune Company, LLC and Albert Crum, M.D. v. Laura Lile, M.D. and Three Aminos, LLC*, case number 7:22-cv-08227-KMK; and *The ProImmune Company, LLC v. Laura Lile, M.D. and Three Aminos, LLC*, case number 7:22-cv-08229-KMK.

2. Nothing herein shall affect the Application to Re-Open to the extent that the same extend to Dr. Laura Lile.

3. Nothing herein shall affect ProImmune and Dr. Crum's pending motion to lift the automatic stay with respect to Three Aminos, and as to Three Aminos, the time to move to re-open the above-referenced litigations are extended pursuant 11 U.S.C. § 108(c).

4. This Order resolves the issues raised in the Motion.

5. ~~~~

**This Order Was Signed And Entered Electronically as Indicated At The Top Of The First Page**

APPROVED FOR ENTRY:

*/s/ Austin L. McMullen*
Austin L. McMullen (No. 20877)
Bradley Arant Boult Cummings LLP
1600 Division St., Suite 700
Nashville, TN 37203
(615) 252-2307
AMcMullen@Bradley.com

*Attorneys for the Debtor*


*/s/ Justin Campbell*
Justin Campbell
Thompson Burton PLLC
Palmer Plaza
1801 West End Avenue, Suite 1550
Nashville, Tennessee 37203
Tel: (615) 465-6015
justin@thompsonburton.com
       - and -
Paul H. Aloe (admitted *pro hac vice*)
David N. Saponara (admitted *pro hac vice*)
KUDMAN TRACHTEN ALOE POSNER LLP
488 Madison Avenue, 23rd Floor
New York, New York 10022
Tel: (212) 868-1010
paloe@kudmanlaw.com
dsaponara@kudmanlaw.com

*Attorneys for The ProImmune Company, LLC, and Albert Crum, M.D.*


*Ryan Abbott*
Ryan Abbott
11601 Wilshire Blvd., Suite 2080
Los Angeles, California 90025
Tel: (310) 593-9890
ryan@bnsklaw.com

*Pro Se*

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

Case 3:23-bk-02202    Doc 65    Filed 08/31/23    Entered 08/31/23 15:24:14    Desc Main
Document    Page 3 of 3