Form hrgnot

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF TENNESSEE

701 Broadway Room 170
Nashville, TN 37203

Bankruptcy Proceeding No. 3:23−bk−02202
Chapter 11
Judge Charles M Walker

In Re:
   Three Aminos, LLC
   c/o Austin McMullen
   Bradley Arant Boult Cummings, LLP
   1600 Division St.
   Ste. 700
   Nashville, TN 37203

Social Security No.

Employer's Tax I.D. No.
   84−5131931

PLEASE TAKE NOTICE that a hearing will be held :

Courtroom 2 (Virtual hearing if allowed, see website for details), 701 Broadway, Nashville, TN 37203 on 9/13/23 at 11:00 AM

to consider and act upon the following:

*69* – Motion for Objection to the Debtor's Eligibility to Proceed Under Subchapter V. (Attachments: # 1 Exhibit A # 2 Exhibit B) Certificate of Service mailed on 9/5/23. Filed on the behalf of: Creditors Albert Crum, The ProImmune Company, LLC. (YOUNG, PHILLIP)

Dated: 9/7/23                                       /s/ TERESA C. AZAN
                                                                                            Clerk, U.S. Bankruptcy Court