# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| THREE AMINOS, LLC, | ) Case No. 3:23-bk-02202 |
| | ) |
| Debtor. | ) |
| | ) Hon. Charles M. Walker |

## DECLARATION IN SUPPORT OF APPLICATION TO EMPLOY

I, John Smith, in support of the Application of the above Debtor for employment of Smith Accounting Services, LLC as tax return preparer for the Debtor in this Chapter 11 case, state as follows:

1. I am the Manager and a Member of Smith Accounting Services, LLC, located at 241 Lake Forrest Lane, NE, Atlanta, GA 30342-3211, and am a duly licensed Certified Public Accountant.

2. To the best of my knowledge, each accountant of Smith Accounting Services, LLC is a disinterested person in this case and no member represents or holds any interest adverse to any of the above Debtor or its estate in the matters upon which Smith Accounting Services, LLC is to be engaged. Further, no accountant of Smith Accounting Services, LLC has any connection with the U.S. Trustee and any person employed in the office of the U.S. Trustee.

3. I have personally reviewed the list of creditors and parties of interest provided by the Debtor, and none of them are clients of Smith Accounting Services, LLC except for Laura Lile.

4. My services are billed at hourly rates and are subject to the approval of Judge Walker.

5.  Smith Accounting Services, LLC has agreed to represent the Debtor in this Chapter 11 case upon the terms and conditions set forth in the Debtor's Application.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 8/30/23

Signed: _John Smith_
Name: JOHN SMITH