Charles M. Walker
U.S. Bankruptcy Judge
Dated: 9/20/2023

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 (Subchapter V) |
| | ) | |
| THREE AMINOS, LLC, | ) | Case No. 3:23-bk-02202 |
| | ) | |
| Debtor. | ) | Hon. Charles M. Walker |

## ORDER ESTABLISHING CONFIRMATION PROCEDURES AND SETTING HEARING ON DEBTORS' JOINT PLAN OF REORGANIZATION

On September 19, 2023, the above-captioned debtor (the "Debtor") filed its *Plan of Reorganization* (the "Plan"). Pursuant to 11 U.S.C. § 1181(b), 11 U.S.C. § 1125 does not apply in this Subchapter V case unless the Court orders otherwise. Therefore, the Debtor will not be required to file a separate disclosure statement, and a hearing on confirmation of the Plan under 11 U.S.C. §§ 1191(a) or (b) shall be held following notice as provided herein. However, any party may, as part of the confirmation process, object to the adequacy of the disclosures in the Plan.

In consideration of the Plan, as filed, the Court finds that the confirmation process should proceed. Therefore, IT IS HEREBY ORDERED as follows:

1. The Debtor shall be, and hereby is, authorized to solicit votes for acceptance or rejection of the Plan.

2. <u>October 23, 2023</u>, is hereby fixed as the last day for serving ballots accepting or rejecting the Plan. All ballots should be returned to counsel for the Debtors:

> Austin McMullen
> Bradley Arant Boult Cummings LLP
> 1600 Division Street, Suite 700
> Nashville, TN 37203
> amcmullen@bradley.com

3. <u>October 23, 2023</u>, is hereby fixed as the last day for filing and serving written objections to confirmation of the Plan or electing to be treated pursuant to 11 U.S.C. § 1111(b). A copy of any such objection or election must be served on counsel for the Debtor, the Subchapter V Trustee, and on the United States Trustee.

4. The hearing on confirmation of the Plan shall be held on <u>November 15, 2023</u> at <u>11</u>:<u>00</u> <u>a</u>.m. at the United States Bankruptcy Court for the Middle District of Tennessee, **Courtroom 2, Second Floor, Customs House, 701 Broadway, Nashville, TN 37203.**

5. Within three (3) business days after entry of this Order, the Debtor shall serve a copy of this Order, the Plan, and a ballot for voting on acceptance or rejection of the Plan on all creditors, equity security holders, and other parties in interest, including the United States Trustee and the Subchapter V Trustee in accordance with Fed. R. Bankr. P. 2002.

6. Except as modified herein, all applicable rules of bankruptcy procedure shall govern the submission and delivery of documents related to confirmation of the Plan.

IT IS SO ORDERED.

**This Order Was Signed And Entered Electronically as Indicated At The Top Of The First Page**

SUBMITTED FOR ENTRY:

*/s/ Austin L. McMullen*
Austin L. McMullen (No. 20877)
Bradley Arant Boult Cummings LLP
1600 Division St., Suite 700
Nashville, TN 37203
(615) 252-2307
AMcMullen@Bradley.com

*Counsel for the Debtor*

4860-7546-9184.1

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

Case 3:23-bk-02202    Doc 84    Filed 09/21/23    Entered 09/21/23 07:21:08    Desc Main Document    Page 3 of 3