## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 (Subchapter V) |
| | ) | |
| THREE AMINOS, LLC, | ) | Case No. 3:23-bk-02202 |
| | ) | |
| Debtor | ) | Hon. Charles M. Walker |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that the following documents were served on the parties appearing on the attached list by U.S. Mail on September 21, 2023:

1. Order Establishing Confirmation Procedures and Setting Hearing on Debtors' Joint Plan of Reorganization;

2. Debtor's Plan of Reorganization; and

3. Ballot for Accepting or Rejecting Debtor's Plan of Reorganization of Three Aminos, LLC.

Respectfully submitted,

/s/ Austin L. McMullen
Austin L. McMullen (BPR #20877)
Bradley Arant Boult Cummings, LLP
1600 Division St., Suite 700
Nashville, TN 37203
(615) 252-2307
Email: amcmullen@bradley.com

*Attorneys for Three Aminos, LLC*

Ryan Abbott
Brown Neri Smith & Khan
11601 Wilshire Blvd., Ste. 2080
Los Angeles, CA 90025

The ProImmune Company, LLC
c/o Corporation Service Company
Registered Agent
251 Little Falls Drive
Wilmington, DE 19808

Albert Crum
64 E. Market St.
Rhinebeck, NY 12572

Amarex
Det. Lockbox #771390
P.O. Box 77000
Detroit, MI 48277-1380

Covington & Burling LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001

Davis Pickren Seydel & Sneed
285 Peachtree Center Ave. NE
Atlanta, GA 30303

Polsinelli
1401 Eye Street N.W.
Suite 800
Washington, DC 20005

Precision Effect
133 Federal Street, Fl. 10
Boston, MA 02110

Saminchem, Inc.
3225 Grapevine St.
Mira Loma, CA 91709

Simeon H. Baum, Esq.
Resolve Mediation Services, Inc.
1211 Avenue of the Americas
40th Floor
New York, NY 10036-8704

Sovereign Pharmaceutical
7590 Sand Street
Fort Worth, TX 76118

Island Compounding Pharmacy
24201 Meridian Blvd.
Grosse Ile, MI 48138

Studio Charle
6105 Blue Stone Road
Suite 303
Atlanta, GA 30328

Jim Tafel Jr.
1215 Troon Ct.
Alpaharetta, GA 30005

The Proimmune Company
64 East Market Street
Rhinebeck, NY 12572

Jeffrey Benore
2811 E. Erie Rd.
Erie, MI 48133

Michael Abelow
Sherrard Roe Voigt & Harbison PLC
150 Third Ave. No., Ste. 1100
Nashville, TN 37201

Jeffrey Grasl
Office of the United States Trustee
701 Broadway, Ste. 318
Nashville, TN 37203

Polsinelli
Attn: Accounting Dept. Bankruptcy
900 W. 48th Pl.
Ste. 900
Kansas City, MO 64112

Three Aminos
Amerix, Prothione, LLC
120 S. Third Ave.
Franklin, TN 37064

Amarex
20201 Century Blvd., 4th Floor
Germantown, MD 20874

GoDaddy
2155 E. GoDaddy Way
Tempe, AZ 85284

Healthy Life Enterprises, Inc.
6521 Burnett Lane
Ste. 107
Austin, TX 78757

ShipBob
2700 Riverside Dr.
Chattanooga, TN 37406

Lee M. Palmer
120 Third Ave. So.
2nd Floor
Franklin, TN 37064

Stripe
354 Oyster Point Blvd.
South San Francisco, CA 94080