IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THREE AMINOS, LLC, | ) | Case No. 3:23-bk-02202 |
| | ) | |
| Debtor. | ) | Hon. Charles M. Walker |

**WITNESS AND EXHIBIT LIST**

The above-captioned debtor (the "Debtor") hereby gives notice of the following pursuant to Local Rule 9014-1(d)(1) for the hearing on the Motion for Relief from the Automatic Stay (Docket No. 42) filed by The ProImmune Company, LLC ("ProImmune") and Albert Crum, M.D. ("Dr. Crum") and the Objection to the Debtor's Eligibility to Proceed Under Subchapter V (Docket No. 69) also filed by ProImmune and Dr. Crum:

(a) The name, address and telephone number of each witness the party expects to present or may call if the need arises:

1. Dr. Laura Lile, may be contacted through counsel for Debtor.

(b) A copy of the transcript of testimony or affidavit of any witness whose testimony will be offered in that form:

1. None.

(c) A list and copy, with appropriate identification, of each document or other exhibit a party expects to offer or may offer as evidence:

2001. ProImmune Reseller Distribution Agreement.

2002. Second Amendment to ProImmune Reseller Distribution Agreement.

2003. March 11, 2020, Email from Dr. Crum to Dr. Lile.

2004. ProImmune Website.

2005. U.S. Patent RE39734.

2006. IF200 Active Ingredients.

2007. March 17, 2020, Email from Dr. Crum to Dr. Lile.

2008. U.S. Patent RE42645.

2009. Docket Sheet, SDNY Case 22-cv-07242.

2010. Docket Sheet, SDNY Case 22-cv-08227.

2011. Docket Sheet, SDNY Case 22-cv-08229.

2012. Agreed Order Resolving Motion to Enforce Automatic Stay.

2013. Order Setting Briefing Schedule – SDNY Cases.

2014. Responses of ProImmune and Dr. Crum to Debtor's Discovery Requests.

Debtor further states that it may offer into evidence exhibits listed on the exhibit list of any other party, other documents filed with the Court and any exhibits necessary for impeachment, rebuttal or clarification purposes. Debtor reserves the right to amend this list.

Respectfully Submitted:

/s/ *Austin L. McMullen*
Austin L. McMullen (No. 20877)
Bradley Arant Boult Cummings LLP
1600 Division St., Suite 700
Nashville, TN 37203
(615) 252-2307
AMcMullen@Bradley.com

*Attorneys for the Debtor*

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 23rd day of October, 2023, I have caused a true and correct copy of the foregoing to be served electronically through the Court's CM/ECF system to all parties consenting to such service in this case and by email (with exhibits attached) to : Justin Campbell (justin@thompsonburton.com), Thompson Burton PLLC, Palmer Plaza, 1801 West

- 2 -

Case 3:23-bk-02202   Doc 97   Filed 10/23/23   Entered 10/23/23 10:22:53   Desc Main
Document      Page 2 of 3

End Avenue, Suite 1550, Nashville, TN 37203 and Paul H. Aloe (paloe@kudmanlaw.com) and David N. Saponara (dsaponara@kudmanlaw.com), Kudman Trachten Aloe Posner LLP, 488 Madison Avenue, 23rd Floor, New York NY 10022.

/s/ *Austin L. McMullen*
Austin L. McMullen