**Fill in this information to identify the case:**

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____

Case number: _____

❑ Check if this is an
   amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: _____

Line of business: _____

Date report filed: _____
MM / DD / YYYY

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury
that I have examined the following small business monthly operating report and the accompanying
attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: _____

Original signature of responsible party _____

Printed name of responsible party _____

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  | | Yes | No | N/A |
|---|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | | |
| 1. | Did the business operate during the entire reporting period? | ❑ | ❑ | ❑ |
| 2. | Do you plan to continue to operate the business next month? | ❑ | ❑ | ❑ |
| 3. | Have you paid all of your bills on time? | ❑ | ❑ | ❑ |
| 4. | Did you pay your employees on time? | ❑ | ❑ | ❑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ❑ | ❑ | ❑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ❑ | ❑ | ❑ |
| 7. | Have you timely filed all other required government filings? | ❑ | ❑ | ❑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ❑ | ❑ | ❑ |
| 9. | Have you timely paid all of your insurance premiums? | ❑ | ❑ | ❑ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ❑ | ❑ | ❑ |
| 11. | Have you sold any assets other than inventory? | ❑ | ❑ | ❑ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ❑ | ❑ | ❑ |
| 13. | Did any insurance company cancel your policy? | ❑ | ❑ | ❑ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ❑ | ❑ | ❑ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❑ | ❑ | ❑ |
| 16. | Has anyone made an investment in your business? | ❑ | ❑ | ❑ |

Debtor Name _____     Case number_____

17. Have you paid any bills you owed before you filed bankruptcy?                    ❏        ❏        ❏

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ❏        ❏        ❏

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous     $ _____
    month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all
    cash received even if you have not deposited it at the bank, collections on
    receivables, credit card deposits, cash received from other parties, or loans, gifts, or
    payments made by other parties on your behalf. Do not attach bank statements in
    lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.                                          $ _____

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the
    date paid, payee, purpose, and amount. Include all cash payments, debit card
    transactions, checks issued even if they have not cleared the bank, outstanding
    checks issued before the bankruptcy was filed that were allowed to clear this month,
    and payments made by other parties on your behalf. Do not attach bank statements
    in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.                                        − $ _____

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.                       + $ _____
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.                                  = $ _____

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that
    have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but
have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the
purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                                                               $ _____

    *(Exhibit E)*

Debtor Name _____     Case number_____

<br>

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you
have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*.
Identify who owes you money, how much is owed, and when payment is due. Report the total from
*Exhibit F* here.

25. **Total receivables**                                                                                    $ _____

     *(Exhibit F)*

<br>

## 5. Employees

26. What was the number of employees when the case was filed?                                       _____

27. What is the number of employees as of the date of this monthly report?                          _____

<br>

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?            $ _____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____

30. How much have you paid this month in other professional fees?                                          $ _____

31. How much have you paid in total other professional fees since filing the case?                        $ _____

<br>

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month.
Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | − | Column B | = | Column C |
|---|---|---|---|---|---|
| | **Projected** | | **Actual** | | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:                                          $ _____

36. Total projected cash disbursements for the next month:                                  − $ _____

37. Total projected net cash flow for the next month:                                        = $ _____

Case 3:23-bk-02202    Doc 111    Filed 11/14/23    Entered 11/14/23 13:12:17    Desc Main
Document    Page 3 of 20

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.  Bank reconciliation reports for each account.

☐  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

Case 3:23-bk-02202    Doc 111    Filed 11/14/23    Entered 11/14/23 13:12:17    Desc Main
Document      Page 4 of 20



150 Third Avenue South
Suite 900
Nashville, TN 37201
www.pnfp.com

Client Service Center 800-264-3613
Pinnacle Anytime 866-755-5428

RETURN SERVICE REQUESTED

Account
XXXXXXXX4369

Three Aminos LLC
Debtor in Posession
312 3rd Ave S
Franklin, TN 37064-2620

## Statement of Account

Horizon 75

| Balance 9/01/23 | Summary | |
|---|---|---|
| $ 49,350.29 | |  |
| | Credits | +$14,611.44 |
| Balance 10/01/23 | Interest | +$.00 |
| $ 34,483.28 | Debits | - $29,478.45 |



### Credit Transactions

#### Protecting Yourself from Fraud

Fraud makes headlines when high-profile people do it, but wire and money transfer scams happen to average people and businesses every day. The FBI estimates about $2 billion is lost annually to wire-transfer fraud. The key is to slow down and verify payment requests by a second method -- such as a telephone call using a known number. Because once you have wired the money, it's nearly impossible to retrieve it. Read more at PNFP.com/FraudProtection.

#### Deposits

| 9/01 | Shopify        TRANSFER ST-V5X2Q0M5U9B8 1800948598 THREE AMINOS LLC | 145.50 |
|---|---|---|
| 9/05 | Shopify        TRANSFER ST-H0G0A7H4G9E8 1800948598 THREE AMINOS LLC | 598.48 |
| 9/06 | Shopify        TRANSFER ST-S7K6B0L9Z2O4 1800948598 THREE AMINOS LLC | 2,018.58 |
| 9/07 | Shopify        TRANSFER ST-Y8Q2S7T5L1I0 1800948598 THREE AMINOS LLC | 382.20 |
| 9/08 | AMAZON.CBU6YNZD2  PAYMENTS 35RJB9BFUX5BWMO  3215240102 Three Aminos | 113.95 |
| 9/08 | Healthy Life Ent  Bill.com 025YCULASKMCG5I 1204895317 Three Aminos LLC | 702.00 |
| 9/08 | Shopify        TRANSFER ST-K8P3G3B8S0E5 1800948598 THREE AMINOS LLC | 748.08 |
| 9/11 | Shopify        TRANSFER ST-G3I9S5L7K8P2 1800948598 THREE AMINOS LLC | 162.94 |
| 9/12 | Healthy Life Ent  Bill.com 025EPGLRYDMGIYQ 1204895317 Three Aminos LLC | 378.00 |
| 9/12 | Shopify        TRANSFER ST-P9T3O6U0R4C4 1800948598 THREE AMINOS LLC | 440.98 |

EQUAL HOUSING LENDER    Member FDIC



## ELECTRONIC TRANSFER ERROR RESOLUTION

This Electronic Transfer Error Resolution only applies to accounts held for personal, family or household purposes and is therefore not applicable to business, trust accounts, or any such account held for non-personal purposes.

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed at the end of this disclosure, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

- Tell us your name and account number (if any).

- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

- Tell us the dollar amount of the suspected error.

We must hear from you no later than 60 days after we send the FIRST statement on which the problem or error appeared.

We will provide provisional credit for the amount that you think is in error within 10 business days of your complaint and begin an investigation of the transaction(s).  In most cases, we will disclose the results of the investigation within 10 business days of your complaint and correct any error promptly.  If we need more time to investigate the complaint, we may take up to 45 days (90 days if the transfer involved a point-of-sale transaction or a foreign initiated transfer) to complete our investigation.  However, you will have use of the funds in question during our investigation.

**Pinnacle Bank**
150 3rd Avenue South, Suite 900
Nashville, TN 37201
(800) 264-3613

| 9/13 | Shopify | TRANSFER ST-G3G7S2D2G2Q3  1800948598 THREE AMINOS LLC | 153.78 |
|------|---------|---------|--------|
| 9/13 | Healthy Life Ent | Bill.com 025EQIFXNRMIDB7  1204895317 Three Aminos LLC | 216.00 |
| 9/14 | Healthy Life Ent | Bill.com 025FPRMTDAMK87N  1204895317 Three Aminos LLC | 486.00 |
| 9/14 | Shopify | TRANSFER ST-V3I7U7T6I5W2  1800948598 THREE AMINOS LLC | 1,466.72 |
| 9/15 | Shopify | TRANSFER ST-H6T7Q9T1M0H9  1800948598 THREE AMINOS LLC | 979.12 |
| 9/19 | Shopify | TRANSFER ST-E6W5C5H7Y8A1  1800948598 THREE AMINOS LLC | 1,226.52 |
| 9/20 | Healthy Life Ent | Bill.com 025VBZOQKBMRQHH  1204895317 Three Aminos LLC | 270.00 |
| 9/20 | Shopify | TRANSFER ST-U9O6G4A0Z7M3  1800948598 THREE AMINOS LLC | 473.06 |
| 9/21 | Shopify | TRANSFER ST-E8D5C4O0I5A4  1800948598 THREE AMINOS LLC | 78.75 |
| 9/22 | Healthy Life Ent | Bill.com 025DLNTWPCMVDAK  1204895317 Three Aminos LLC | 216.00 |
| 9/22 | Shopify | TRANSFER ST-E0A8J5L2B6R8  1800948598 THREE AMINOS LLC | 308.28 |
| 9/25 | Shopify | TRANSFER ST-L5I0B1G8J8J8  1800948598 THREE AMINOS LLC | 80.54 |
| 9/26 | Shopify | TRANSFER ST-Y6W7C7O4R2A6  1800948598 THREE AMINOS LLC | 918.71 |
| 9/27 | Healthy Life Ent | Bill.com 025PAJQFYTN0YWU  1204895317 Three Aminos LLC | 432.00 |
| 9/27 | Shopify | TRANSFER ST-A1J1O1M9A5P0  1800948598 THREE AMINOS LLC | 916.61 |
| 9/28 | Shopify | TRANSFER ST-Q5J4N2Y3P6I0  1800948598 THREE AMINOS LLC | 407.83 |
| 9/29 | Shopify | TRANSFER ST-E5R8X0I9U9V8  1800948598 THREE AMINOS LLC | 290.81 |
| **Total Credits** | | | **$14,611.44** |

## Debit Transactions

### Other Debits

| 9/01 | ShipBob.com | ShipBob.co ST-D5V7J3M5S2P7  1800948598 SHIPBOB | 94.52 |
|------|-------------|---------|--------|
| 9/05 | 2200 BUSSE RD SHOPIFY* 193983 ELK GROVE VIL IL 090223  Card#9236 | | 118.53 |
| 9/05 | ShipBob.com | ShipBob.co ST-M2V9F6G8Z9G7  1800948598 SHIPBOB | 32.95 |
| 9/05 | ShipBob.com | ShipBob.co ST-Y3Y0I3H5F9W3  4270465600 SHIPBOB | 42.10 |
| 9/05 | ShipBob.com | ShipBob.co ST-P2K1H1P4A5J1  1800948598 SHIPBOB | 1,772.94 |
| 9/06 | BILL.COM LLC | BILLING 01B4QDOBEFBKSP1  1082689000 Three Aminos LLC | 165.00 |
| 9/07 | 2261 Market Street#4096 SKIO SUBSCRIPTI SAN FRANCISCO CA 090623  Card#9236 | | 478.17 |
| 9/07 | ShipBob.com | ShipBob.co ST-O5N4B1G6D4X3  1800948598 SHIPBOB | 86.91 |
| 9/08 | ShipBob.com | ShipBob.co ST-F8C4W3U7U2X9  1800948598 SHIPBOB | 29.98 |
| 9/11 | ShipBob.com | ShipBob.co ST-I9H9E6A4B3W2  1800948598 SHIPBOB | 17.30 |
| 9/11 | ShipBob.com | ShipBob.co ST-M5R5I8N9K3C5  1800948598 SHIPBOB | 22.63 |
| 9/11 | ShipBob.com | ShipBob.co ST-B7T6J8J5L2K6  1800948598 SHIPBOB | 44.55 |
| 9/13 | ShipBob.com | ShipBob.co ST-C2L2O6B0A8Y4  1800948598 SHIPBOB | 16.14 |
| 9/13 | Bill.com | Payables 016XAFAPX2S09M4  1204895317 Three Aminos LLC | 7,730.54 |
| 9/14 | ShipBob.com | ShipBob.co ST-W6K1B7P6G2H0  1800948598 SHIPBOB | 50.27 |
| 9/14 | TaxCloud | SALES_TAX_ 46618          1203271139 Three Aminos | 340.71 |
| 9/15 | ShipBob.com | ShipBob.co ST-R5B0W2I2T7R9  1800948598 SHIPBOB | 47.88 |
| 9/18 | ShipBob.com | ShipBob.co ST-X7W9G7V2O6M8  1800948598 SHIPBOB | 22.44 |
| 9/18 | ShipBob.com | ShipBob.co ST-R9H2X9G8X3X0  1800948598 SHIPBOB | 30.05 |
| 9/18 | ShipBob.com | ShipBob.co ST-Q2O2C3C9N3J3  1800948598 SHIPBOB | 32.54 |
| 9/18 | INTUIT * | QBooks Onl 4666689          0000756346 THREE AMINOS | 90.00 |
| 9/18 | INTUIT * | QBooks Onl 4666660          0000756346 THREE AMINOS | 98.78 |

| 9/18 | INTUIT * | QBooks Onl 4666837 | 0000756346 THREE AMINOS | 98.78 |
|------|----------|--------------------|--------------------------|-------|
| 9/18 | Shopify | TRANSFER ST-F1R3E3Y9D3J3 4270465600 THREE AMINOS LLC | | 157.50 |
| 9/19 | 4301 Bullcreek Rd STAMPS.COM 855-608-2677 TX 091923 Card#9236 | | | 19.99 |
| 9/19 | 475 L'ENFANT PLAZA SW USPS STAMPS END 888-4340055 DC 091823 Card#9236 | | | 100.00 |
| 9/19 | ShipBob.com | ShipBob.co ST-W0O3W8E1S2Q2 1800948598 SHIPBOB | | 47.57 |
| 9/20 | 2155 E GoDaddy Way DNH*GODADDY.COM TEMPE AZ 091923 Card#9236 | | | 99.99 |
| 9/20 | ShipBob.com | ShipBob.co ST-K7M2K2F1L7G6 1800948598 SHIPBOB | | 38.06 |
| 9/21 | 440 Terry Ave N AMZ*Amazon Paym AMZN.COM/BILL WA 092023 Card#9236 | | | 351.18 |
| 9/21 | ShipBob.com | ShipBob.co ST-Z1Z3U5D8U1S2 1800948598 SHIPBOB | | 15.14 |
| 9/22 | ShipBob.com | ShipBob.co ST-C8U6F0M3K0W5 1800948598 SHIPBOB | | 14.60 |
| 9/25 | ShipBob.com | ShipBob.co ST-J1S1B3D7M9L3 1800948598 SHIPBOB | | 23.81 |
| 9/25 | ShipBob.com | ShipBob.co ST-N8L8B0A1U8R0 4270465600 SHIPBOB | | 30.28 |
| 9/25 | ShipBob.com | ShipBob.co ST-I6O7J4D4Y2R0 1800948598 SHIPBOB | | 44.98 |
| 9/25 | Bill.com | Payables 016XYPMQB2UNS6T 1204895317 Three Aminos LLC | | 15,508.75 |
| 9/26 | ShipBob.com | ShipBob.co ST-H5Y9E7G2I7C7 1800948598 SHIPBOB | | 24.64 |
| 9/27 | TaxCloud | SALES_TAX_ 46618 | 3203271139 Three Aminos | 13.95 |
| 9/27 | ShipBob.com | ShipBob.co ST-U6Q7O6N9W9B5 1800948598 SHIPBOB | | 270.70 |
| 9/29 | 3875 AIRWAYS BLVD FEDEX50397993 800-4633339 TN 092823 Card#9236 | | | 47.38 |
| 9/29 | ShipBob.com | ShipBob.co ST-O1C0K8I9Y6Y1 1800948598 SHIPBOB | | 106.22 |
| 9/29 | INTUIT * | QBooks Onl 7623979 | 0000756346 THREE AMINOS | 200.00 |

### Checks

| 9/29 | Check 995002 | 450.00 |
|------|--------------|--------|
| 9/29 | Check 995003 | 450.00 |
| **Total Debits** | | **$29,478.45** |

(*) Indicates gap in check number sequenece

| Average Balance This Statement | $45,581.42 | Annual Percentage Yield Earned | .00% |
|--------------------------------|------------|--------------------------------|------|
| Interest Earned This Period | $.00 | Days in Period | 31 |
| Interest Paid Year to Date | $.00 | Interest Paid | $.00 |

## DAILY BALANCE INFORMATION

| 9/01 | 49,401.27 | 9/13 | 44,758.52 | 9/22 | 48,607.49 |
|------|-----------|------|-----------|------|-----------|
| 9/05 | 48,033.23 | 9/14 | 46,320.26 | 9/25 | 33,080.21 |
| 9/06 | 49,886.81 | 9/15 | 47,251.50 | 9/26 | 33,974.28 |
| 9/07 | 49,703.93 | 9/18 | 46,721.41 | 9/27 | 35,038.24 |
| 9/08 | 51,237.98 | 9/19 | 47,780.37 | 9/28 | 35,446.07 |
| 9/11 | 51,316.44 | 9/20 | 48,385.38 | 9/29 | 34,483.28 |
| 9/12 | 52,135.42 | 9/21 | 48,097.81 | | |

#995002      09/29/2023      $450.00

#995003      09/29/2023      $450.00

Three Aminos LLC

**Pinnacle Bank - 4369 DIP, Period Ending 09/30/2023**

**RECONCILIATION REPORT**

Reconciled on: 10/08/2023

Reconciled by: Ann Miller

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 49,350.29 |
| Checks and payments cleared (44) | -29,478.45 |
| Deposits and other credits cleared (38) | 14,611.44 |
| Statement ending balance | 34,483.28 |
| | |
| Register balance as of 09/30/2023 | 34,483.28 |
| Cleared transactions after 09/30/2023 | 0.00 |
| Uncleared transactions after 09/30/2023 | 4,568.09 |
| Register balance as of 10/08/2023 | 39,051.37 |

**Details**

Checks and payments cleared (44)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 09/01/2023 | Expense | | Ship Bob | -94.52 |
| 09/05/2023 | Expense | | Ship Bob | -32.95 |
| 09/05/2023 | Expense | | Shopify | -118.53 |
| 09/05/2023 | Expense | | Ship Bob | -1,772.94 |
| 09/05/2023 | Expense | | Ship Bob | -42.10 |
| 09/06/2023 | Expense | | Bill.com LLC | -165.00 |
| 09/07/2023 | Expense | | SKIO SUBSCRIPTIONS | -478.17 |
| 09/07/2023 | Expense | | Ship Bob | -86.91 |
| 09/08/2023 | Expense | | Ship Bob | -29.98 |
| 09/11/2023 | Expense | | Ship Bob | -22.63 |
| 09/11/2023 | Expense | | Ship Bob | -44.55 |
| 09/11/2023 | Expense | | Ship Bob | -17.30 |
| 09/13/2023 | Journal | BILL 09-13-23 AP mv9* | | -7,730.54 |
| 09/13/2023 | Expense | | Ship Bob | -16.14 |
| 09/14/2023 | Expense | | Ship Bob | -50.27 |
| 09/14/2023 | Expense | | TAXCLOUD | -340.71 |
| 09/15/2023 | Expense | | Ship Bob | -47.88 |
| 09/18/2023 | Expense | | Ship Bob | -30.05 |
| 09/18/2023 | Expense | | QuickBooks Payments | -98.78 |
| 09/18/2023 | Expense | | Ship Bob | -32.54 |
| 09/18/2023 | Expense | 86647996467 | | -157.50 |
| 09/18/2023 | Expense | | QuickBooks Payments | -98.78 |
| 09/18/2023 | Expense | | QuickBooks Payments | -90.00 |
| 09/18/2023 | Expense | | Ship Bob | -22.44 |
| 09/19/2023 | Expense | | Ship Bob | -47.57 |
| 09/19/2023 | Expense | | USPS | -100.00 |
| 09/19/2023 | Expense | | Stamps.com | -19.99 |
| 09/20/2023 | Expense | | Ship Bob | -38.06 |
| 09/20/2023 | Expense | | GoDaddy.com | -99.99 |
| 09/21/2023 | Expense | | Ship Bob | -15.14 |
| 09/21/2023 | Expense | | Amazon | -351.18 |
| 09/22/2023 | Expense | | Ship Bob | -14.60 |
| 09/25/2023 | Journal | BILL 09-25-23 AP b9CR | | -15,508.75 |
| 09/25/2023 | Expense | | Ship Bob | -30.28 |
| 09/25/2023 | Expense | | Ship Bob | -44.98 |
| 09/25/2023 | Expense | | Ship Bob | -23.81 |
| 09/26/2023 | Expense | | Ship Bob | -24.64 |
| 09/27/2023 | Expense | | Ship Bob | -270.70 |
| 09/27/2023 | Expense | | TAXCLOUD | -13.95 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 09/29/2023 | Check | 995003 | Lee Palmer | -450.00 |
| 09/29/2023 | Expense | | Ship Bob | -106.22 |
| 09/29/2023 | Check | 995002 | Lee Palmer | -450.00 |
| 09/29/2023 | Expense | | QuickBooks Payments | -200.00 |
| 09/29/2023 | Expense | | Fedex | -47.38 |

| Total | | | | -29,478.45 |
|---|---|---|---|---|

Deposits and other credits cleared (38)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 09/01/2023 | Deposit | 86449160243 | | 145.50 |
| 09/05/2023 | Deposit | 86472917043 | | 598.48 |
| 09/06/2023 | Deposit | 86494904371 | | 2,018.58 |
| 09/07/2023 | Deposit | 86505881651 | | 382.20 |
| 09/08/2023 | Receive Payment | | Healthy Life Enterprises, Inc | 54.00 |
| 09/08/2023 | Receive Payment | | Healthy Life Enterprises, Inc | 216.00 |
| 09/08/2023 | Receive Payment | | Healthy Life Enterprises, Inc | 216.00 |
| 09/08/2023 | Receive Payment | | Healthy Life Enterprises, Inc | 216.00 |
| 09/08/2023 | Deposit | | Amazon.com | 113.95 |
| 09/08/2023 | Deposit | 86531833907 | | 748.08 |
| 09/11/2023 | Deposit | 86555557939 | | 162.94 |
| 09/12/2023 | Receive Payment | | Healthy Life Enterprises, Inc | 378.00 |
| 09/12/2023 | Deposit | 86566043699 | | 440.98 |
| 09/13/2023 | Receive Payment | | Healthy Life Enterprises, Inc | 108.00 |
| 09/13/2023 | Deposit | 86596878387 | | 153.78 |
| 09/13/2023 | Receive Payment | | Healthy Life Enterprises, Inc | 108.00 |
| 09/14/2023 | Deposit | 86619291699 | | 1,466.72 |
| 09/14/2023 | Receive Payment | | Healthy Life Enterprises, Inc | 54.00 |
| 09/14/2023 | Receive Payment | | Healthy Life Enterprises, Inc | 432.00 |
| 09/15/2023 | Deposit | 86625976371 | | 979.12 |
| 09/19/2023 | Deposit | 86666739763 | | 1,226.52 |
| 09/20/2023 | Deposit | 86692331571 | | 473.06 |
| 09/20/2023 | Receive Payment | | Healthy Life Enterprises, Inc | 162.00 |
| 09/20/2023 | Receive Payment | | Healthy Life Enterprises, Inc | 108.00 |
| 09/21/2023 | Deposit | 86707011635 | | 78.75 |
| 09/22/2023 | Deposit | 86724247603 | | 308.28 |
| 09/22/2023 | Receive Payment | | Healthy Life Enterprises, Inc | 162.00 |
| 09/22/2023 | Receive Payment | | Healthy Life Enterprises, Inc | 54.00 |
| 09/25/2023 | Deposit | 86749216819 | | 80.54 |
| 09/26/2023 | Deposit | 86760357939 | | 918.71 |
| 09/27/2023 | Deposit | 86776873011 | | 916.61 |
| 09/27/2023 | Receive Payment | | Healthy Life Enterprises, Inc | 54.00 |
| 09/27/2023 | Receive Payment | | Healthy Life Enterprises, Inc | 108.00 |
| 09/27/2023 | Receive Payment | | Healthy Life Enterprises, Inc | 54.00 |
| 09/27/2023 | Receive Payment | | Healthy Life Enterprises, Inc | 162.00 |
| 09/27/2023 | Receive Payment | | Healthy Life Enterprises, Inc | 54.00 |
| 09/28/2023 | Deposit | 86802759731 | | 407.83 |
| 09/29/2023 | Deposit | 86822453299 | | 290.81 |

| Total | | | | 14,611.44 |
|---|---|---|---|---|

**Additional Information**

Uncleared checks and payments after 09/30/2023

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 10/02/2023 | Expense | | Shopify | -126.09 |
| 10/02/2023 | Expense | | Ship Bob | -31.35 |
| 10/02/2023 | Expense | | Ship Bob | -85.61 |
| 10/02/2023 | Expense | | Ship Bob | -31.29 |
| 10/03/2023 | Expense | | Ship Bob | -38.15 |
| 10/04/2023 | Expense | | Ship Bob | -41.59 |

Case 3:23-bk-02202   Doc 111   Filed 11/14/23   Entered 11/14/23 13:12:17   Desc Main
                          Document        Page 11 of 20

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|-------------:|
| 10/04/2023 | Expense | | USPS | -100.00 |
| 10/05/2023 | Expense | | Ship Bob | -1,796.10 |
| 10/06/2023 | Expense | | Fedex | -44.15 |
| 10/06/2023 | Expense | | Bill.com LLC | -166.47 |
| 10/06/2023 | Expense | | Ship Bob | -37.61 |
| Total | | | | **-2,498.41** |

Uncleared deposits and other credits after 09/30/2023

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|-------------:|
| 10/02/2023 | Deposit | 86840770611 | | 892.00 |
| 10/03/2023 | Deposit | | Stripe Customer | 2,485.46 |
| 10/03/2023 | Deposit | 86854631475 | | 1,699.98 |
| 10/04/2023 | Receive Payment | | Healthy Life Enterprises, Inc | 162.00 |
| 10/04/2023 | Receive Payment | | Healthy Life Enterprises, Inc | 270.00 |
| 10/04/2023 | Deposit | 86876028979 | | 231.56 |
| 10/05/2023 | Deposit | 86900342835 | | 452.83 |
| 10/06/2023 | Deposit | 86912106547 | | 699.27 |
| 10/06/2023 | Deposit | | Amazon.com | 173.40 |
| Total | | | | **7,066.50** |

EXHIBIT C

# Three Aminos LLC

## Transaction Report

September 2023

| DATE | TRANSACTION TYPE | NUM | ADJ | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| **Pinnacle Bank - 4369 DIP** | | | | | | | | | |
| Beginning Balance | | | | | | | | | 30,967.71 |
| 09/01/2023 | Deposit | 86449160243 | No | | 86449160243 | Pinnacle Bank - 4369 DIP | Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 145.50 | 31,113.21 |
| 09/05/2023 | Deposit | 86472917043 | No | | 86472917043 | Pinnacle Bank - 4369 DIP | Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 598.48 | 31,711.69 |
| 09/06/2023 | Deposit | 86494904371 | No | | 86494904371 | Pinnacle Bank - 4369 DIP | Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 2,018.58 | 33,730.27 |
| 09/07/2023 | Deposit | 86505881651 | No | | 86505881651 | Pinnacle Bank - 4369 DIP | Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 382.20 | 34,112.47 |
| 09/08/2023 | Payment | | No | Healthy Life Enterprises, Inc | | Pinnacle Bank - 4369 DIP | Accounts Receivable | 216.00 | 34,328.47 |
| 09/08/2023 | Payment | | No | Healthy Life Enterprises, Inc | | Pinnacle Bank - 4369 DIP | Accounts Receivable | 216.00 | 34,544.47 |
| 09/08/2023 | Payment | | No | Healthy Life Enterprises, Inc | | Pinnacle Bank - 4369 DIP | Accounts Receivable | 54.00 | 34,598.47 |
| 09/08/2023 | Payment | | No | Healthy Life Enterprises, Inc | | Pinnacle Bank - 4369 DIP | Accounts Receivable | 216.00 | 34,814.47 |
| 09/08/2023 | Deposit | 86531833907 | No | | 86531833907 | Pinnacle Bank - 4369 DIP | Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 748.08 | 35,562.55 |
| 09/08/2023 | Deposit | | No | Amazon.com | AMAZON.CBU6YNZD2 PAYMENTS 35RJB9BFUX5BWMO 3215240102 Three Aminos | Pinnacle Bank - 4369 DIP | Channel Sales:Amazon.com Sales | 113.95 | 35,676.50 |
| 09/11/2023 | Deposit | 86555557939 | No | | 86555557939 | Pinnacle Bank - 4369 DIP | Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 162.94 | 35,839.44 |
| 09/12/2023 | Payment | | No | Healthy Life Enterprises, Inc | | Pinnacle Bank - 4369 DIP | Accounts Receivable | 378.00 | 36,217.44 |
| 09/12/2023 | Deposit | 86566043699 | No | | 86566043699 | Pinnacle Bank - 4369 DIP | Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 440.98 | 36,658.42 |
| 09/13/2023 | Payment | | No | Healthy Life Enterprises, Inc | | Pinnacle Bank - 4369 DIP | Accounts Receivable | 108.00 | 36,766.42 |
| 09/13/2023 | Payment | | No | Healthy Life Enterprises, Inc | | Pinnacle Bank - 4369 DIP | Accounts Receivable | 108.00 | 36,874.42 |
| 09/13/2023 | Deposit | 86596878387 | No | | 86596878387 | Pinnacle Bank - 4369 DIP | Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 153.78 | 37,028.20 |
| 09/14/2023 | Payment | | No | Healthy Life Enterprises, Inc | | Pinnacle Bank - 4369 DIP | Accounts Receivable | 432.00 | 37,460.20 |
| 09/14/2023 | Payment | | No | Healthy Life Enterprises, Inc | | Pinnacle Bank - 4369 DIP | Accounts Receivable | 54.00 | 37,514.20 |
| 09/14/2023 | Deposit | 86619291699 | No | | 86619291699 | Pinnacle Bank - 4369 DIP | Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 1,466.72 | 38,980.92 |
| 09/15/2023 | Deposit | 86625976371 | No | | 86625976371 | Pinnacle Bank - 4369 DIP | Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 979.12 | 39,960.04 |
| 09/19/2023 | Deposit | 86666739763 | No | | 86666739763 | Pinnacle Bank - 4369 DIP | Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 1,226.52 | 41,186.56 |
| 09/20/2023 | Payment | | No | Healthy Life Enterprises, Inc | | Pinnacle Bank - 4369 DIP | Accounts Receivable | 162.00 | 41,348.56 |
| 09/20/2023 | Payment | | No | Healthy Life Enterprises, Inc | | Pinnacle Bank - 4369 DIP | Accounts Receivable | 108.00 | 41,456.56 |
| 09/20/2023 | Deposit | 86692331571 | No | | 86692331571 | Pinnacle Bank - 4369 DIP | Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 473.06 | 41,929.62 |
| 09/21/2023 | Deposit | 86707011635 | No | | 86707011635 | Pinnacle Bank - 4369 DIP | Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 78.75 | 42,008.37 |
| 09/22/2023 | Payment | | No | Healthy Life Enterprises, Inc | | Pinnacle Bank - 4369 DIP | Accounts Receivable | 54.00 | 42,062.37 |
| 09/22/2023 | Payment | | No | Healthy Life Enterprises, Inc | | Pinnacle Bank - 4369 DIP | Accounts Receivable | 162.00 | 42,224.37 |
| 09/22/2023 | Deposit | 86724247603 | No | | 86724247603 | Pinnacle Bank - 4369 DIP | Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 308.28 | 42,532.65 |
| 09/25/2023 | Deposit | 86749216819 | No | | 86749216819 | Pinnacle Bank - 4369 DIP | Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 80.54 | 42,613.19 |
| 09/26/2023 | Deposit | 86760357939 | No | | 86760357939 | Pinnacle Bank - 4369 DIP | Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 918.71 | 43,531.90 |
| 09/27/2023 | Payment | | No | Healthy Life Enterprises, Inc | | Pinnacle Bank - 4369 DIP | Accounts Receivable | 54.00 | 43,585.90 |
| 09/27/2023 | Payment | | No | Healthy Life Enterprises, Inc | | Pinnacle Bank - 4369 DIP | Accounts Receivable | 54.00 | 43,639.90 |
| 09/27/2023 | Payment | | No | Healthy Life Enterprises, Inc | | Pinnacle Bank - 4369 DIP | Accounts Receivable | 54.00 | 43,693.90 |
| 09/27/2023 | Payment | | No | Healthy Life Enterprises, Inc | | Pinnacle Bank - 4369 DIP | Accounts Receivable | 108.00 | 43,801.90 |
| 09/27/2023 | Deposit | 86776873011 | No | | 86776873011 | Pinnacle Bank - 4369 DIP | Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 916.61 | 44,718.51 |
| 09/27/2023 | Payment | | No | Healthy Life Enterprises, Inc | | Pinnacle Bank - 4369 DIP | Accounts Receivable | 162.00 | 44,880.51 |
| 09/28/2023 | Deposit | 86802759731 | No | | 86802759731 | Pinnacle Bank - 4369 DIP | Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 407.83 | 45,288.34 |
| 09/29/2023 | Deposit | 86822453299 | No | | 86822453299 | Pinnacle Bank - 4369 DIP | Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 290.81 | 45,579.15 |
| **Total for Pinnacle Bank - 4369 DIP** | | | | | | | | **$14,611.44** | |
| **TOTAL** | | | | | | | | **$14,611.44** | |

# Three Aminos LLC

## Transaction Report

### September 2023

| DATE | TRANSACTION TYPE | NUM | ADJ | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| **Pinnacle Bank - 4369 DIP** | | | | | | | | | - |
| Beginning Balance | | | | | | | | | 15,700.47 |
| 09/01/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-D5V7J3M5S2P7 1800948598 SHIPBOB | Pinnacle Bank - 4369 DIP | Shipping Cost* | -94.52 | 15,794.99 |
| 09/05/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-Y3Y0I3H5F9W3 4270465600 SHIPBOB | Pinnacle Bank - 4369 DIP | Shipping Cost* | -42.10 | 15,837.09 |
| 09/05/2023 | Expense | | No | Shopify | 2200 BUSSE RD SHOPIFY* 193983 ELK GROVE VIL IL 90223 Card#9236 | Pinnacle Bank - 4369 DIP | Office:Credit Card Fee | -118.53 | 15,955.62 |
| 09/05/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-P2K1H1P4A5J1 1800948598 SHIPBOB | Pinnacle Bank - 4369 DIP | Inventory Storage Fees | -1,772.94 | 17,728.56 |
| 09/05/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-M2V9F6G8Z9G7 1800948598 SHIPBOB | Pinnacle Bank - 4369 DIP | Shipping Cost* | -32.95 | 17,761.51 |
| 09/06/2023 | Expense | | No | Bill.com LLC | BILL.COM LLC BILLING 1B4QDOBEFBKSP1 1082689000 Three Aminos LLC | Pinnacle Bank - 4369 DIP | Office:Dues and Subscriptions | -165.00 | 17,926.51 |
| 09/07/2023 | Expense | | No | SKIO SUBSCRIPTIONS | 2261 Market Street#4096 SKIO SUBSCRIPTI SAN FRANCISCO CA 90623 Card#9236 | Pinnacle Bank - 4369 DIP | Office:Dues and Subscriptions | -478.17 | 18,404.68 |
| 09/07/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-O5N4B1G6D4X3 1800948598 SHIPBOB | Pinnacle Bank - 4369 DIP | Shipping Cost* | -86.91 | 18,491.59 |
| 09/08/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-F8C4W3U7U2X9 1800948598 SHIPBOB | Pinnacle Bank - 4369 DIP | Shipping Cost* | -29.98 | 18,521.57 |
| 09/11/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-B7T6J8J5L2K6 1800948598 SHIPBOB | Pinnacle Bank - 4369 DIP | Shipping Cost* | -44.55 | 18,566.12 |
| 09/11/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-M5R5I8N9K3C5 1800948598 SHIPBOB | Pinnacle Bank - 4369 DIP | Shipping Cost* | -22.63 | 18,588.75 |
| 09/11/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-I9H9E6A4B3W2 1800948598 SHIPBOB | Pinnacle Bank - 4369 DIP | Shipping Cost* | -17.30 | 18,606.05 |
| 09/13/2023 | Journal Entry | BILL 09-13-23 AP mv9* | No | | BILL 09/13/23 Payables Funding | Pinnacle Bank - 4369 DIP | -Split- | -7,730.54 | 26,336.59 |
| 09/13/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-C2L2O6B0A8Y4 1800948598 SHIPBOB | Pinnacle Bank - 4369 DIP | Shipping Cost* | -16.14 | 26,352.73 |
| 09/14/2023 | Expense | | No | TAXCLOUD | TaxCloud SALES_TAX_ 46618 1203271139 Three Aminos | Pinnacle Bank - 4369 DIP | Channel Sales Tax Payable:Shopify Sales Tax | -340.71 | 26,693.44 |
| 09/14/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-W6K1B7P6G2H0 1800948598 SHIPBOB | Pinnacle Bank - 4369 DIP | Shipping Cost* | -50.27 | 26,743.71 |
| 09/15/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-R5B0W2I2T7R9 1800948598 SHIPBOB | Pinnacle Bank - 4369 DIP | Shipping Cost* | -47.88 | 26,791.59 |
| 09/18/2023 | Expense | | No | QuickBooks Payments | INTUIT * QBooks Onl 4666689 0000756346 THREE AMINOS | Pinnacle Bank - 4369 DIP | Office:Dues and Subscriptions | -90.00 | 26,881.59 |
| 09/18/2023 | Expense | | No | QuickBooks Payments | INTUIT * QBooks Onl 4666837 0000756346 THREE AMINOS | Pinnacle Bank - 4369 DIP | Office:Dues and Subscriptions | -98.78 | 26,980.37 |
| 09/18/2023 | Expense | | No | QuickBooks Payments | INTUIT * QBooks Onl 4666660 0000756346 THREE AMINOS | Pinnacle Bank - 4369 DIP | Office:Dues and Subscriptions | -98.78 | 27,079.15 |
| 09/18/2023 | Expense | 86647996467 | No | | 86647996467 | Pinnacle Bank - 4369 DIP | Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | -157.50 | 27,236.65 |
| 09/18/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-Q2O2C3C9N3J3 1800948598 SHIPBOB | Pinnacle Bank - 4369 DIP | Shipping Cost* | -32.54 | 27,269.19 |
| 09/18/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-X7W9G7V2O6M8 1800948598 SHIPBOB | Pinnacle Bank - 4369 DIP | Shipping Cost* | -22.44 | 27,291.63 |
| 09/18/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-R9H2X9G8X3X0 1800948598 SHIPBOB | Pinnacle Bank - 4369 DIP | Shipping Cost* | -30.05 | 27,321.68 |
| 09/19/2023 | Expense | | No | USPS | 475 L'ENFANT PLAZA SW USPS STAMPS END 888-4340055 DC 91823 Card#9236 | Pinnacle Bank - 4369 DIP | Practice:Postage Expense | -100.00 | 27,421.68 |
| 09/19/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-W0O3W8E1S2O2 1800948598 SHIPBOB | Pinnacle Bank - 4369 DIP | Shipping Cost* | -47.57 | 27,469.25 |
| 09/19/2023 | Expense | | No | Stamps.com | 4301 Bullcreek Rd STAMPS.COM 855-608-2677 TX 91923 Card#9236 | Pinnacle Bank - 4369 DIP | Shipping Cost* | -19.99 | 27,489.24 |
| 09/20/2023 | Expense | | No | GoDaddy.com | 2155 E GoDaddy Way DNH*GODADDY.COM TEMPE AZ 91923 Card#9236 | Pinnacle Bank - 4369 DIP | Office Expenses | -99.99 | 27,589.23 |
| 09/20/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-K7M2K2F1L7G6 1800948598 SHIPBOB | Pinnacle Bank - 4369 DIP | Shipping Cost* | -38.06 | 27,627.29 |
| 09/21/2023 | Expense | | No | Amazon | 440 Terry Ave N AMZ*Amazon Paym AMZN.COM/BILL WA 92023 Card#9236 | Pinnacle Bank - 4369 DIP | Channel Selling Fees:IF200 Amazon Seller Fees | -351.18 | 27,978.47 |
| 09/21/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-Z1Z3U5D8U1S2 1800948598 SHIPBOB | Pinnacle Bank - 4369 DIP | Shipping Cost* | -15.14 | 27,993.61 |
| 09/22/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-C8U6F0M3K0W5 1800948598 SHIPBOB | Pinnacle Bank - 4369 DIP | Shipping Cost* | -14.60 | 28,008.21 |
| 09/25/2023 | Journal Entry | BILL 09-25-23 AP b9CR | No | | BILL 09/25/23 Payables Funding | Pinnacle Bank - 4369 DIP | -Split- | 15,508.75 | 43,516.96 |
| 09/25/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-I6O7J4D4Y2R0 1800948598 SHIPBOB | Pinnacle Bank - 4369 DIP | Shipping Cost* | -44.98 | 43,561.94 |
| 09/25/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-J1S1B3D7M9L3 1800948598 SHIPBOB | Pinnacle Bank - 4369 DIP | Shipping Cost* | -23.81 | 43,585.75 |
| 09/25/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-N8L8B0A1U8R0 4270465600 SHIPBOB | Pinnacle Bank - 4369 DIP | Shipping Cost* | -30.28 | 43,616.03 |
| 09/26/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-H5Y9E7G2I7C7 1800948598 SHIPBOB | Pinnacle Bank - 4369 DIP | Shipping Cost* | -24.64 | 43,640.67 |
| 09/27/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-U6Q7O6N9W9B5 1800948598 SHIPBOB | Pinnacle Bank - 4369 DIP | Shipping Cost* | -270.70 | 43,911.37 |
| 09/27/2023 | Expense | | No | TAXCLOUD | TaxCloud SALES_TAX_ 46618 3203271139 Three Aminos | Pinnacle Bank - 4369 DIP | Channel Sales Tax Payable:Shopify Sales Tax | -13.95 | 43,925.32 |
| 09/29/2023 | Check | 995003 | No | Lee Palmer | Check # 995003 | Pinnacle Bank - 4369 DIP | Facilities:Rent Expense | -450.00 | 44,375.32 |
| 09/29/2023 | Check | 995002 | No | Lee Palmer | Check # 995002 | Pinnacle Bank - 4369 DIP | Facilities:Rent Expense | -450.00 | 44,825.32 |
| 09/29/2023 | Expense | | No | QuickBooks Payments | INTUIT * QBooks Onl 7623979 0000756346 THREE AMINOS | Pinnacle Bank - 4369 DIP | Office:Dues and Subscriptions | -200.00 | 45,025.32 |

# Three Aminos LLC

## Transaction Report

### September 2023

| DATE | TRANSACTION TYPE | NUM | ADJ | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| 09/29/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-O1C0K8I9Y6Y1 1800948598 SHIPBOB | Pinnacle Bank - 4369 DIP | Shipping Cost* | -106.22 | - 45,131.54 |
| 09/29/2023 | Expense | | No | Fedex | 3875 AIRWAYS BLVD FEDEX50397993 800-4633339 TN 92823 Card#9236 | Pinnacle Bank - 4369 DIP | Practice:Postage Expense | -47.38 | - 45,178.92 |
| **Total for Pinnacle Bank - 4369 DIP** | | | | | | | | **$ -** | **29,478.45** |
| **TOTAL** | | | | | | | | **$ -** | **29,478.45** |

Case 3:23-bk-02202    Doc 111    Filed 11/14/23    Entered 11/14/23 13:12:17    Desc Main

# Three Aminos LLC

## A/P Aging Summary
### As of September 30, 2023

| | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | TOTAL |
|---|---|---|---|---|---|---|
| Lile Wellness | 7,507.07 | -6,259.81 | | 15,364.88 | | $16,612.14 |
| Smith Accounting Services LLC | | 750.00 | | | 812.00 | $1,562.00 |
| TOTAL | $7,507.07 | $ -5,509.81 | $0.00 | $15,364.88 | $812.00 | $18,174.14 |

Thursday, October 12, 2023 10:41 PM GMT-04:00

1/1

EXHIBIT F

# Three Aminos LLC

## A/R Aging Summary

As of September 30, 2023

|  | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | TOTAL |
|---|---|---|---|---|---|---|
| Healthy Life Enterprises, Inc | 2,430.00 |  |  |  | -21.00 | $2,409.00 |
| **TOTAL** | **$2,430.00** | **$0.00** | **$0.00** | **$0.00** | **$ -21.00** | **$2,409.00** |

# Three Aminos LLC

## Balance Sheet

### As of September 30, 2023

| | TOTAL |
|---|---|
| ASSETS | |
| Current Assets | |
| Bank Accounts | |
| Bill.com Money Out Clearing | 0.00 |
| Pinnacle Bank - 4369 DIP | 34,483.28 |
| PNC Checking - 0614 | 0.00 |
| **Total Bank Accounts** | **$34,483.28** |
| Accounts Receivable | |
| Accounts Receivable | 2,409.00 |
| **Total Accounts Receivable** | **$2,409.00** |
| Other Current Assets | |
| Channel Clearing Account | 1,934.13 |
| Intercompany ICP | 0.00 |
| Intercompany LWP | 63,154.44 |
| Intercompany Prothione | 2,016,471.55 |
| Inventory Asset | 0.00 |
| Inventory Asset-IF200 | 1,846,455.73 |
| Prepaid Expense | 0.00 |
| Undeposited Funds | 0.00 |
| **Total Other Current Assets** | **$3,928,015.85** |
| **Total Current Assets** | **$3,964,908.13** |
| Fixed Assets | |
| Accumulated Depreciation | -5,553.61 |
| Office and Computer Equipment | 5,553.61 |
| **Total Fixed Assets** | **$0.00** |
| Other Assets | |
| Accumulated Amortization | -13,143.00 |
| Innate | 153,470.00 |
| Organizational Costs | 53,195.00 |
| Patents | 0.00 |
| Stress Watchers | 2,500,000.00 |
| Website Development | 6,476.98 |
| **Total Other Assets** | **$2,699,998.98** |
| **TOTAL ASSETS** | **$6,664,907.11** |

Accrual Basis Tuesday, October 31, 2023 01:00 PM GMT-04:00

# Three Aminos LLC

## Balance Sheet

### As of September 30, 2023

|  | TOTAL |
|---|---|
| LIABILITIES AND EQUITY |  |
| Liabilities |  |
| Current Liabilities |  |
| Accounts Payable |  |
| Accounts Payable | 1,140,088.39 |
| **Total Accounts Payable** | **$1,140,088.39** |
| Other Current Liabilities |  |
| Accrued Payroll | 0.00 |
| Channel Sales Tax Payable | 114.91 |
| Comptroller Payable | 0.00 |
| ICP - Byzfunder Loan | 96,470.62 |
| ICP - Kapitus Loans | 203,769.22 |
| ICP Loan - Bankers Healthcare Loan | 207,333.28 |
| Interco Prothione | 0.00 |
| Intercompany Island Compounding Pharmacy | 140,735.22 |
| Intercompany Jimani | 719,750.35 |
| Intercompany Lile Wellness Partners | 7,390.00 |
| Sales Tax Payable | 3,848.74 |
| **Total Other Current Liabilities** | **$1,379,412.34** |
| **Total Current Liabilities** | **$2,519,500.73** |
| Long-Term Liabilities |  |
| Loan Payable - Jeff Benore | 456,343.62 |
| Loan Payable - Jim Tafel | 3,090,202.72 |
| **Total Long-Term Liabilities** | **$3,546,546.34** |
| **Total Liabilities** | **$6,066,047.07** |
| Equity |  |
| Capital contribution - Lile | 2,638,619.35 |
| Capital contribution - Tafel | 1,522,500.00 |
| Members Draw | 0.00 |
| Opening Balance Equity | 0.00 |
| Owners Draw | 43,166.94 |
| Owners Equity | -3,787,851.93 |
| Savings Draw | 609,822.58 |
| Net Income | -427,396.90 |
| **Total Equity** | **$598,860.04** |
| **TOTAL LIABILITIES AND EQUITY** | **$6,664,907.11** |

Accrual Basis Tuesday, October 31, 2023 09:21:00 AM GMT-04:00

# Three Aminos LLC

## Profit and Loss

### September 2023

| | TOTAL |
|---|---:|
| Income | |
| Channel Sales | 113.95 |
| Immune Formula - Get Healthy | 2,484.00 |
| Immune Formula - Online | 11,824.50 |
| Shipping & Handling | 900.75 |
| **Total Income** | **$15,323.20** |
| Cost of Goods Sold | |
| Channel Selling Fees | 762.64 |
| Cost of Goods Sold | 2,090.00 |
| Inventory Storage Fees | 1,772.94 |
| Shipping Cost* | 1,206.25 |
| **Total Cost of Goods Sold** | **$5,831.83** |
| **GROSS PROFIT** | **$9,491.37** |
| Expenses | |
| Facilities | 900.00 |
| Office | -8,141.80 |
| Office Expenses | 99.99 |
| Practice | 2,286.76 |
| **Total Expenses** | **$ -4,855.05** |
| **NET OPERATING INCOME** | **$14,346.42** |
| Other Expenses | |
| Amortization Expense | 621.50 |
| Interest Expense | 714.09 |
| **Total Other Expenses** | **$1,335.59** |
| **NET OTHER INCOME** | **$ -1,335.59** |
| **NET INCOME** | **$13,010.83** |