**Fill in this information to identify the case:**

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____

Case number: _____

☐ Check if this is an
   amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: _____

Line of business: _____

Date report filed: _____
MM / DD / YYYY

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: _____

Original signature of responsible party _____

Printed name of responsible party _____

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☐ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☐ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☐ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☐ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☐ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☐ | ☐ |

Case 3:23-bk-02202    Doc 112    Filed 11/14/23    Entered 11/14/23 13:13:50    Desc Main
Document          Page 1 of 23

Debtor Name _____  Case number_____

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☐ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☐ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.  $ _____

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.  $ _____

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.  − $ _____

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.  + $ _____

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.  = $ _____

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**  $106805.23_____

    *(Exhibit E)*

Case 3:23-bk-02202   Doc 112   Filed 11/14/23   Entered 11/14/23 13:13:50   Desc Main
Document      Page 2 of 23

Debtor Name _____   Case number_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                    $ _____

     *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                    _____

27. What is the number of employees as of the date of this monthly report?                      _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                     $ _____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?       $ _____

30. How much have you paid this month in other professional fees?                                              $ _____

31. How much have you paid in total other professional fees since filing the case?                             $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | **−** | **Actual** | **=** | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | **−** | $ _____ | **=** | $ _____ |
| 33. **Cash disbursements** | $ _____ | **−** | $ _____ | **=** | $ _____ |
| 34. **Net cash flow** | $ _____ | **−** | $ _____ | **=** | $ _____ |

35. Total projected cash receipts for the next month:                                               $ _____

36. Total projected cash disbursements for the next month:                                       **−** $ _____

37. Total projected net cash flow for the next month:                                            **=** $ _____

Case 3:23-bk-02202    Doc 112    Filed 11/14/23    Entered 11/14/23 13:13:50    Desc Main
Document    Page 3 of 23

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐   38.   Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐   39.   Bank reconciliation reports for each account.

☐   40.   Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐   41.   Budget, projection, or forecast reports.

☐   42.   Project, job costing, or work-in-progress reports.

150 Third Avenue South
Suite 900
Nashville, TN 37201
www.pnfp.com

Client Service Center 800-264-3613
Pinnacle Anytime 866-755-5428

RETURN SERVICE REQUESTED

Account
XXXXXXXX4369

Three Aminos LLC
Debtor in Posession
312 3rd Ave S
Franklin, TN 37064-2620

# Statement of Account

## Horizon 75

| Balance 10/02/23 | Summary | | |
|---|---|---|---|
| $ 34,483.28 | | | |
| | Credits | +$22,597.10 | |
| Balance 10/31/23 | Interest | +$.00 | |
| $ 51,219.29 | Debits | - $5,861.09 | |

## Credit Transactions

### Deposits

| 10/02 | Shopify        TRANSFER ST-U7X9B1X6F3P2<br>1800948598 THREE AMINOS LLC | 892.00 |
|---|---|---|
| 10/03 | Shopify        TRANSFER ST-X4O5S9J0T7E5<br>1800948598 THREE AMINOS LLC | 1,699.98 |
| 10/03 | STRIPE        TRANSFER ST-K3P3W1Y5P9Z8<br>4270465600 LAURA LILE | 2,485.46 |
| 10/04 | Shopify        TRANSFER ST-I5J2T7M8C3O9<br>1800948598 THREE AMINOS LLC | 231.56 |
| 10/04 | Healthy Life Ent  Bill.com 025HYNRUKTNB50I<br>1204895317 Three Aminos LLC | 432.00 |
| 10/05 | Shopify        TRANSFER ST-L0K4S9Y6H9B2<br>1800948598 THREE AMINOS LLC | 452.83 |
| 10/06 | AMAZON.CSWTHSAFZ  PAYMENTS<br>4KGIF95DOCNR21T  3215240102 Three Aminos | 173.40 |
| 10/06 | Shopify        TRANSFER ST-U9E8E1G8N6M1<br>1800948598 THREE AMINOS LLC | 699.27 |
| 10/10 | Healthy Life Ent  Bill.com 025EVDGVPWNHEYH<br>1204895317 Three Aminos LLC | 270.00 |
| 10/10 | Shopify        TRANSFER ST-N9A1K0I4G2X9<br>1800948598 THREE AMINOS LLC | 318.19 |



### Protecting Yourself from Fraud

Fraud makes headlines when high-profile people do it, but wire and money transfer scams happen to average people and businesses every day. The FBI estimates about $2 billion is lost annually to wire-transfer fraud. The key is to slow down and verify payment requests by a second method -- such as a telephone call using a known number. Because once you have wired the money, it's nearly impossible to retrieve it. Read more at PNFP.com/FraudProtection.

Member FDIC
EQUAL HOUSING LENDER

Page 1 of 7

Case 3:23-bk-02202    Doc 112    Filed 11/14/23    Entered 11/14/23 13:13:50    Desc Main
Document        Page 5 of 23

TAB9432



## ELECTRONIC TRANSFER ERROR RESOLUTION

This Electronic Transfer Error Resolution only applies to accounts held for personal, family or household purposes and is therefore not applicable to business, trust accounts, or any such account held for non-personal purposes.

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed at the end of this disclosure, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

- Tell us your name and account number (if any).

- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

- Tell us the dollar amount of the suspected error.

We must hear from you no later than 60 days after we send the FIRST statement on which the problem or error appeared.

We will provide provisional credit for the amount that you think is in error within 10 business days of your complaint and begin an investigation of the transaction(s). In most cases, we will disclose the results of the investigation within 10 business days of your complaint and correct any error promptly. If we need more time to investigate the complaint, we may take up to 45 days (90 days if the transfer involved a point-of-sale transaction or a foreign initiated transfer) to complete our investigation. However, you will have use of the funds in question during our investigation.

**Pinnacle Bank**
150 3rd Avenue South, Suite 900
Nashville, TN 37201
(800) 264-3613

| 10/11 | Shopify | TRANSFER ST-O8F0B9D9S4H7 1800948598 THREE AMINOS LLC | 607.19 |
|---|---|---|---|
| 10/12 | Shopify | TRANSFER ST-M1B9I7J5N8T3 1800948598 THREE AMINOS LLC | 480.94 |
| 10/13 | Shopify | TRANSFER ST-I6C5W2I3W4U6 1800948598 THREE AMINOS LLC | 467.50 |
| 10/13 | STRIPE | TRANSFER ST-H1N2L3P2Q4L4 4270465600 LAURA LILE | 482.70 |
| 10/16 | Shopify | TRANSFER ST-H8V8C6T1D9X4 1800948598 THREE AMINOS LLC | 609.72 |
| 10/17 | STRIPE | TRANSFER ST-K1X7F3N6F3G5 4270465600 LAURA LILE | 305.56 |
| 10/17 | Shopify | TRANSFER ST-P5U0D8E7F6P3 1800948598 THREE AMINOS LLC | 388.26 |
| 10/17 | Healthy Life Ent | Bill.com 025PPLJJSHNT29R 1204895317 Three Aminos LLC | 540.00 |
| 10/18 | Healthy Life Ent | Bill.com 025LODVJHJNUY6X 1204895317 Three Aminos LLC | 108.00 |
| 10/18 | Shopify | TRANSFER ST-U0J0T3K0E8Q9 1800948598 THREE AMINOS LLC | 786.64 |
| 10/18 | STRIPE | TRANSFER ST-W7U1Y7J0J2K1 4270465600 LAURA LILE | 2,485.46 |
| 10/19 | Healthy Life Ent | Bill.com 025NCOPCTGNWTZ7 1204895317 Three Aminos LLC | 378.00 |
| 10/19 | Shopify | TRANSFER ST-H4M0O2Z8U5E3 1800948598 THREE AMINOS LLC | 464.87 |
| 10/20 | Shopify | TRANSFER ST-V3S8E4I5U5Q1 1800948598 THREE AMINOS LLC | 383.86 |
| 10/23 | Shopify | TRANSFER ST-H5B3L5E7K6U2 1800948598 THREE AMINOS LLC | 73.24 |
| 10/24 | Healthy Life Ent | Bill.com 025DHTPCJEO2SG5 1204895317 Three Aminos LLC | 216.00 |
| 10/24 | Shopify | TRANSFER ST-I9K3V6E6D9R2 1800948598 THREE AMINOS LLC | 1,112.02 |
| 10/25 | Healthy Life Ent | Bill.com 025JMCHUWYO4OTQ 1204895317 Three Aminos LLC | 108.00 |
| 10/25 | Shopify | TRANSFER ST-A2Z9Y6G1P6D1 1800948598 THREE AMINOS LLC | 155.38 |
| 10/26 | Shopify | TRANSFER ST-R1T3P8I4U7O9 1800948598 THREE AMINOS LLC | 161.78 |
| 10/26 | Healthy Life Ent | Bill.com 025KPYLJDLO6KQP 1204895317 Three Aminos LLC | 162.00 |
| 10/26 | STRIPE | TRANSFER ST-Y1X4E4J2G4A5 4270465600 LAURA LILE | 725.52 |
| 10/27 | Healthy Life Ent | Bill.com 025PGTDQPCO8ICD 1204895317 Three Aminos LLC | 108.00 |
| 10/27 | Shopify | TRANSFER ST-X1N3Z5C3X8C4 1800948598 THREE AMINOS LLC | 436.09 |
| 10/30 | Healthy Life Ent | Bill.com 025QHIYXZMOAJ8T 1204895317 Three Aminos LLC | 108.00 |
| 10/30 | Shopify | TRANSFER ST-V6I2M1X2D0E2 1800948598 THREE AMINOS LLC | 548.65 |
| 10/31 | Shopify | TRANSFER ST-Y7N0M2X4H0S7 1800948598 THREE AMINOS LLC | 2,478.57 |
| 10/31 | Regular Deposit | | 60.46 |
| **Total Credits** | | | **$22,597.10** |

## Debit Transactions

### Other Debits

| 10/02 | 2200 BUSSE RD SHOPIFY* 198067 ELK GROVE VIL IL 100223 Card#9236 | | 126.09 |
|---|---|---|---|
| 10/02 | ShipBob.com | ShipBob.co ST-A3T1E4B9I5K2 4270465600 SHIPBOB | 31.29 |
| 10/02 | ShipBob.com | ShipBob.co ST-X2Z5D0P5S8O5 4270465600 SHIPBOB | 31.35 |
| 10/02 | ShipBob.com | ShipBob.co ST-R6O9R6Q5U4X5 1800948598 SHIPBOB | 85.61 |
| 10/03 | ShipBob.com | ShipBob.co ST-V6Q1H4A8F8D4 4270465600 SHIPBOB | 38.15 |
| 10/04 | 475 L'ENFANT PLAZA SW USPS STAMPS END 888-4340055 DC 100323 Card#9236 | | 100.00 |
| 10/04 | ShipBob.com | ShipBob.co ST-T5Z0Y8U7G5S5 1800948598 SHIPBOB | 41.59 |
| 10/05 | ShipBob.com | ShipBob.co ST-F2A8Z5J4V8D5 1800948598 SHIPBOB | 1,796.10 |
| 10/06 | 3875 AIRWAYS BLVD FEDEX50456997 800-4633339 TN 100523 Card#9236 | | 44.15 |
| 10/06 | ShipBob.com | ShipBob.co ST-O8Y3A5L9A5I1 1800948598 SHIPBOB | 37.61 |
| 10/06 | BILL.COM LLC | BILLING 01B4YHMDIIBNMDL 1082689000 Three Aminos LLC | 166.47 |

| 10/10 | 2261 Market Street#4096 SKIO SUBSCRIPTI SAN FRANCISCO CA 100623 Card#9236 | 490.29 |
|---|---|---|
| 10/10 | ShipBob.com ShipBob.co ST-C9K2J7I0H3E1 1800948598 SHIPBOB | 7.12 |
| 10/10 | ShipBob.com ShipBob.co ST-A2V9B4J4K0G2 4270465600 SHIPBOB | 14.14 |
| 10/10 | ShipBob.com ShipBob.co ST-K6U5G6A1K8A2 1800948598 SHIPBOB | 24.46 |
| 10/10 | ShipBob.com ShipBob.co ST-C6B5L9Y5K3K9 1800948598 SHIPBOB | 48.09 |
| 10/11 | ShipBob.com ShipBob.co ST-L3T7P4C5M1R3 1800948598 SHIPBOB | 21.80 |
| 10/12 | ShipBob.com ShipBob.co ST-Z8F2R7S1C5D3 1800948598 SHIPBOB | 39.01 |
| 10/13 | 3875 AIRWAYS BLVD FEDEX50505513 800-4633339 TN 101223 Card#9236 | 18.12 |
| 10/13 | ShipBob.com ShipBob.co ST-F3G3F0L1D8N3 4270465600 SHIPBOB | 41.76 |
| 10/16 | ShipBob.com ShipBob.co ST-G7N2F1Z3Q3J3 4270465600 SHIPBOB | 16.15 |
| 10/16 | ShipBob.com ShipBob.co ST-E8L4O2D1K2V0 1800948598 SHIPBOB | 24.95 |
| 10/16 | ShipBob.com ShipBob.co ST-U4R7G6D7B3X4 1800948598 SHIPBOB | 29.58 |
| 10/17 | ShipBob.com ShipBob.co ST-X3F8J7I3K4V2 1800948598 SHIPBOB | 14.78 |
| 10/17 | TaxCloud SALES_TAX_46618 1203271139 Three Aminos | 428.69 |
| 10/18 | ShipBob.com ShipBob.co ST-I7O9C7G1X7N1 1800948598 SHIPBOB | 48.47 |
| 10/18 | INTUIT * QBooks Onl 3338043 0000756346 THREE AMINOS | 90.00 |
| 10/18 | INTUIT * QBooks Onl 3338047 0000756346 THREE AMINOS | 98.78 |
| 10/18 | INTUIT * QBooks Onl 3338192 0000756346 THREE AMINOS | 98.78 |
| 10/19 | 4301 Bullcreek Rd STAMPS.COM 855-608-2677 TX 101923 Card#9236 | 19.99 |
| 10/19 | 440 Terry Ave N AMZ*Amazon Paym AMZN.COM/BILL WA 101823 Card#9236 | 598.24 |
| 10/19 | ShipBob.com ShipBob.co ST-P7J4R3U2A9N5 1800948598 SHIPBOB | 38.47 |
| 10/20 | ShipBob.com ShipBob.co ST-M9R5O8N6A1V3 1800948598 SHIPBOB | 30.49 |
| 10/23 | ShipBob.com ShipBob.co ST-S5F9T5K7N2A6 4270465600 SHIPBOB | 14.34 |
| 10/23 | ShipBob.com ShipBob.co ST-C6O1X3J2F7D1 4270465600 SHIPBOB | 22.00 |
| 10/23 | ShipBob.com ShipBob.co ST-M8M2U7I9G0R8 4270465600 SHIPBOB | 24.46 |
| 10/24 | 475 L'ENFANT PLAZA SW USPS STAMPS END 888-4340055 DC 102323 Card#9236 | 100.00 |
| 10/24 | ShipBob.com ShipBob.co ST-A2H7V4C1H7H7 1800948598 SHIPBOB | 30.50 |
| 10/25 | ShipBob.com ShipBob.co ST-I9F7I3M0M9I1 1800948598 SHIPBOB | 37.14 |
| 10/26 | ShipBob.com ShipBob.co ST-U8E0Y8G9S4J2 4270465600 SHIPBOB | 15.14 |
| 10/27 | 3875 AIRWAYS BLVD FEDEX50613689 800-4633339 TN 102623 Card#9236 | 28.85 |
| 10/27 | ShipBob.com ShipBob.co ST-Q6B9Q5E0O8I1 1800948598 SHIPBOB | 30.85 |
| 10/30 | ShipBob.com ShipBob.co ST-W6R1S5Q7H8D9 1800948598 SHIPBOB | 36.42 |
| 10/30 | ShipBob.com ShipBob.co ST-K4G3M6U4L5U8 1800948598 SHIPBOB | 51.05 |
| 10/30 | ShipBob.com ShipBob.co ST-C8D1C4D9N4F8 4270465600 SHIPBOB | 69.14 |
| 10/30 | INTUIT * QBooks Onl 6474932 0000756346 THREE AMINOS | 200.00 |
| 10/31 | ShipBob.com ShipBob.co ST-S0N3V6I3L9W7 1800948598 SHIPBOB | 7.48 |
| 10/31 | Service Charge | 3.15 |

### Checks

| 10/30 | Check 995004 | 450.00 |
|---|---|---|
| **Total Debits** | | **$5,861.09** |

(*) Indicates gap in check number sequenece

| Average Balance This Statement | $43,263.72 | Annual Percentage Yield Earned | .00% |
|---|---|---|---|
| Interest Earned This Period | $.00 | Days in Period | 30 |
| Interest Paid Year to Date | $.00 | Interest Paid | $.00 |

Case 3:23-bk-02202   Doc 112   Filed 11/14/23   Entered 11/14/23 13:13:50   Desc Main
Document   Page 8 of 23

## DAILY BALANCE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| 10/02 | 35,100.94 | 10/12 | 40,082.78 | 10/23 | 45,898.54 |
| 10/03 | 39,248.23 | 10/13 | 40,973.10 | 10/24 | 47,096.06 |
| 10/04 | 39,770.20 | 10/16 | 41,512.14 | 10/25 | 47,322.30 |
| 10/05 | 38,426.93 | 10/17 | 42,302.49 | 10/26 | 48,356.46 |
| 10/06 | 39,051.37 | 10/18 | 45,346.56 | 10/27 | 48,840.85 |
| 10/10 | 39,055.46 | 10/19 | 45,532.73 | 10/30 | 48,690.89 |
| 10/11 | 39,640.85 | 10/20 | 45,886.10 | 10/31 | 51,219.29 |

Intentionally Left Blank

| Credit | | DDA Deposit | |
|---|---|---|---|
| Bank: | PINNACLE BANK | Date/Time: | 10/31/2023 16 PM |
| Branch #: | 437 | Workstation: | 1042/103 |
| Branch Name: | Cool Springs Carolians | HIN #: | 87047870000103 |
| Teller ID: | 15903N40 S | Owner: | |
| Drawer #: | 43705 | | |
| Trans #: | 34 | | |
| Misc: | Tra Deposito, Cert. CUSTOMER BANK | | |

SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

| AUXILIARY | R/T | ACCOUNT | PC/TC | AMOUNT |
|---|---|---|---|---|
| | 5000-0011 | 800108734369 | 39 | $60.46 |

#0 10/31/2023 $60.46

#995004 10/30/2023 $450.00

Three Aminos LLC

**10100 Pinnacle Bank - 4369 DIP, Period Ending 10/31/2023**

**RECONCILIATION REPORT**

Reconciled on: 11/08/2023

Reconciled by: Ann Miller

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
| --- | --- |
| Statement beginning balance | 34,483.28 |
| Checks and payments cleared (49) | -5,861.09 |
| Deposits and other credits cleared (44) | 22,597.10 |
| Statement ending balance | **51,219.29** |
| | |
| Register balance as of 10/31/2023 | 51,219.29 |
| Cleared transactions after 10/31/2023 | 0.00 |
| Uncleared transactions after 10/31/2023 | 1,467.99 |
| Register balance as of 11/08/2023 | 52,687.28 |

**Details**

Checks and payments cleared (49)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
| --- | --- | --- | --- | --- |
| 10/02/2023 | Expense | | Ship Bob | -85.61 |
| 10/02/2023 | Expense | | Shopify | -126.09 |
| 10/02/2023 | Expense | | Ship Bob | -31.29 |
| 10/02/2023 | Expense | | Ship Bob | -31.35 |
| 10/03/2023 | Expense | | Ship Bob | -38.15 |
| 10/04/2023 | Expense | | Ship Bob | -41.59 |
| 10/04/2023 | Expense | | USPS | -100.00 |
| 10/05/2023 | Expense | | Ship Bob | -1,796.10 |
| 10/06/2023 | Expense | | Bill.com LLC | -166.47 |
| 10/06/2023 | Expense | | Ship Bob | -37.61 |
| 10/06/2023 | Expense | | Fedex | -44.15 |
| 10/10/2023 | Expense | | SKIO SUBSCRIPTIONS | -490.29 |
| 10/10/2023 | Expense | | Ship Bob | -24.46 |
| 10/10/2023 | Expense | | Ship Bob | -14.14 |
| 10/10/2023 | Expense | | Ship Bob | -48.09 |
| 10/10/2023 | Expense | | Ship Bob | -7.12 |
| 10/11/2023 | Expense | | Ship Bob | -21.80 |
| 10/12/2023 | Expense | | Ship Bob | -39.01 |
| 10/13/2023 | Expense | | Fedex | -18.12 |
| 10/13/2023 | Expense | | Ship Bob | -41.76 |
| 10/16/2023 | Expense | | Ship Bob | -16.15 |
| 10/16/2023 | Expense | | Ship Bob | -29.58 |
| 10/16/2023 | Expense | | Ship Bob | -24.95 |
| 10/17/2023 | Expense | | TAXCLOUD | -428.69 |
| 10/17/2023 | Expense | | Ship Bob | -14.78 |
| 10/18/2023 | Expense | | Ship Bob | -48.47 |
| 10/18/2023 | Expense | | QuickBooks Payments | -98.78 |
| 10/18/2023 | Expense | | QuickBooks Payments | -98.78 |
| 10/18/2023 | Expense | | QuickBooks Payments | -90.00 |
| 10/19/2023 | Expense | | Ship Bob | -38.47 |
| 10/19/2023 | Expense | | Stamps.com | -19.99 |

| 10/19/2023 | Expense | | Amazon | -598.24 |
| 10/20/2023 | Expense | | Ship Bob | -30.49 |
| 10/23/2023 | Expense | | Ship Bob | -14.34 |
| 10/23/2023 | Expense | | Ship Bob | -24.46 |
| 10/23/2023 | Expense | | Ship Bob | -22.00 |
| 10/24/2023 | Expense | | Ship Bob | -30.50 |
| 10/24/2023 | Expense | | USPS | -100.00 |
| 10/25/2023 | Expense | | Ship Bob | -37.14 |
| 10/26/2023 | Expense | | Ship Bob | -15.14 |
| 10/27/2023 | Expense | | Fedex | -28.85 |
| 10/27/2023 | Expense | | Ship Bob | -30.85 |
| 10/30/2023 | Check | 995004 | Lee Palmer | -450.00 |
| 10/30/2023 | Expense | | Ship Bob | -69.14 |
| 10/30/2023 | Expense | | QuickBooks Payments | -200.00 |
| 10/30/2023 | Expense | | Ship Bob | -51.05 |
| 10/30/2023 | Expense | | Ship Bob | -36.42 |
| 10/31/2023 | Expense | | Ship Bob | -7.48 |
| 10/31/2023 | Expense | | Pinnacle Bank | -3.15 |

| Total | | | | -5,861.09 |

Deposits and other credits cleared (44)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
| --- | --- | --- | --- | --- |
| 10/02/2023 | Deposit | 86840770611 | | 892.00 |
| 10/03/2023 | Deposit | 86854631475 | | 1,699.98 |
| 10/03/2023 | Deposit | | Stripe Customer | 2,485.46 |
| 10/04/2023 | Deposit | 86876028979 | | 231.56 |
| 10/04/2023 | Receive Payment | | Healthy Life Enterprises, Inc | 270.00 |
| 10/04/2023 | Receive Payment | | Healthy Life Enterprises, Inc | 162.00 |
| 10/05/2023 | Deposit | 86900342835 | | 452.83 |
| 10/06/2023 | Deposit | 86912106547 | | 699.27 |
| 10/06/2023 | Deposit | | Amazon.com | 173.40 |
| 10/10/2023 | Deposit | 86939303987 | | 318.19 |
| 10/10/2023 | Receive Payment | | Healthy Life Enterprises, Inc | 162.00 |
| 10/10/2023 | Receive Payment | | Healthy Life Enterprises, Inc | 108.00 |
| 10/11/2023 | Deposit | 86953230387 | | 607.19 |
| 10/12/2023 | Deposit | 86981345331 | | 480.94 |
| 10/13/2023 | Deposit | 86999597107 | | 467.50 |
| 10/13/2023 | Deposit | | Stripe Customer | 482.70 |
| 10/16/2023 | Deposit | 87025221683 | | 609.72 |
| 10/17/2023 | Deposit | 87032201267 | | 388.26 |
| 10/17/2023 | Receive Payment | | Healthy Life Enterprises, Inc | 108.00 |
| 10/17/2023 | Receive Payment | | Healthy Life Enterprises, Inc | 378.00 |
| 10/17/2023 | Receive Payment | | Healthy Life Enterprises, Inc | 54.00 |
| 10/17/2023 | Deposit | | Stripe Customer | 305.56 |
| 10/18/2023 | Receive Payment | | Healthy Life Enterprises, Inc | 54.00 |
| 10/18/2023 | Receive Payment | | Healthy Life Enterprises, Inc | 54.00 |
| 10/18/2023 | Deposit | | Stripe Customer | 2,485.46 |
| 10/18/2023 | Deposit | 87059333171 | | 786.64 |
| 10/19/2023 | Deposit | 87082795059 | | 464.87 |
| 10/20/2023 | Deposit | 87091839027 | | 383.86 |
| 10/23/2023 | Deposit | 87115989043 | | 73.24 |
| 10/23/2023 | Receive Payment | | Healthy Life Enterprises, Inc | 378.00 |
| 10/24/2023 | Deposit | 87130144819 | | 1,112.02 |
| 10/24/2023 | Receive Payment | | Healthy Life Enterprises, Inc | 216.00 |
| 10/24/2023 | Receive Payment | | Healthy Life Enterprises, Inc | 108.00 |

Case 3:23-bk-02202    Doc 112    Filed 11/14/23    Entered 11/14/23 13:13:50    Desc Main
Document    Page 13 of 23

| 10/25/2023 | Deposit | 87154360371 | | 155.38 |
| 10/26/2023 | Deposit | 87171727411 | | 161.78 |
| 10/26/2023 | Deposit | | | 725.52 |
| 10/26/2023 | Receive Payment | | Healthy Life Enterprises, Inc | 162.00 |
| 10/27/2023 | Deposit | 87186538547 | | 436.09 |
| 10/27/2023 | Receive Payment | | Healthy Life Enterprises, Inc | 108.00 |
| 10/30/2023 | Deposit | 87216357427 | | 548.65 |
| 10/30/2023 | Receive Payment | | Healthy Life Enterprises, Inc | 54.00 |
| 10/30/2023 | Receive Payment | | Healthy Life Enterprises, Inc | 54.00 |
| 10/31/2023 | Deposit | 87227334707 | | 2,478.57 |
| 10/31/2023 | Deposit | | | 60.46 |

**Total** 22,597.10

**Additional Information**

Uncleared checks and payments after 10/31/2023

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
| --- | --- | --- | --- | --- |
| 11/01/2023 | Expense | | Ship Bob | -45.63 |
| 11/02/2023 | Expense | | Shopify | -128.14 |
| 11/02/2023 | Expense | | Ship Bob | -14.88 |
| 11/03/2023 | Expense | | Fedex | -108.13 |
| 11/03/2023 | Expense | | Ship Bob | -1,759.61 |
| 11/06/2023 | Expense | | Ship Bob | -23.37 |
| 11/06/2023 | Expense | | Ship Bob | -7.12 |

**Total** -2,086.88

Uncleared deposits and other credits after 10/31/2023

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
| --- | --- | --- | --- | --- |
| 11/01/2023 | Deposit | 87246831667 | | 390.45 |
| 11/02/2023 | Receive Payment | | Healthy Life Enterprises, Inc | 54.00 |
| 11/02/2023 | Receive Payment | | Healthy Life Enterprises, Inc | 108.00 |
| 11/02/2023 | Receive Payment | | Healthy Life Enterprises, Inc | 54.00 |
| 11/02/2023 | Receive Payment | | Healthy Life Enterprises, Inc | 216.00 |
| 11/02/2023 | Deposit | | | 63.87 |
| 11/02/2023 | Deposit | | | 73.28 |
| 11/02/2023 | Deposit | | | 70.10 |
| 11/02/2023 | Deposit | 87274586163 | | 71.52 |
| 11/03/2023 | Deposit | 87293820979 | | 147.26 |
| 11/03/2023 | Deposit | | Amazon.com | 1.25 |
| 11/06/2023 | Deposit | 87312105523 | | 158.81 |
| 11/07/2023 | Deposit | 87334912051 | | 1,612.33 |
| 11/08/2023 | Deposit | 87356571699 | | 534.00 |

**Total** 3,554.87

EXHIBIT C

# Three Aminos LLC

## Transaction Report

### October 2023

| DATE | TRANSACTION TYPE | NUM | ADJ | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| **Pinnacle Bank - 4369 DIP** | | | | | | | | | |
| Beginning Balance | | | | | | | | | 45,579.15 |
| 10/02/2023 | Deposit | 86840770611 | No | | 86840770611 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 892.00 | 46,471.15 |
| 10/03/2023 | Deposit | 86854631475 | No | | 86854631475 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 1,699.98 | 48,171.13 |
| 10/03/2023 | Deposit | | No | Stripe Customer | STRIPE TRANSFER ST-K3P3W1Y5P9Z8 4270465600 LAURA LILE | 10100 Pinnacle Bank - 4369 DIP | -Split- | 2,485.46 | 50,656.59 |
| 10/04/2023 | Payment | | No | Healthy Life Enterprises, Inc | | 10100 Pinnacle Bank - 4369 DIP | 11000 Accounts Receivable | 162.00 | 50,818.59 |
| 10/04/2023 | Deposit | 86876028979 | No | | 86876028979 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 231.56 | 51,050.15 |
| 10/04/2023 | Payment | | No | Healthy Life Enterprises, Inc | | 10100 Pinnacle Bank - 4369 DIP | 11000 Accounts Receivable | 270.00 | 51,320.15 |
| 10/05/2023 | Deposit | 86900342835 | No | | 86900342835 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 452.83 | 51,772.98 |
| 10/06/2023 | Deposit | 86912106547 | No | | 86912106547 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 699.27 | 52,472.25 |
| 10/06/2023 | Deposit | | No | Amazon.com | AMAZON.CSWTHSAFZ PAYMENTS 4KGIF95DOCNR21T 3215240102 Three Aminos | 10100 Pinnacle Bank - 4369 DIP | Immune Formula - Online | 173.40 | 52,645.65 |
| 10/10/2023 | Deposit | 86939303987 | No | | 86939303987 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 318.19 | 52,963.84 |
| 10/10/2023 | Payment | | No | Healthy Life Enterprises, Inc | | 10100 Pinnacle Bank - 4369 DIP | 11000 Accounts Receivable | 162.00 | 53,125.84 |
| 10/10/2023 | Payment | | No | Healthy Life Enterprises, Inc | | 10100 Pinnacle Bank - 4369 DIP | 11000 Accounts Receivable | 108.00 | 53,233.84 |
| 10/11/2023 | Deposit | 86953230387 | No | | 86953230387 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 607.19 | 53,841.03 |
| 10/12/2023 | Deposit | 86981345331 | No | | 86981345331 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 480.94 | 54,321.97 |
| 10/13/2023 | Deposit | 86999597107 | No | | 86999597107 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 467.50 | 54,789.47 |
| 10/13/2023 | Deposit | | No | Stripe Customer | STRIPE TRANSFER ST-H1N2L3P2Q4L4 4270465600 LAURA LILE | 10100 Pinnacle Bank - 4369 DIP | -Split- | 482.70 | 55,272.17 |
| 10/16/2023 | Deposit | 87025221683 | No | | 87025221683 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 609.72 | 55,881.89 |
| 10/17/2023 | Payment | | No | Healthy Life Enterprises, Inc | | 10100 Pinnacle Bank - 4369 DIP | 11000 Accounts Receivable | 108.00 | 55,989.89 |
| 10/17/2023 | Payment | | No | Healthy Life Enterprises, Inc | | 10100 Pinnacle Bank - 4369 DIP | 11000 Accounts Receivable | 378.00 | 56,367.89 |
| 10/17/2023 | Payment | | No | Healthy Life Enterprises, Inc | | 10100 Pinnacle Bank - 4369 DIP | 11000 Accounts Receivable | 54.00 | 56,421.89 |
| 10/17/2023 | Deposit | 87032201267 | No | | 87032201267 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 388.26 | 56,810.15 |
| 10/17/2023 | Deposit | | No | Stripe Customer | STRIPE TRANSFER ST-K1X7F3N6F3G5 4270465600 LAURA LILE | 10100 Pinnacle Bank - 4369 DIP | -Split- | 305.56 | 57,115.71 |
| 10/18/2023 | Deposit | | No | Stripe Customer | STRIPE TRANSFER ST-W7U1Y7J0J2K1 4270465600 LAURA LILE | 10100 Pinnacle Bank - 4369 DIP | -Split- | 2,485.46 | 59,601.17 |
| 10/18/2023 | Payment | | No | Healthy Life Enterprises, Inc | | 10100 Pinnacle Bank - 4369 DIP | 11000 Accounts Receivable | 54.00 | 59,655.17 |
| 10/18/2023 | Payment | | No | Healthy Life Enterprises, Inc | | 10100 Pinnacle Bank - 4369 DIP | 11000 Accounts Receivable | 54.00 | 59,709.17 |
| 10/18/2023 | Deposit | 87059333171 | No | | 87059333171 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 786.64 | 60,495.81 |
| 10/19/2023 | Deposit | 87082795059 | No | | 87082795059 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 464.87 | 60,960.68 |
| 10/20/2023 | Deposit | 87091839027 | No | | 87091839027 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 383.86 | 61,344.54 |
| 10/23/2023 | Payment | | No | Healthy Life Enterprises, Inc | | 10100 Pinnacle Bank - 4369 DIP | 11000 Accounts Receivable | 378.00 | 61,722.54 |
| 10/23/2023 | Deposit | 87115989043 | No | | 87115989043 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 73.24 | 61,795.78 |
| 10/24/2023 | Payment | | No | Healthy Life Enterprises, Inc | | 10100 Pinnacle Bank - 4369 DIP | 11000 Accounts Receivable | 216.00 | 62,011.78 |
| 10/24/2023 | Payment | | No | Healthy Life Enterprises, Inc | | 10100 Pinnacle Bank - 4369 DIP | 11000 Accounts Receivable | 108.00 | 62,119.78 |
| 10/24/2023 | Deposit | 87130144819 | No | | 87130144819 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 1,112.02 | 63,231.80 |
| 10/25/2023 | Deposit | 87154360371 | No | | 87154360371 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 155.38 | 63,387.18 |
| 10/26/2023 | Deposit | | No | | STRIPE TRANSFER ST-Y1X4E4J2G4A5 4270465600 LAURA LILE | 10100 Pinnacle Bank - 4369 DIP | -Split- | 725.52 | 64,112.70 |
| 10/26/2023 | Payment | | No | Healthy Life Enterprises, Inc | | 10100 Pinnacle Bank - 4369 DIP | 11000 Accounts Receivable | 162.00 | 64,274.70 |
| 10/26/2023 | Deposit | 87171727411 | No | | 87171727411 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 161.78 | 64,436.48 |
| 10/27/2023 | Payment | | No | Healthy Life Enterprises, Inc | | 10100 Pinnacle Bank - 4369 DIP | 11000 Accounts Receivable | 108.00 | 64,544.48 |
| 10/27/2023 | Deposit | 87186538547 | No | | 87186538547 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 436.09 | 64,980.57 |
| 10/30/2023 | Deposit | 87216357427 | No | | 87216357427 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 548.65 | 65,529.22 |

# Three Aminos LLC

## Transaction Report

### October 2023

| DATE | TRANSACTION TYPE | NUM | ADJ | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|-----|------|-----------------|---------|-------|--------|---------|
| 10/30/2023 | Payment | | No | Healthy Life Enterprises, Inc | | 10100 Pinnacle Bank - 4369 DIP | 11000 Accounts Receivable | 54.00 | 65,583.22 |
| 10/30/2023 | Payment | | No | Healthy Life Enterprises, Inc | | 10100 Pinnacle Bank - 4369 DIP | 11000 Accounts Receivable | 54.00 | 65,637.22 |
| 10/31/2023 | Deposit | 87227334707 | No | | 87227334707 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 2,478.57 | 68,115.79 |
| 10/31/2023 | Deposit | | No | | Regular Deposit | 10100 Pinnacle Bank - 4369 DIP | Employee Costs:Payroll Services | 60.46 | 68,176.25 |
| **Total for Pinnacle Bank - 4369 DIP** | | | | | | | | **$22,597.10** | |
| **TOTAL** | | | | | | | | **$22,597.10** | |

# Three Aminos LLC

## Transaction Report

October 2023

| DATE | TRANSACTION TYPE | NUM | ADJ | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|-----|------|-----------------|---------|-------|--------|---------|
| **Pinnacle Bank - 4369 DIP** | | | | | | | | | |
| Beginning Balance | | | | | | | | | 45,178.92 |
| 10/02/2023 | Expense | | No | Shopify | 2200 BUSSE RD SHOPIFY* 198067 ELK GROVE VIL IL 100223 Card#9236 | 10100 Pinnacle Bank - 4369 DIP | Office:Credit Card Fee | -126.09 | 45,305.01 |
| 10/02/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-X2Z5D0P5S8O5 4270465600 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | Shipping Cost* | -31.35 | 45,336.36 |
| 10/02/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-R6O9R6Q5U4X5 1800948598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | Shipping Cost* | -85.61 | 45,421.97 |
| 10/02/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-A3T1E4B9I5K2 4270465600 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | Shipping Cost* | -31.29 | 45,453.26 |
| 10/03/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-V6Q1H4A8F8D4 4270465600 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | Shipping Cost* | -38.15 | 45,491.41 |
| 10/04/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-T5Z0Y8U7G5S5 1800948598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | Shipping Cost* | -41.59 | 45,533.00 |
| 10/04/2023 | Expense | | No | USPS | 475 L'ENFANT PLAZA SW USPS STAMPS END 888-4340055 DC 100323 Card#9236 | 10100 Pinnacle Bank - 4369 DIP | Practice:Postage Expense | -100.00 | 45,633.00 |
| 10/05/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-F2A8Z5J4V8D5 1800948598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | Inventory Storage Fees | 1,796.10 | 47,429.10 |
| 10/06/2023 | Expense | | No | Fedex | 3875 AIRWAYS BLVD FEDEX50456997 800-4633339 TN 100523 Card#9236 | 10100 Pinnacle Bank - 4369 DIP | Practice:Postage Expense | -44.15 | 47,473.25 |
| 10/06/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-O8Y3A5L9A5I1 1800948598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | Shipping Cost* | -37.61 | 47,510.86 |
| 10/06/2023 | Expense | | No | Bill.com LLC | BILL.COM LLC BILLING 1B4YHMDIIBNMDL 1082689000 Three Aminos LLC | 10100 Pinnacle Bank - 4369 DIP | 62500 Office:Dues and Subscriptions | -166.47 | 47,677.33 |
| 10/10/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-C6B5L9Y5K3K9 1800948598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | Shipping Cost* | -48.09 | 47,725.42 |
| 10/10/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-A2V9B4J4K0G2 4270465600 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | Shipping Cost* | -14.14 | 47,739.56 |
| 10/10/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-K6U5G6A1K8A2 1800948598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | Shipping Cost* | -24.46 | 47,764.02 |
| 10/10/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-C9K2J7I0H3E1 1800948598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | Shipping Cost* | -7.12 | 47,771.14 |
| 10/10/2023 | Expense | | No | SKIO SUBSCRIPTIONS | 2261 Market Street#4096 SKIO SUBSCRIPTI SAN FRANCISCO CA 100623 Card#9236 | 10100 Pinnacle Bank - 4369 DIP | 62500 Office:Dues and Subscriptions | -490.29 | 48,261.43 |
| 10/11/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-L3T7P4C5M1R3 1800948598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | Shipping Cost* | -21.80 | 48,283.23 |
| 10/12/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-Z8F2R7S1C5D3 1800948598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | Shipping Cost* | -39.01 | 48,322.24 |
| 10/13/2023 | Expense | | No | Fedex | 3875 AIRWAYS BLVD FEDEX50505513 800-4633339 TN 101223 Card#9236 | 10100 Pinnacle Bank - 4369 DIP | Practice:Postage Expense | -18.12 | 48,340.36 |
| 10/13/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-F3G3F0L1D8N3 4270465600 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | Shipping Cost* | -41.76 | 48,382.12 |
| 10/16/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-G7N2F1Z3Q3J3 4270465600 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | Shipping Cost* | -16.15 | 48,398.27 |
| 10/16/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-U4R7G6D7B3X4 1800948598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | Shipping Cost* | -29.58 | 48,427.85 |
| 10/16/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-E8L4O2D1K2V0 1800948598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | Shipping Cost* | -24.95 | 48,452.80 |
| 10/17/2023 | Expense | | No | TAXCLOUD | TaxCloud SALES_TAX_ 46618 1203271139 Three Aminos | 10100 Pinnacle Bank - 4369 DIP | 29160 Sales Tax Payable:Shopify Sales Tax | -428.69 | 48,881.49 |
| 10/17/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-X3F8J7I3K4V2 1800948598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | Shipping Cost* | -14.78 | 48,896.27 |
| 10/18/2023 | Expense | | No | QuickBooks Payments | INTUIT * QBooks Onl 3338047 0000756346 THREE AMINOS | 10100 Pinnacle Bank - 4369 DIP | 62500 Office:Dues and Subscriptions | -98.78 | 48,995.05 |
| 10/18/2023 | Expense | | No | QuickBooks Payments | INTUIT * QBooks Onl 3338043 0000756346 THREE AMINOS | 10100 Pinnacle Bank - 4369 DIP | 62500 Office:Dues and Subscriptions | -90.00 | 49,085.05 |
| 10/18/2023 | Expense | | No | QuickBooks Payments | INTUIT * QBooks Onl 3338192 0000756346 THREE AMINOS | 10100 Pinnacle Bank - 4369 DIP | 62500 Office:Dues and Subscriptions | -98.78 | 49,183.83 |
| 10/18/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-I7O9C7G1X7N1 1800948598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | Shipping Cost* | -48.47 | 49,232.30 |
| 10/19/2023 | Expense | | No | Stamps.com | 4301 Bullcreek Rd STAMPS.COM 855-608-2677 TX 101923 Card#9236 | 10100 Pinnacle Bank - 4369 DIP | Shipping Cost* | -19.99 | 49,252.29 |
| 10/19/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-P7J4R3U2A9N5 1800948598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | Shipping Cost* | -38.47 | 49,290.76 |
| 10/19/2023 | Expense | | No | Amazon | 440 Terry Ave N AMZ*Amazon Paym AMZN.COM/BILL WA 101823 Card#9236 | 10100 Pinnacle Bank - 4369 DIP | Channel Selling Fees:IF200 Amazon Seller Fees | -598.24 | 49,889.00 |
| 10/20/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-M9R5O8N6A1V3 1800948598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | Shipping Cost* | -30.49 | 49,919.49 |
| 10/23/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-S5F9T5K7N2A6 4270465600 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | Shipping Cost* | -14.34 | 49,933.83 |
| 10/23/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-M8M2U7I9G0R8 4270465600 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | Shipping Cost* | -24.46 | 49,958.29 |
| 10/23/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-C6O1X3J2F7D1 4270465600 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | Shipping Cost* | -22.00 | 49,980.29 |
| 10/24/2023 | Expense | | No | USPS | 475 L'ENFANT PLAZA SW USPS STAMPS END 888-4340055 DC 102323 Card#9236 | 10100 Pinnacle Bank - 4369 DIP | Practice:Postage Expense | -100.00 | 50,080.29 |
| 10/24/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-A2H7V4C1H7H7 1800948598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | Shipping Cost* | -30.50 | |

# Three Aminos LLC

## Transaction Report

### October 2023

| DATE | TRANSACTION TYPE | NUM | ADJ | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | SHIPBOB | - 4369 DIP | | | 50,110.79 |
| 10/25/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-I9F7I3M0M9I1 1800948598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | Shipping Cost* | -37.14 | 50,147.93 |
| 10/26/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-U8E0Y8G9S4J2 4270465600 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | Shipping Cost* | -15.14 | 50,163.07 |
| 10/27/2023 | Expense | | No | Fedex | 3875 AIRWAYS BLVD FEDEX50613689 800-4633339 TN 102623 Card#9236 | 10100 Pinnacle Bank - 4369 DIP | Practice:Postage Expense | -28.85 | 50,191.92 |
| 10/27/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-Q6B9Q5E0O8I1 1800948598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | Shipping Cost* | -30.85 | 50,222.77 |
| 10/30/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-W6R1S5Q7H8D9 1800948598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | Shipping Cost* | -36.42 | 50,259.19 |
| 10/30/2023 | Check | 995004 | No | Lee Palmer | Check # 995004 | 10100 Pinnacle Bank - 4369 DIP | 67100 Facilities:Rent Expense | -450.00 | 50,709.19 |
| 10/30/2023 | Expense | | No | QuickBooks Payments | INTUIT * QBooks Onl 6474932 0000756346 THREE AMINOS | 10100 Pinnacle Bank - 4369 DIP | 62500 Office:Dues and Subscriptions | -200.00 | 50,909.19 |
| 10/30/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-C8D1C4D9N4F8 4270465600 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | Shipping Cost* | -69.14 | 50,978.33 |
| 10/30/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-K4G3M6U4L5U8 1800948598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | Shipping Cost* | -51.05 | 51,029.38 |
| 10/31/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-S0N3V6I3L9W7 1800948598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | Shipping Cost* | -7.48 | 51,036.86 |
| 10/31/2023 | Expense | | No | Pinnacle Bank | Service Charge | 10100 Pinnacle Bank - 4369 DIP | 60400 Other Operating Expenses:Bank Service Charges | -3.15 | 51,040.01 |
| **Total for Pinnacle Bank - 4369 DIP** | | | | | | | | **$ -5,861.09** | |
| **TOTAL** | | | | | | | | **$ -5,861.09** | |

Case 3:23-bk-02202   Doc 112   Filed 11/14/23   Entered 11/14/23 13:13:50   Desc Main
Document   Page 18 of 23

# Three Aminos LLC

## A/P Aging Summary

As of October 31, 2023

| | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | TOTAL |
|---|---|---|---|---|---|---|
| Bradley Arant Boult Cummings LLP | 28,081.00 | | 27,506.00 | 14,999.09 | 15,845.00 | $86,431.09 |
| Lile Wellness | | | 7,507.07 | 9,105.07 | | $16,612.14 |
| Smith Accounting Services LLC | | 2,200.00 | 750.00 | | 812.00 | $3,762.00 |
| **TOTAL** | **$28,081.00** | **$2,200.00** | **$35,763.07** | **$24,104.16** | **$16,657.00** | **$106,805.23** |

EXHIBIT F

# Three Aminos LLC

## A/R Aging Summary

As of October 31, 2023

| | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | TOTAL |
|---|---|---|---|---|---|---|
| Healthy Life Enterprises, Inc | 2,430.00 | | | | -21.00 | $2,409.00 |
| TOTAL | **$2,430.00** | **$0.00** | **$0.00** | **$0.00** | **$ -21.00** | **$2,409.00** |

Thursday, November 9, 2023 11:43:36 AM GMT-05:00                    1/1

# Three Aminos LLC

## Balance Sheet

### As of October 31, 2023

|  | TOTAL |
|---|---|
| ASSETS |  |
| Current Assets |  |
| Bank Accounts |  |
| 10050 PNC Checking - 0614 | 0.00 |
| 10100 Pinnacle Bank - 4369 DIP | 51,219.29 |
| 10720 Bill.com Money Out Clearing | 0.00 |
| **Total Bank Accounts** | **$51,219.29** |
| Accounts Receivable |  |
| 11000 Accounts Receivable | 2,409.00 |
| **Total Accounts Receivable** | **$2,409.00** |
| Other Current Assets |  |
| 12000 Undeposited Funds | 0.00 |
| 12100 Inventory Asset | 1,843,345.73 |
| 13100 Channel Clearing Account | 547.12 |
| 14200 Intercompany Prothione | 2,016,471.55 |
| 14300 Intercompany  ICP | 0.00 |
| 14400 Intercompany LWP | 63,154.44 |
| 14700 Prepaid Expense | 0.00 |
| **Total Other Current Assets** | **$3,923,518.84** |
| **Total Current Assets** | **$3,977,147.13** |
| Fixed Assets |  |
| 15000 Furniture and Equipment | 5,553.61 |
| 17900 Accumulated Depreciation | -5,553.61 |
| **Total Fixed Assets** | **$0.00** |
| Other Assets |  |
| 16600 Stress Watchers | 2,500,000.00 |
| 16700 Innate | 153,470.00 |
| 16740 Website Development | 6,476.98 |
| 16750 Organizational Costs | 53,195.00 |
| 17905 Accumulated Amortization | -13,764.50 |
| **Total Other Assets** | **$2,699,377.48** |
| **TOTAL ASSETS** | **$6,676,524.61** |

# Three Aminos LLC

## Balance Sheet

### As of October 31, 2023

| | TOTAL |
|---|---:|
| LIABILITIES AND EQUITY | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| 20000 Accounts Payable | 1,228,719.48 |
| **Total Accounts Payable** | **$1,228,719.48** |
| Other Current Liabilities | |
| 23100 ICP - Byzfunder Loan | 96,726.38 |
| 23200 ICP - Kapitus Loans | 204,846.14 |
| 23300 ICP Loan - Bankers Healthcare Loan | 207,791.61 |
| 24100 Accrued Payroll | 0.00 |
| 28200 Intercompany Jimani | 719,750.35 |
| 28400 Interco Prothione | 0.00 |
| 29100 Sales Tax Payable | 3,890.71 |
| Comptroller Payable | 0.00 |
| Intercompany Island Compounding Pharmacy | 140,735.22 |
| Intercompany Lile Wellness Partners | 7,390.00 |
| **Total Other Current Liabilities** | **$1,381,130.41** |
| **Total Current Liabilities** | **$2,609,849.89** |
| Long-Term Liabilities | |
| 29500 Loan Payable - Jeff Benore | 456,343.62 |
| 29550 Loan Payable - Jim Tafel | 3,090,202.72 |
| **Total Long-Term Liabilities** | **$3,546,546.34** |
| **Total Liabilities** | **$6,156,396.23** |
| Equity | |
| 30000 Opening Balance Equity | 0.00 |
| 30700 Owner's Draw - Tafel | 0.00 |
| 30701 Capital contribution - Tafel | 1,522,500.00 |
| 30800 Owners Draw - Lile | 43,166.94 |
| 30801 Capital contribution - Lile | 2,638,619.35 |
| 30802 Savings Draw | 609,822.58 |
| 32000 Owners Equity | -3,787,851.93 |
| Net Income | -506,128.56 |
| **Total Equity** | **$520,128.38** |
| **TOTAL LIABILITIES AND EQUITY** | **$6,676,524.61** |

Accrual Basis   Monday, November 13, 2023 02:16 PM GMT-05:00

# Three Aminos LLC

## Profit and Loss

### October 2023

| | TOTAL |
|---|---:|
| **Income** | |
| FedEx Shipping Income | 35.00 |
| Immune Formula - Get Healthy | 2,430.00 |
| Immune Formula - Online | 17,965.90 |
| Shipping & Handling | 1,031.50 |
| **Total Income** | **$21,462.40** |
| **Cost of Goods Sold** | |
| 50000 Cost of Goods Sold | 3,110.00 |
| Channel Adjustments | 74.50 |
| Channel Selling Fees | 994.46 |
| Inventory Storage Fees | 1,796.10 |
| Shipping Cost* | 1,023.38 |
| **Total Cost of Goods Sold** | **$6,998.44** |
| **GROSS PROFIT** | **$14,463.96** |
| **Expenses** | |
| Employee Costs | -60.46 |
| Facilities | 450.00 |
| Office | 1,344.95 |
| Other Operating Expenses | 126.41 |
| Practice | 30,572.12 |
| **Total Expenses** | **$32,433.02** |
| **NET OPERATING INCOME** | **$ -17,969.06** |
| **Other Expenses** | |
| 63400 Interest Expense | 1,252.55 |
| Amortization Expense | 621.50 |
| **Total Other Expenses** | **$1,874.05** |
| **NET OTHER INCOME** | **$ -1,874.05** |
| **NET INCOME** | **$ -19,843.11** |