Charles M. Walker
U.S. Bankruptcy Judge
Dated: 11/16/2023



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THREE AMINOS, LLC, | ) | Case No. 3:23-bk-02202 |
| | ) | |
| Debtor. | ) | Hon. Charles M. Walker |

### ORDER APPROVING EMPLOYMENT OF SMITH ACCOUNTING SERVICES, LLC

This came before the Court upon the Application of the Debtor requesting authority to employ Smith Accounting Services, LLC as tax return preparer for the Debtor. It appearing to the satisfaction of the Court that notice of the Application was provided pursuant to Local Rule 9013-1 on August 22, 2023, and that there were no objections to the Application or that any objection has been withdrawn or overruled, and, accordingly, the Application should be granted, it is

ORDERED as follows:

a) The Debtor is hereby authorized to retain Smith Accounting Services, LLC as tax return preparer for the Debtor in the above Chapter 11 case pursuant to Bankruptcy Code Section 327 and Bankruptcy Rule 2014, under the terms and conditions set forth in the Application. This authorization shall be effective as of the date of the filing of the Debtor's Chapter 11 petition on June 21, 2023.

b) No funds may be applied to post-petition fees or expenses absent entry of an order approving the fees and expenses to be paid.

**This Order Was Signed And Entered Electronically as Indicated At The Top Of The First Page**

APPROVED FOR ENTRY:

*/s/ Austin L. McMullen*
Austin L. McMullen (No. 20877)
Bradley Arant Boult Cummings LLP
1600 Division St., Suite 700
Nashville, TN 37203
(615) 252-2307
AMcMullen@Bradley.com

*Attorneys for Debtor*

4860-7453-1210.1

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

Case 3:23-bk-02202    Doc 116    Filed 11/16/23    Entered 11/16/23 14:54:34    Desc Main
Document    Page 2 of 2