**Fill in this information to identify the case:**

Debtor Name  Three Aminos LLC

United States Bankruptcy Court for the:  Middle District of Tennessee

Case number:  3:23-bk-02202

☐ Check if this is an amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month:  November

Line of business:  Health Supplements

Date report filed:  12/20/23

~~MM / DD / YYYY~~

NAISC code:  446190

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:  Laura Lile

Original signature of responsible party:  /s/ Laura Lile

Printed name of responsible party:  Laura Lile

# 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

17. Have you paid any bills you owed before you filed bankruptcy?    ☐    ☑    ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐    ☑    ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.    $  51418.99

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $  23713.38

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    – $  7670.67

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.    + $  16042.71

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.    = $  67461.70

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ _136,525.23

    *(Exhibit E)*

Case 3:23-bk-02202    Doc 131    Filed 12/21/23    Entered 12/21/23 11:33:21    Desc Main
Document    Page 2 of 17

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                          $ _____1653.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                    0

27. What is the number of employees as of the date of this monthly report?        0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?        $ _____0

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ 15508.75

30. How much have you paid this month in other professional fees?        $ _____0

31. How much have you paid in total other professional fees since filing the case?    $ 3669.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | Column B | Column C |
|---|---|---|---|
|  | **Projected** − | **Actual** = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | Copy lines 20-22 of this report. | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 15000.00 − | $ 23713.38 = | $ -8713.38 |
| 33. **Cash disbursements** | $ 14000.00 − | $ 7670.67 = | $ 6329.33 |
| 34. **Net cash flow** | $ 1000.00 − | $ 16042.71 = | $ -15042.71 |

35. Total projected cash receipts for the next month:        $ 20000.00

36. Total projected cash disbursements for the next month:        - $ 15000.00

37. Total projected net cash flow for the next month:        = $ 5000.00

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39.  Bank reconciliation reports for each account.

☑ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

Print          Save As...          Reset

# Three Aminos LLC

## Transaction Report

### November 2023

EXHIBIT C

| DATE | TRANSACTION TYPE | NUM | ADJ | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|-----|------|------------------|---------|-------|--------|---------|
| **Pinnacle Bank - 4369 DIP** | | | | | | | | | |
| Beginning Balance | | | | | | | | | 68,176.25 |
| 11/01/2023 | Deposit | 87246831667 | No | | 87246831667 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 390.45 | 68,566.70 |
| 11/02/2023 | Deposit | | No | | INTUIT * QBooks Onl 7432792 0000756346 THREE AMINOS | 10100 Pinnacle Bank - 4369 DIP | 63150 Office Expenses:Dues and Subscriptions | 70.10 | 68,636.80 |
| 11/02/2023 | Deposit | | No | | INTUIT * QBooks Onl 7432791 0000756346 THREE AMINOS | 10100 Pinnacle Bank - 4369 DIP | 63150 Office Expenses:Dues and Subscriptions | 73.28 | 68,710.08 |
| 11/02/2023 | Deposit | | No | | INTUIT * QBooks Onl 7432786 0000756346 THREE AMINOS | 10100 Pinnacle Bank - 4369 DIP | 63150 Office Expenses:Dues and Subscriptions | 63.87 | 68,773.95 |
| 11/02/2023 | Payment | | No | Healthy Life Enterprises, Inc | | 10100 Pinnacle Bank - 4369 DIP | 11000 Accounts Receivable | 216.00 | 68,989.95 |
| 11/02/2023 | Payment | | No | Healthy Life Enterprises, Inc | | 10100 Pinnacle Bank - 4369 DIP | 11000 Accounts Receivable | 108.00 | 69,097.95 |
| 11/02/2023 | Payment | | No | Healthy Life Enterprises, Inc | | 10100 Pinnacle Bank - 4369 DIP | 11000 Accounts Receivable | 54.00 | 69,151.95 |
| 11/02/2023 | Deposit | 87274586163 | No | | 87274586163 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 71.52 | 69,223.47 |
| 11/02/2023 | Payment | | No | Healthy Life Enterprises, Inc | | 10100 Pinnacle Bank - 4369 DIP | 11000 Accounts Receivable | 54.00 | 69,277.47 |
| 11/03/2023 | Deposit | | No | Amazon.com | AMAZON.C75NEM9TQ PAYMENTS 4974YRG6M8DVG9N 3215240102 Three Aminos | 10100 Pinnacle Bank - 4369 DIP | -Split- | 1.25 | 69,278.72 |
| 11/03/2023 | Deposit | 87293820979 | No | | 87293820979 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 147.26 | 69,425.98 |
| 11/06/2023 | Deposit | 87312105523 | No | | 87312105523 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 158.81 | 69,584.79 |
| 11/07/2023 | Payment | | No | Healthy Life Enterprises, Inc | | 10100 Pinnacle Bank - 4369 DIP | 11000 Accounts Receivable | 54.00 | 69,638.79 |
| 11/07/2023 | Deposit | 87334912051 | No | | 87334912051 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 1,612.33 | 71,251.12 |
| 11/08/2023 | Deposit | 87356571699 | No | | 87356571699 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 534.00 | 71,785.12 |
| 11/08/2023 | Deposit | | No | | STRIPE TRANSFER ST-N4E8J2Z0J6D0 4270465600 LAURA LILE | 10100 Pinnacle Bank - 4369 DIP | -Split- | 616.28 | 72,401.40 |
| 11/09/2023 | Payment | | No | Healthy Life Enterprises, Inc | | 10100 Pinnacle Bank - 4369 DIP | 11000 Accounts Receivable | 324.00 | 72,725.40 |
| 11/09/2023 | Deposit | | No | | STRIPE TRANSFER ST-N5U6C8E5G0G6 4270465600 LAURA LILE | 10100 Pinnacle Bank - 4369 DIP | -Split- | 2,485.46 | 75,210.86 |
| 11/09/2023 | Deposit | 87378067507 | No | | 87378067507 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 1,020.61 | 76,231.47 |
| 11/09/2023 | Payment | | No | Healthy Life Enterprises, Inc | | 10100 Pinnacle Bank - 4369 DIP | 11000 Accounts Receivable | 54.00 | 76,285.47 |
| 11/10/2023 | Deposit | 87391469619 | No | | 87391469619 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 289.90 | 76,575.37 |
| 11/13/2023 | Deposit | 87413260339 | No | | 87413260339 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 467.40 | 77,042.77 |
| 11/13/2023 | Payment | | No | Healthy Life Enterprises, Inc | | 10100 Pinnacle Bank - 4369 DIP | 11000 Accounts Receivable | 54.00 | 77,096.77 |
| 11/14/2023 | Deposit | 87432429619 | No | | 87432429619 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 1,070.86 | 78,167.63 |
| 11/15/2023 | Deposit | 87450583091 | No | | 87450583091 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 552.59 | 78,720.22 |
| 11/15/2023 | Payment | | No | Healthy Life Enterprises, Inc | | 10100 Pinnacle Bank - 4369 DIP | 11000 Accounts Receivable | 162.00 | 78,882.22 |
| 11/16/2023 | Deposit | 87472373811 | No | | 87472373811 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 221.14 | 79,103.36 |
| 11/17/2023 | Payment | | No | Healthy Life Enterprises, Inc | | 10100 Pinnacle Bank - 4369 DIP | 11000 Accounts Receivable | 216.00 | 79,319.36 |
| 11/17/2023 | Deposit | 87500750899 | No | | 87500750899 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 443.85 | 79,763.21 |
| 11/20/2023 | Deposit | 87526441011 | No | | 87526441011 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 384.62 | 80,147.83 |
| 11/21/2023 | Deposit | 87544397875 | No | | 87544397875 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 607.19 | 80,755.02 |
| 11/22/2023 | Payment | | No | Healthy Life Enterprises, Inc | | 10100 Pinnacle Bank - 4369 DIP | 11000 Accounts Receivable | 108.00 | 80,863.02 |
| 11/22/2023 | Payment | | No | Healthy Life Enterprises, Inc | | 10100 Pinnacle Bank - 4369 DIP | 11000 Accounts Receivable | 270.00 | 81,133.02 |
| 11/22/2023 | Payment | | No | Healthy Life Enterprises, Inc | | 10100 Pinnacle Bank - 4369 DIP | 11000 Accounts Receivable | 54.00 | 81,187.02 |
| 11/22/2023 | Payment | | No | Healthy Life Enterprises, Inc | | 10100 Pinnacle Bank - 4369 DIP | 11000 Accounts Receivable | 108.00 | 81,295.02 |
| 11/22/2023 | Deposit | 87556030515 | No | | 87556030515 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 379.72 | 81,674.74 |
| 11/22/2023 | Payment | | No | Healthy Life Enterprises, Inc | | 10100 Pinnacle Bank - 4369 DIP | 11000 Accounts Receivable | 54.00 | 81,728.74 |
| 11/24/2023 | Deposit | 87600627763 | No | | 87600627763 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 78.00 | 81,806.74 |
| 11/27/2023 | Payment | | No | Healthy Life Enterprises, Inc | | 10100 Pinnacle Bank - 4369 DIP | 11000 Accounts Receivable | 108.00 | 81,914.74 |
| 11/27/2023 | Payment | | No | Healthy Life Enterprises, Inc | | 10100 Pinnacle Bank - 4369 DIP | 11000 Accounts Receivable | 162.00 | 82,076.74 |

Accrual Basis   GMT-05:00

# Three Aminos LLC

## Transaction Report

### November 2023

| DATE | TRANSACTION TYPE | NUM | ADJ | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| 11/27/2023 | Deposit | 87627923507 | No | | 87627923507 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 712.33 | 82,789.07 |
| 11/28/2023 | Payment | | No | Healthy Life Enterprises, Inc | | 10100 Pinnacle Bank - 4369 DIP | 11000 Accounts Receivable | 54.00 | 82,843.07 |
| 11/28/2023 | Deposit | 87642046515 | No | | 87642046515 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 5,168.49 | 88,011.56 |
| 11/28/2023 | Payment | | No | Healthy Life Enterprises, Inc | | 10100 Pinnacle Bank - 4369 DIP | 11000 Accounts Receivable | 270.00 | 88,281.56 |
| 11/29/2023 | Deposit | 87667310643 | No | | 87667310643 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 2,127.93 | 90,409.49 |
| 11/30/2023 | Deposit | 87693983795 | No | | 87693983795 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 1,120.34 | 91,529.83 |
| 11/30/2023 | Sales Receipt | 1084 | No | Amazon.com | | 10100 Pinnacle Bank - 4369 DIP | -Split- | 359.80 | 91,889.63 |
| **Total for Pinnacle Bank - 4369 DIP** | | | | | | | | **$23,713.38** | |
| **TOTAL** | | | | | | | | **$23,713.38** | |

Case 3:23-bk-02202   Doc 131   Filed 12/21/23   Entered 12/21/23 11:33:21   Desc Main
Accrual Basis   Document   Page 6 of 17   GMT-05:00

# Three Aminos LLC

## Transaction Report

### November 2023

| DATE | TRANSACTION TYPE | NUM | ADJ | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| **Pinnacle Bank - 4369 DIP** | | | | | | | | | |
| Beginning Balance | | | | | | | | | 27,800.72 |
| 11/01/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-J9Y6G2K1T4M4 1800948598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx) Fees | -45.63 | 27,846.35 |
| 11/02/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-H5L4R5T2L3O9 1800948598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx) Fees | -14.88 | 27,861.23 |
| 11/02/2023 | Expense | | No | Shopify | 2200 BUSSE RD SHOPIFY* 202332 ELK GROVE VIL IL 110223 Card#9236 | 10100 Pinnacle Bank - 4369 DIP | 63800 Credit Card Transaction Fees | -128.14 | 27,989.37 |
| 11/03/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-T6C2V6R6A5T2 4270465600 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | 50600 Inventory Storage Fees | 1,759.61 | 29,748.98 |
| 11/03/2023 | Expense | | No | Fedex | 3875 AIRWAYS BLVD FEDEX50662959 800-4633339 TN 110223 Card#9236 | 10100 Pinnacle Bank - 4369 DIP | 49062 Shipping and Handling:Postage Expense (USPS) | -108.13 | 29,857.11 |
| 11/06/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-O5J6G8H4O0B4 1800948598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx) Fees | -23.37 | 29,880.48 |
| 11/06/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-I2O9J3P3S2X1 1800948598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx) Fees | -7.12 | 29,887.60 |
| 11/07/2023 | Expense | | No | SKIO SUBSCRIPTIONS | 2261 Market Street#4096 SKIO SUBSCRIPTI SAN FRANCISCO CA 110623 Card#9236 | 10100 Pinnacle Bank - 4369 DIP | 63150 Office Expenses:Dues and Subscriptions | -473.73 | 30,361.33 |
| 11/07/2023 | Expense | | No | Bill.com LLC | BILL.COM LLC BILLING 1B4WMSYGNLR47J 1082689000 Three Aminos LLC | 10100 Pinnacle Bank - 4369 DIP | 63150 Office Expenses:Dues and Subscriptions | -165.00 | 30,526.33 |
| 11/07/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-E0N3S9Z9G1C2 1800948598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx) Fees | -103.15 | 30,629.48 |
| 11/08/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-C7D1C7G7N3G3 1800948598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx) Fees | -22.76 | 30,652.24 |
| 11/09/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-G5K4S5R9E3T0 4270465600 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx) Fees | -45.01 | 30,697.25 |
| 11/10/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-I1Y1M0V7H4X5 1800948598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx) Fees | -29.73 | 30,726.98 |
| 11/10/2023 | Expense | | No | Fedex | 3875 AIRWAYS BLVD FEDEX50711486 800-4633339 TN 110923 Card#9236 | 10100 Pinnacle Bank - 4369 DIP | 49062 Shipping and Handling:Postage Expense (USPS) | -27.05 | 30,754.03 |
| 11/13/2023 | Expense | | No | GoDaddy.com | 2155 E GODADDY WAY DNH*GODADDY.COM 480-505-8855 AZ 111123 Card#9236 | 10100 Pinnacle Bank - 4369 DIP | Office Expenses | -342.16 | 31,096.19 |
| 11/13/2023 | Check | 995006 | No | Lee Palmer | Check # 995006 | 10100 Pinnacle Bank - 4369 DIP | 66000 Rent Expense | -420.00 | 31,516.19 |
| 11/13/2023 | Expense | | No | QuickBooks Payments | INTUIT * QBooks Onl 419771 0000756346 THREE AMINOS | 10100 Pinnacle Bank - 4369 DIP | 63150 Office Expenses:Dues and Subscriptions | -90.00 | 31,606.19 |
| 11/13/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-Z0H8S1T6Y4L3 1800948598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx) Fees | -54.21 | 31,660.40 |
| 11/13/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-J0S5Q5D0R9C3 1800948598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx) Fees | -30.27 | 31,690.67 |
| 11/13/2023 | Expense | | No | QuickBooks Payments | INTUIT * QBooks Onl 419810 0000756346 THREE AMINOS | 10100 Pinnacle Bank - 4369 DIP | 63150 Office Expenses:Dues and Subscriptions | -98.78 | 31,789.45 |
| 11/13/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-T4B0M3Y8O8N4 1800948598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx) Fees | -43.72 | 31,833.17 |
| 11/13/2023 | Expense | | No | GoDaddy.com | 2155 E GoDaddy Way DNH*GODADDY.COM TEMPE AZ 111023 Card#9236 | 10100 Pinnacle Bank - 4369 DIP | Office Expenses | -78.89 | 31,912.06 |
| 11/14/2023 | Expense | | No | TAXCLOUD | TaxCloud SALES_TAX_ 46618 1203271139 Three Aminos | 10100 Pinnacle Bank - 4369 DIP | 29160 Sales Tax Payable:Shopify Sales Tax | -350.94 | 32,263.00 |
| 11/14/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-J1O5U0C0D6T3 1800948598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx) Fees | -8.30 | 32,271.30 |
| 11/15/2023 | Expense | | No | USPS | 475 L'ENFANT PLAZA SW USPS STAMPS END 888-4340055 DC 111323 Card#9236 | 10100 Pinnacle Bank - 4369 DIP | 49062 Shipping and Handling:Postage Expense (USPS) | -100.00 | 32,371.30 |
| 11/15/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-X1X9R4N5B2T6 4270465600 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx) Fees | -28.64 | 32,399.94 |
| 11/16/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-V9W6N3P7O6C1 1800948598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx) Fees | -24.31 | 32,424.25 |
| 11/16/2023 | Expense | | No | Amazon | 440 Terry Ave N AMZ*Amazon Paym AMZN.COM/BILL WA 111523 Card#9236 | 10100 Pinnacle Bank - 4369 DIP | 50500 IF200 Amazon Seller Fees | 2,004.47 | 34,428.72 |
| 11/17/2023 | Expense | | No | Fedex | 3875 AIRWAYS BLVD FEDEX50759321 800-4633339 TN 111623 Card#9236 | 10100 Pinnacle Bank - 4369 DIP | 49062 Shipping and Handling:Postage Expense (USPS) | -80.45 | 34,509.17 |
| 11/20/2023 | Expense | | No | Stamps.com | 4301 Bullcreek Rd STAMPS.COM 855-608-2677 TX 111923 Card#9236 | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx) Fees | -19.99 | 34,529.16 |
| 11/20/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-E8S9Z1O4J7Y7 1800948598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx) Fees | -99.55 | 34,628.71 |
| 11/24/2023 | Expense | | No | Fedex | 3875 AIRWAYS BLVD FEDEX50812274 800-4633339 TN 112323 Card#9236 | 10100 Pinnacle Bank - 4369 DIP | 49062 Shipping and Handling:Postage Expense (USPS) | -43.50 | 34,672.21 |
| 11/24/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-G1M1F7Y9Z3D7 1800948598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx) Fees | -6.36 | 34,678.57 |
| 11/24/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-U2X0C7G0B6X5 1800948598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx) Fees | -45.44 | 34,724.01 |
| 11/27/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-M5G3C6L1M2Q7 1800948598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx) Fees | -62.60 | 34,786.61 |
| 11/27/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-Y7M8G1K9K5N2 1800948598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx) Fees | -100.03 | 34,886.64 |
| 11/28/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-B1M2R5W4M2L8 1800948598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx) Fees | -77.47 | 34,964.11 |
| 11/29/2023 | Expense | | No | QuickBooks | INTUIT * QBooks Onl 5605693 0000756346 THREE | 10100 Pinnacle Bank - 4369 DIP | 63150 Office Expenses:Dues and | -200.00 | |

Accrual Basis ... GMT-05:00

1/2

# Three Aminos LLC

## Transaction Report

### November 2023

| DATE | TRANSACTION TYPE | NUM | ADJ | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|-----|------|------------------|---------|-------|--------|---------|
| | | | | Payments | AMINOS | - 4369 DIP | Subscriptions | | 35,164.11 |
| 11/29/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-B0B9U4K0K8W7 1800948598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx) Fees | -181.32 | - 35,345.43 |
| 11/30/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-G0S6T0Q5N8D0 1800948598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx) Fees | -125.96 | - 35,471.39 |
| **Total for Pinnacle Bank - 4369 DIP** | | | | | | | | **$ -** | **7,670.67** |
| **TOTAL** | | | | | | | | **$ -** | **7,670.67** |

Case 3:23-bk-02202   Doc 131   Filed 12/21/23   Entered 12/21/23 11:33:21   Desc Main
Accrual Basis   Friday, December 1, 2023 11:32 AM GMT-05:00
Document   Page 8 of 17

2/2

# Three Aminos LLC

## A/P Aging Summary

As of November 30, 2023

| | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | TOTAL |
|---|---|---|---|---|---|---|
| Bradley Arant Boult Cummings LLP | 27,464.83 | 28,136.18 | | 27,506.00 | 30,844.09 | $113,951.10 |
| Lile Wellness | 3,232.69 | 4,382.69 | 4,799.38 | 6,397.37 | | $18,812.13 |
| Smith Accounting Services LLC | | | 2,200.00 | 750.00 | 812.00 | $3,762.00 |
| TOTAL | $30,697.52 | $32,518.87 | $6,999.38 | $34,653.37 | $31,656.09 | $136,525.23 |

# Three Aminos LLC

## A/R Aging Summary
### As of November 30, 2023

|  | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | TOTAL |
|---|---|---|---|---|---|---|
| Healthy Life Enterprises, Inc | 1,674.00 |  |  |  | -21.00 | $1,653.00 |
| TOTAL | $1,674.00 | $0.00 | $0.00 | $0.00 | $ -21.00 | $1,653.00 |

Friday, December 01, 2023 12:04:10 PM GMT-05:00

1/1



Three Aminos LLC
Debtor in Posession
312 3rd Ave S
Franklin TN 37064

Checking Account(s)

| | | | |
|---|---|---|---|
| Horizon 75 | | Number of Enclosures | 1 |
| Account Number | 800108734369 | Statement Dates | 11/01/23 thru 11/30/23 |
| Previous Balance | 51,219.29 | Days in the statement period | 30 |
| 36 Deposits/Credits | 23,353.58 | Average Ledger | 55,022.55 |
| 41 Checks/Debits | 13,086.05 | Average Collected | 55,022.55 |
| Serv Chg(in Debit ttl) | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 61,486.82 | | |

Deposits and Credits

| Date | Description | Amount |
|---|---|---|
| 11/01 | Shopify TRANSFER<br>ST-Z5B3V6G1M2R8 1800948598<br>THREE AMINOS LLC | 390.45 |
| 11/02 | INTUIT * QBooks Onl<br>7432786 0000756346<br>THREE AMINOS | 63.87 |
| 11/02 | INTUIT * QBooks Onl<br>7432792 0000756346<br>THREE AMINOS | 70.10 |
| 11/02 | Shopify TRANSFER<br>ST-M9Z1B8V6J8X5 1800948598<br>THREE AMINOS LLC | 71.52 |
| 11/02 | INTUIT * QBooks Onl<br>7432791 0000756346<br>THREE AMINOS | 73.28 |
| 11/02 | Healthy Life Ent Bill.com<br>025UZRHDBGOGZ6M 1204895317<br>Three Aminos LLC | 432.00 |
| 11/03 | AMAZON.C75NEM9TQ PAYMENTS<br>4974YRG6M8DVG9N 3215240102<br>Three Aminos | 1.25 |
| 11/03 | Shopify TRANSFER<br>ST-H8Y0V4P0Y5X4 1800948598<br>THREE AMINOS LLC | 147.26 |

Horizon 75 800108734369 (Continued)

Deposits and Credits

| Date | Description | Amount |
|---|---|---|
| 11/06 | Shopify TRANSFER<br>ST-N7I2S4U2J8R3 1800948598<br>THREE AMINOS LLC | 158.81 |
| 11/07 | Healthy Life Ent Bill.com<br>025DUMXQUVONCVF 1204895317<br>Three Aminos LLC | 54.00 |
| 11/07 | Shopify TRANSFER<br>ST-R3S4X7F9T0M9 1800948598<br>THREE AMINOS LLC | 1,612.33 |
| 11/08 | Shopify TRANSFER<br>ST-A0V4T2V6M3A3 1800948598<br>THREE AMINOS LLC | 534.00 |
| 11/08 | STRIPE TRANSFER<br>ST-N4E8J2Z0J6D0 4270465600<br>LAURA LILE | 616.28 |
| 11/09 | Healthy Life Ent Bill.com<br>025RKLFTCIORDMX 1204895317<br>Three Aminos LLC | 378.00 |
| 11/09 | Shopify TRANSFER<br>ST-S7N3P0V1S4S1 1800948598<br>THREE AMINOS LLC | 1,020.61 |
| 11/09 | STRIPE TRANSFER<br>ST-N5U6C8E5G0G6 4270465600<br>LAURA LILE | 2,485.46 |
| 11/10 | Shopify TRANSFER<br>ST-W3E2F2K7I6H7 1800948598<br>THREE AMINOS LLC | 289.90 |
| 11/13 | Healthy Life Ent Receivable<br>016RMVHWV35FK6K 1204895317<br>Three Aminos LLC | 54.00 |
| 11/13 | Shopify TRANSFER<br>ST-J2R1K8U3H1V6 1800948598<br>THREE AMINOS LLC | 467.40 |
| 11/14 | Shopify TRANSFER<br>ST-F2H1S2U8J1Q3 1800948598 | 1,070.86 |

Horizon 75 800108734369 (Continued)

Deposits and Credits

| Date | Description | Amount |
|---|---|---|
| | THREE AMINOS LLC | |
| 11/15 | Healthy Life Ent Receivable<br>016GTWXTU35JEUP 1204895317<br>Three Aminos LLC | 162.00 |
| 11/15 | Shopify TRANSFER<br>ST-F5H3J3K4N4G9 1800948598<br>THREE AMINOS LLC | 552.59 |
| 11/16 | Shopify TRANSFER<br>ST-P8W5H9N7H4C8 1800948598<br>THREE AMINOS LLC | 221.14 |
| 11/17 | Healthy Life Ent Receivable<br>016ODUEEI35N6GV 1204895317<br>Three Aminos LLC | 216.00 |
| 11/17 | Shopify TRANSFER<br>ST-I2S7X0G6O1F8 1800948598<br>THREE AMINOS LLC | 443.85 |
| 11/20 | Shopify TRANSFER<br>ST-E6D7D2Z6R0L0 1800948598<br>THREE AMINOS LLC | 384.62 |
| 11/21 | Shopify TRANSFER<br>ST-G0D0N3F9Y0S8 1800948598<br>THREE AMINOS LLC | 607.19 |
| 11/22 | Shopify TRANSFER<br>ST-A0X2J5Z0N8B0 1800948598<br>THREE AMINOS LLC | 379.72 |
| 11/22 | Healthy Life Ent Receivable<br>016JESVNZ35T8ED 1204895317<br>Three Aminos LLC | 594.00 |
| 11/24 | Shopify TRANSFER<br>ST-V1S2J4Z8S1D2 1800948598<br>THREE AMINOS LLC | 78.00 |
| 11/27 | Healthy Life Ent Receivable<br>016XDCYHM35WTC8 1204895317<br>Three Aminos LLC | 270.00 |
| 11/27 | Shopify TRANSFER<br>ST-E7L8D7V0L6S7 1800948598 | 712.33 |

Horizon 75 800108734369 (Continued)

Deposits and Credits

| Date | Description | Amount |
|---|---|---|
| | THREE AMINOS LLC | |
| 11/28 | Healthy Life Ent Receivable<br>016KYCUKH35YDWJ 1204895317<br>Three Aminos LLC | 324.00 |
| 11/28 | Shopify TRANSFER<br>ST-X9O1T3K8C4Q9 1800948598<br>THREE AMINOS LLC | 5,168.49 |
| 11/29 | Shopify TRANSFER<br>ST-E6R0O3M7S2H4 1800948598<br>THREE AMINOS LLC | 2,127.93 |
| 11/30 | Shopify TRANSFER<br>ST-S6V4L8C5U9R6 1800948598<br>THREE AMINOS LLC | 1,120.34 |

Checks and Debits

| Date | Description | Amount |
|---|---|---|
| 11/01 | ShipBob.com ShipBob.co<br>ST-J9Y6G2K1T4M4 1800948598<br>SHIPBOB | 45.63- |
| 11/02 | 2200 BUSSE RD<br>SHOPIFY* 202332<br>ELK GROVE VIL IL<br>110223 Card#9236 | 128.14- |
| 11/02 | ShipBob.com ShipBob.co<br>ST-H5L4R5T2L3O9 1800948598<br>SHIPBOB | 14.88- |
| 11/03 | 3875 AIRWAYS BLVD<br>FEDEX50662959<br>800-4633339 TN<br>110223 Card#9236 | 108.13- |
| 11/03 | ShipBob.com ShipBob.co<br>ST-T6C2V6R6A5T2 4270465600<br>SHIPBOB | 1,759.61- |
| 11/06 | ShipBob.com ShipBob.co<br>ST-I2O9J3P3S2X1 1800948598 | 7.12- |

Horizon 75 800108734369 (Continued)

Checks and Debits

| Date | Description | Amount |
|---|---|---|
| | SHIPBOB | |
| 11/06 | ShipBob.com ShipBob.co<br>ST-O5J6G8H4O0B4 1800948598<br>SHIPBOB | 23.37- |
| 11/07 | 2261 Market Street#4096<br>SKIO SUBSCRIPTI<br>SAN FRANCISCO CA<br>110623 Card#9236 | 473.73- |
| 11/07 | ShipBob.com ShipBob.co<br>ST-E0N3S9Z9G1C2 1800948598<br>SHIPBOB | 103.15- |
| 11/07 | BILL.COM LLC BILLING<br>01B4WMSYGNLR47J 1082689000<br>Three Aminos LLC | 165.00- |
| 11/08 | ShipBob.com ShipBob.co<br>ST-C7D1C7G7N3G3 1800948598<br>SHIPBOB | 22.76- |
| 11/09 | ShipBob.com ShipBob.co<br>ST-G5K4S5R9E3T0 4270465600<br>SHIPBOB | 45.01- |
| 11/10 | 3875 AIRWAYS BLVD<br>FEDEX50711486<br>800-4633339 TN<br>110923 Card#9236 | 27.05- |
| 11/10 | ShipBob.com ShipBob.co<br>ST-I1Y1M0V7H4X5 1800948598<br>SHIPBOB | 29.73- |
| 11/13 | 2155 E GoDaddy Way<br>DNH*GODADDY.COM<br>TEMPE AZ<br>111023 Card#9236 | 78.89- |
| 11/13 | 2155 E GODADDY WAY<br>DNH*GODADDY.COM<br>480-505-8855 AZ<br>111123 Card#9236 | 342.16- |

Horizon 75 800108734369 (Continued)

Checks and Debits

| Date | Description | Amount |
|---|---|---|
| 11/13 | ShipBob.com ShipBob.co<br>ST-J0S5Q5D0R9C3 1800948598<br>SHIPBOB | 30.27- |
| 11/13 | ShipBob.com ShipBob.co<br>ST-T4B0M3Y8O8N4 1800948598<br>SHIPBOB | 43.72- |
| 11/13 | ShipBob.com ShipBob.co<br>ST-Z0H8S1T6Y4L3 1800948598<br>SHIPBOB | 54.21- |
| 11/13 | INTUIT * QBooks Onl<br>0419771 0000756346<br>THREE AMINOS | 90.00- |
| 11/13 | INTUIT * QBooks Onl<br>0419810 0000756346<br>THREE AMINOS | 98.78- |
| 11/14 | ShipBob.com ShipBob.co<br>ST-J1O5U0C0D6T3 1800948598<br>SHIPBOB | 8.30- |
| 11/14 | TaxCloud SALES_TAX_<br>46618 1203271139<br>Three Aminos | 350.94- |
| 11/15 | 475 L'ENFANT PLAZA SW<br>USPS STAMPS END<br>888-4340055 DC<br>111323 Card#9236 | 100.00- |
| 11/15 | ShipBob.com ShipBob.co<br>ST-X1X9R4N5B2T6 4270465600<br>SHIPBOB | 28.64- |
| 11/16 | 440 Terry Ave N<br>AMZ*Amazon Paym<br>AMZN.COM/BILL WA<br>111523 Card#9236 | 2,004.47- |
| 11/16 | ShipBob.com ShipBob.co<br>ST-V9W6N3P7O6C1 1800948598<br>SHIPBOB | 24.31- |

Horizon 75 800108734369 (Continued)

Checks and Debits

| Date | Description | Amount |
|---|---|---|
| 11/17 | 3875 AIRWAYS BLVD<br>FEDEX50759321<br>800-4633339 TN<br>111623 Card#9236 | 80.45- |
| 11/20 | 4301 Bullcreek Rd<br>STAMPS.COM<br>855-608-2677 TX<br>111923 Card#9236 | 19.99- |
| 11/20 | ShipBob.com ShipBob.co<br>ST-E8S9Z1O4J7Y7 1800948598<br>SHIPBOB | 99.55- |
| 11/24 | 3875 AIRWAYS BLVD<br>FEDEX50812274<br>800-4633339 TN<br>112323 Card#9236 | 43.50- |
| 11/24 | ShipBob.com ShipBob.co<br>ST-G1M1F7Y9Z3D7 1800948598<br>SHIPBOB | 6.36- |
| 11/24 | ShipBob.com ShipBob.co<br>ST-U2X0C7G0B6X5 1800948598<br>SHIPBOB | 45.44- |
| 11/24 | Bill.com Payables<br>016XDFNLP35U1XX 1204895317<br>Three Aminos LLC | 5,415.38- |
| 11/27 | ShipBob.com ShipBob.co<br>ST-M5G3C6L1M2Q7 1800948598<br>SHIPBOB | 62.60- |
| 11/27 | ShipBob.com ShipBob.co<br>ST-Y7M8G1K9K5N2 1800948598<br>SHIPBOB | 100.03- |
| 11/28 | ShipBob.com ShipBob.co<br>ST-B1M2R5W4M2L8 1800948598<br>SHIPBOB | 77.47- |
| 11/29 | ShipBob.com ShipBob.co<br>ST-B0B9U4K0K8W7 1800948598 | 181.32- |

Horizon 75 800108734369 (Continued)

Checks and Debits

| Date | Description | Amount |
|---|---|---|
| | SHIPBOB | |
| 11/29 | INTUIT * QBooks Onl<br>5605693 0000756346<br>THREE AMINOS | 200.00- |
| 11/30 | ShipBob.com ShipBob.co<br>ST-G0S6T0Q5N8D0 1800948598<br>SHIPBOB | 125.96- |

--- Checks in Serial Number Order---

| Date | Check No | Amount |
|---|---|---|
| 1/13 | 995006 | 420.00 |

* Denotes missing check numbers

Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 11/01 | 51,564.11 | 11/10 | 56,665.10 | 11/21 | 56,970.07 |
| 11/02 | 52,131.86 | 11/13 | 56,028.47 | 11/22 | 57,943.79 |
| 11/03 | 50,412.63 | 11/14 | 56,740.09 | 11/24 | 52,511.11 |
| 11/06 | 50,540.95 | 11/15 | 57,326.04 | 11/27 | 53,330.81 |
| 11/07 | 51,465.40 | 11/16 | 55,518.40 | 11/28 | 58,745.83 |
| 11/08 | 52,592.92 | 11/17 | 56,097.80 | 11/29 | 60,492.44 |
| 11/09 | 56,431.98 | 11/20 | 56,362.88 | 11/30 | 61,486.82 |

**ACCOUNT RECONCILIATION ASSISTANT**

Statement Balance (from page 1) $ ____________

List deposits not credited on this statement $ ____________ $ ____________ $ ____________ $ ____________ $ ____________ $ ____________

Add together statement balance and deposits not credited *Sub-total ( a)* $ [ ]

| Check # | | Amount | Check # | | Amount |
|---|---|---|---|---|---|
| ______ | $ | ______ | ______ | $ | ______ |
| ______ | $ | ______ | ______ | $ | ______ |
| ______ | $ | ______ | ______ | $ | ______ |
| ______ | $ | ______ | ______ | $ | ______ |
| ______ | $ | ______ | ______ | $ | ______ |
| ______ | $ | ______ | ______ | $ | ______ |

Subtract: List checks not included on this statement

Total of checks outstanding *Sub-total ( b)* $ [ ]

*Subtract sub-total (b) from sub-total (a)* This should be your checkbook balance $ [ ]

**FOR YOUR PROTECTION**

Please examine your bank statement for accuracy as soon as possible. Any unauthorized signatures (i.e. a forgery) altered checks or unauthorized endorsements must be reported to the Bank within the time periods specified under the law of the state of Tennessee. The Bank will not be liable for losses or claims arising from fraudulent activity reported after the specified timeframes.

Pinnacle

## ELECTRONIC TRANSFER ERROR RESOLUTION

This Electronic Transfer Error Resolution only applies to accounts held for personal, family or household purposes and is therefore not applicable to business, trust accounts, or any such account held for non-personal purposes.

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed at the end of this disclosure, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We must hear from you no later than 60 days after we send the FIRST statement on which the problem or error appeared.

We will provide provisional credit for the amount that you think is in error within 10 business days of your complaint and begin an investigation of the transaction(s). In most cases, we will disclose the results of the investigation within 10 business days of your complaint and correct any error promptly. If we need more time to investigate the complaint, we may take up to 45 days (90 days if the transfer involved a point-of-sale transaction or a foreign initiated transfer) to complete our investigation. However, you will have use of the funds in question during our investigation.

Pinnacle Bank
150 3rd Avenue South, Suite 900
Nashville, TN 37201
(800) 264-3613

Three Aminos LLC

**10100 Pinnacle Bank - 4369 DIP, Period Ending 11/30/2023**

**RECONCILIATION REPORT**

Reconciled on: 12/06/2023

Reconciled by: Ann Miller

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 51,219.29 |
| Checks and payments cleared (41) | -13,086.05 |
| Deposits and other credits cleared (46) | 23,353.58 |
| Statement ending balance | 61,486.82 |
| | |
| Register balance as of 11/30/2023 | 61,486.82 |
| Cleared transactions after 11/30/2023 | 0.00 |
| Uncleared transactions after 11/30/2023 | 509.75 |
| Register balance as of 12/06/2023 | 61,996.57 |

**Details**

Checks and payments cleared (41)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 11/01/2023 | Expense | | Ship Bob | -45.63 |
| 11/02/2023 | Expense | | Ship Bob | -14.88 |
| 11/02/2023 | Expense | | Shopify | -128.14 |
| 11/03/2023 | Expense | | Fedex | -108.13 |
| 11/03/2023 | Expense | | Ship Bob | -1,759.61 |
| 11/06/2023 | Expense | | Ship Bob | -23.37 |
| 11/06/2023 | Expense | | Ship Bob | -7.12 |
| 11/07/2023 | Expense | | Ship Bob | -103.15 |
| 11/07/2023 | Expense | | Bill.com LLC | -165.00 |
| 11/07/2023 | Expense | | SKIO SUBSCRIPTIONS | -473.73 |
| 11/08/2023 | Expense | | Ship Bob | -22.76 |
| 11/09/2023 | Expense | | Ship Bob | -45.01 |
| 11/10/2023 | Expense | | Ship Bob | -29.73 |
| 11/10/2023 | Expense | | Fedex | -27.05 |
| 11/13/2023 | Expense | | Ship Bob | -43.72 |
| 11/13/2023 | Expense | | QuickBooks Payments | -98.78 |
| 11/13/2023 | Expense | | Ship Bob | -30.27 |
| 11/13/2023 | Expense | | Ship Bob | -54.21 |
| 11/13/2023 | Expense | | QuickBooks Payments | -90.00 |
| 11/13/2023 | Check | 995006 | Lee Palmer | -420.00 |
| 11/13/2023 | Expense | | GoDaddy.com | -342.16 |
| 11/13/2023 | Expense | | GoDaddy.com | -78.89 |
| 11/14/2023 | Expense | | Ship Bob | -8.30 |
| 11/14/2023 | Expense | | TAXCLOUD | -350.94 |
| 11/15/2023 | Expense | | Ship Bob | -28.64 |
| 11/15/2023 | Expense | | USPS | -100.00 |
| 11/16/2023 | Expense | | Ship Bob | -24.31 |
| 11/16/2023 | Expense | | Amazon | -2,004.47 |
| 11/17/2023 | Expense | | Fedex | -80.45 |
| 11/20/2023 | Expense | | Stamps.com | -19.99 |
| 11/20/2023 | Expense | | Ship Bob | -99.55 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 11/24/2023 | Journal | BILL 11-24-23 AP siQ. | | -5,415.38 |
| 11/24/2023 | Expense | | Ship Bob | -45.44 |
| 11/24/2023 | Expense | | Fedex | -43.50 |
| 11/24/2023 | Expense | | Ship Bob | -6.36 |
| 11/27/2023 | Expense | | Ship Bob | -62.60 |
| 11/27/2023 | Expense | | Ship Bob | -100.03 |
| 11/28/2023 | Expense | | Ship Bob | -77.47 |
| 11/29/2023 | Expense | | QuickBooks Payments | -200.00 |
| 11/29/2023 | Expense | | Ship Bob | -181.32 |
| 11/30/2023 | Expense | | Ship Bob | -125.96 |

Total -13,086.05

Deposits and other credits cleared (46)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 11/01/2023 | Deposit | 87246831667 | | 390.45 |
| 11/02/2023 | Deposit | 87274586163 | | 71.52 |
| 11/02/2023 | Deposit | | | 70.10 |
| 11/02/2023 | Deposit | | | 73.28 |
| 11/02/2023 | Deposit | | | 63.87 |
| 11/02/2023 | Receive Payment | | Healthy Life Enterprises, Inc | 216.00 |
| 11/02/2023 | Receive Payment | | Healthy Life Enterprises, Inc | 54.00 |
| 11/02/2023 | Receive Payment | | Healthy Life Enterprises, Inc | 108.00 |
| 11/02/2023 | Receive Payment | | Healthy Life Enterprises, Inc | 54.00 |
| 11/03/2023 | Deposit | 87293820979 | | 147.26 |
| 11/03/2023 | Deposit | | Amazon.com | 1.25 |
| 11/06/2023 | Deposit | 87312105523 | | 158.81 |
| 11/07/2023 | Deposit | 87334912051 | | 1,612.33 |
| 11/07/2023 | Receive Payment | | Healthy Life Enterprises, Inc | 54.00 |
| 11/08/2023 | Deposit | 87356571699 | | 534.00 |
| 11/08/2023 | Deposit | | | 616.28 |
| 11/09/2023 | Deposit | 87378067507 | | 1,020.61 |
| 11/09/2023 | Receive Payment | | Healthy Life Enterprises, Inc | 324.00 |
| 11/09/2023 | Receive Payment | | Healthy Life Enterprises, Inc | 54.00 |
| 11/09/2023 | Deposit | | | 2,485.46 |
| 11/10/2023 | Deposit | 87391469619 | | 289.90 |
| 11/13/2023 | Deposit | 87413260339 | | 467.40 |
| 11/13/2023 | Receive Payment | | Healthy Life Enterprises, Inc | 54.00 |
| 11/14/2023 | Deposit | 87432429619 | | 1,070.86 |
| 11/15/2023 | Deposit | 87450583091 | | 552.59 |
| 11/15/2023 | Receive Payment | | Healthy Life Enterprises, Inc | 162.00 |
| 11/16/2023 | Deposit | 87472373811 | | 221.14 |
| 11/17/2023 | Deposit | 87500750899 | | 443.85 |
| 11/17/2023 | Receive Payment | | Healthy Life Enterprises, Inc | 216.00 |
| 11/20/2023 | Deposit | 87526441011 | | 384.62 |
| 11/21/2023 | Deposit | 87544397875 | | 607.19 |
| 11/22/2023 | Receive Payment | | Healthy Life Enterprises, Inc | 108.00 |
| 11/22/2023 | Receive Payment | | Healthy Life Enterprises, Inc | 54.00 |
| 11/22/2023 | Receive Payment | | Healthy Life Enterprises, Inc | 270.00 |
| 11/22/2023 | Deposit | 87556030515 | | 379.72 |
| 11/22/2023 | Receive Payment | | Healthy Life Enterprises, Inc | 108.00 |
| 11/22/2023 | Receive Payment | | Healthy Life Enterprises, Inc | 54.00 |
| 11/24/2023 | Deposit | 87600627763 | | 78.00 |
| 11/27/2023 | Deposit | 87627923507 | | 712.33 |
| 11/27/2023 | Receive Payment | | Healthy Life Enterprises, Inc | 108.00 |
| 11/27/2023 | Receive Payment | | Healthy Life Enterprises, Inc | 162.00 |

| 11/28/2023 | Receive Payment | | Healthy Life Enterprises, Inc | 270.00 |
| 11/28/2023 | Deposit | 87642046515 | | 5,168.49 |
| 11/28/2023 | Receive Payment | | Healthy Life Enterprises, Inc | 54.00 |
| 11/29/2023 | Deposit | 87667310643 | | 2,127.93 |
| 11/30/2023 | Deposit | 87693983795 | | 1,120.34 |

Total                                                                                      23,353.58

**Additional Information**

Uncleared checks and payments after 11/30/2023

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 12/01/2023 | Expense | | Ship Bob | -80.73 |
| 12/04/2023 | Expense | | Ship Bob | -0.50 |
| 12/04/2023 | Expense | | Shopify | -136.70 |
| 12/04/2023 | Expense | | Ship Bob | -38.07 |
| 12/04/2023 | Bill Payment | | Lee Palmer | -590.00 |
| 12/04/2023 | Expense | | Ship Bob | -1,758.00 |

Total                                                                                      -2,604.00

Uncleared deposits and other credits after 11/30/2023

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 12/01/2023 | Deposit | | Amazon.com | 359.80 |
| 12/01/2023 | Receive Payment | | Healthy Life Enterprises, Inc | 162.00 |
| 12/01/2023 | Deposit | 87719444531 | | 633.60 |
| 12/04/2023 | Deposit | 87746215987 | | 303.80 |
| 12/05/2023 | Deposit | 87762763827 | | 1,184.31 |
| 12/06/2023 | Deposit | 87794253875 | | 470.24 |

Total                                                                                      3,113.75

# Three Aminos LLC
## Balance Sheet
### As of November 30, 2023

|  | Total |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Bank Accounts** | |
| 10100 Pinnacle Bank - 4369 DIP | 61,847 |
| **Total Bank Accounts** | **61,847** |
| **Accounts Receivable** | |
| 11000 Accounts Receivable | 1,653 |
| **Total Accounts Receivable** | **1,653** |
| **Other Current Assets** | |
| 12000 Undeposited Funds | - |
| 12100 Inventory Asset | 1,836,736 |
| 13100 Channel Clearing Account | 1,023 |
| 14200 Intercompany Prothione | 2,016,472 |
| 14400 Intercompany LWP | 63,154 |
| **Total Other Current Assets** | **3,917,384** |
| **Total Current Assets** | **3,980,884** |
| **Fixed Assets** | |
| 15000 Furniture and Equipment | 5,554 |
| 17900 Accumulated Depreciation | (5,554) |
| **Total Fixed Assets** | **-** |
| **Other Assets** | |
| 16600 Stress Watchers | 2,500,000 |
| 16700 Innate | 153,470 |
| 16740 Website Development | 6,477 |
| 16750 Organizational Costs | 53,195 |
| 17905 Accumulated Amortization | (14,386) |
| **Total Other Assets** | **2,698,756** |
| **TOTAL ASSETS** | **6,679,640** |
| **LIABILITIES AND EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 20000 Accounts Payable - Post Filing | 136,525 |
| 20000 Accounts Payable - Pre Filing | 1,121,914 |
| **Total Accounts Payable** | **1,258,439** |
| **Other Current Liabilities** | |
| 23100 ICP - Byzfunder Loan | 97,046 |
| 23200 ICP - Kapitus Loans | 205,385 |
| 23300 ICP Loan - Bankers Healthcare Loan | 208,250 |
| 28100 Due to ICP | 140,735 |
| 28200 Intercompany Jimani | 719,750 |
| 28300 Due to LWP | 7,390 |
| 29100 Sales Tax Payable | 4,081 |

| | |
|---|---:|
| **Total Other Current Liabilities** | 1,382,637 |
| **Total Current Liabilities** | 2,613,612 |
| **Long-Term Liabilities** | |
| **29500 Loan Payable - Jeff Benore** | 456,344 |
| **29550 Loan Payable - Jim Tafel** | 3,090,203 |
| **Total Long-Term Liabilities** | 3,546,546 |
| **Total Liabilities** | 6,160,158 |
| **Equity** | |
| **30000 Opening Balance Equity** | - |
| **30701 Capital contribution - Tafel** | 1,522,500 |
| **30800 Owners Draw - Lile** | 43,167 |
| **30801 Capital contribution - Lile** | 2,638,619 |
| **30802 Savings Draw** | 609,823 |
| **32000 Owners Equity** | (3,787,852) |
| **Net Income** | (534,240) |
| **Total Equity** | 519,482 |
| **TOTAL LIABILITIES AND EQUITY** | 6,679,640 |

Friday, Dec 08, 2023 01:15:43 PM GMT-8 - Accrual Basis

# Three Aminos LLC

## Profit and Loss

### November 2023

| | TOTAL |
|---|---:|
| **Income** | |
| 43100 IF200 Channel Sales | 22,407.25 |
| 49060 Shipping and Handling | -466.15 |
| **Total Income** | **$21,941.10** |
| Cost of Goods Sold | |
| 50000 Cost of Goods Sold | 6,610.00 |
| 50400 Shopify Selling Fees | 573.79 |
| 50500 IF200 Amazon Seller Fees | 2,153.22 |
| 50600 Inventory Storage Fees | 1,759.61 |
| **Total Cost of Goods Sold** | **$11,096.62** |
| **GROSS PROFIT** | **$10,844.48** |
| Expenses | |
| 63000 Office Expenses | 1,241.31 |
| 63800 Credit Card Transaction Fees | 221.40 |
| 65000 Professional Fees | 27,464.83 |
| 66000 Rent Expense | 420.00 |
| 69905 Shared Expenses (CXO/Mgr) | 7,615.38 |
| **Total Expenses** | **$36,962.92** |
| NET OPERATING INCOME | **$ -26,118.44** |
| Other Expenses | |
| 80150 Amortization Expense | 621.50 |
| 80200 Interest Expense | 1,316.49 |
| **Total Other Expenses** | **$1,937.99** |
| NET OTHER INCOME | **$ -1,937.99** |
| NET INCOME | **$ -28,056.43** |

Accrual Basis  Wednesday, December 20, 2023 06:17 PM GMT-05:00