**Fill in this information to identify the case:**

Debtor Name  Three Aminos LLC

United States Bankruptcy Court for the: Middle District of Tennessee

Case number:  3:23-bk-02202

☐ Check if this is an
amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11    12/17

Month:  December

Line of business: Health Supplements

Date report filed:  01/20/2024
MM / DD / YYYY

NAISC code:  446190

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:  Laura Lile

Original signature of responsible party  /s/ Laura Lile

Printed name of responsible party  Laura Lile

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.***

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.***

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

   This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

   $ 62046.32

20. **Total cash receipts**

   Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

   Report the total from *Exhibit C* here.

   $ 18936.96

21. **Total cash disbursements**

   Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

   Report the total from *Exhibit D* here.

   − $ 68008.49

22. **Net cash flow**

   Subtract line 21 from line 20 and report the result here.
   This amount may be different from what you may have calculated as *net profit*.

   + $ -49071.53

23. **Cash on hand at the end of the month**

   Add line 22 + line 19. Report the result here.

   Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

   This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

   = $ 12974.79

## 3. Unpaid Bills

   Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

   *(Exhibit E)*

   $ 93215.63

Case 3:23-bk-02202   Doc 134   Filed 01/23/24   Entered 01/23/24 13:33:31   Desc Main
Document   Page 2 of 21

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**     $ _____ 1653.00

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?     0

27. What is the number of employees as of the date of this monthly report?     0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?     $ _____ 38844.09

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?     $ _____ 54352.84

30. How much have you paid this month in other professional fees?     $ _____ 3762.00

31. How much have you paid in total other professional fees since filing the case?     $ _____ 7431.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | − | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 20000.00 | − | $ 18936.96 | = | $ -1063.01 |
| 33. **Cash disbursements** | $ 15000.00 | − | $ 68008.49 | = | $ 53008.49 |
| 34. **Net cash flow** | $ 5000.00 | − | $ -49071.53 | = | $ -54071.53 |

35. Total projected cash receipts for the next month:     $ _____ 15000.00

36. Total projected cash disbursements for the next month:     - $ _____ 14000.00

37. Total projected net cash flow for the next month:     = $ _____ 1000.00

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39. Bank reconciliation reports for each account.

☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

Print    Save As...    Reset

# Three Aminos LLC

## Transaction Report

### December 2023

| DATE | TRANSACTION TYPE | NUM | ADJ | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| **Pinnacle Bank - 4369 DIP** | | | | | | | | |
| Beginning Balance | | | | | | | | |
| 12/01/2023 | Deposit | 87719444531 | No | | 87719444531 Aminos | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 633.60 |
| 12/04/2023 | Deposit | | No | Healthy Life Enterprises, Inc | | 10100 Pinnacle Bank - 4369 DIP | 11000 Accounts Receivable | 162.00 |
| 12/05/2023 | Deposit | 87746215987 | No | | 87746215987 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 303.80 |
| 12/05/2023 | Deposit | | No | Stripe Customer | STRIPE TRANSFER ST-B8E3L3P3G4V9 XXXXXX5600 LAURA LILE | 10100 Pinnacle Bank - 4369 DIP | -Split- | 2,485.46 |
| 12/06/2023 | Payment | 87762763827 | No | | 87762763827 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 1,184.31 |
| 12/06/2023 | Deposit | | No | Healthy Life Enterprises, Inc | | 10100 Pinnacle Bank - 4369 DIP | 11000 Accounts Receivable | 162.00 |
| 12/07/2023 | Deposit | 87794253875 | No | | 87794253875 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 470.24 |
| 12/08/2023 | Payment | 87822270515 | No | | 87822270515 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 146.48 |
| 12/08/2023 | Deposit | | No | Healthy Life Enterprises, Inc | | 10100 Pinnacle Bank - 4369 DIP | 11000 Accounts Receivable | 108.00 |
| 12/11/2023 | Deposit | 87833706547 | No | | 87833706547 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 307.95 |
| 12/12/2023 | Deposit | 87869227059 | No | | 87869227059 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 371.38 |
| 12/13/2023 | Payment | 87882006579 | No | | 87882006579 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 2,238.30 |
| 12/13/2023 | Deposit | | No | Healthy Life Enterprises, Inc | | 10100 Pinnacle Bank - 4369 DIP | 11000 Accounts Receivable | 162.00 |
| 12/14/2023 | Payment | 87906418739 | No | | 87906418739 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 295.16 |
| 12/14/2023 | Deposit | | No | Healthy Life Enterprises, Inc | | 10100 Pinnacle Bank - 4369 DIP | 11000 Accounts Receivable | 54.00 |
| 12/15/2023 | Deposit | 87940595763 | No | | 87940595763 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 745.22 |
| 12/18/2023 | Deposit | 87953014835 | No | | 87953014835 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 197.18 |
| 12/19/2023 | Deposit | 87988961331 | No | | 87988961331 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 538.08 |
| 12/19/2023 | Payment | 88014782515 | No | | 88014782515 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 1,109.64 |
| 12/20/2023 | Deposit | | No | Healthy Life Enterprises, Inc | | 10100 Pinnacle Bank - 4369 DIP | 11000 Accounts Receivable | 108.00 |
| 12/21/2023 | Deposit | 88024842291 | No | | 88024842291 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 238.42 |
| 12/21/2023 | Payment | | No | Stripe Customer | STRIPE TRANSFER ST-S6O8B9E6X8I6 XXXXXX5600 LAURA LILE | 10100 Pinnacle Bank - 4369 DIP | -Split- | 2,485.46 |
| 12/21/2023 | Payment | | No | Healthy Life Enterprises, Inc | | 10100 Pinnacle Bank - 4369 DIP | 11000 Accounts Receivable | 162.00 |
| 12/21/2023 | Deposit | | No | Healthy Life Enterprises, Inc | | 10100 Pinnacle Bank - 4369 DIP | 11000 Accounts Receivable | 108.00 |
| 12/22/2023 | Payment | 88050565171 | No | | 88050565171 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 268.47 |
| 12/22/2023 | Deposit | | No | Healthy Life Enterprises, Inc | | 10100 Pinnacle Bank - 4369 DIP | 11000 Accounts Receivable | 108.00 |
| 12/26/2023 | Deposit | 88073797683 | No | | 88073797683 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 231.43 |
| 12/26/2023 | Deposit | | No | Stripe Customer | STRIPE TRANSFER ST-E3Z4U4O3W8I3 XXXXXX5600 LAURA LILE | 10100 Pinnacle Bank - 4369 DIP | -Split- | 305.56 |
| 12/27/2023 | Deposit | 88097751091 | No | | 88097751091 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 819.97 |
| 12/28/2023 | Deposit | 88107647027 | No | | 88107647027 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 998.27 |
| 12/29/2023 | Payment | 88136384563 | No | | 88136384563 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 235.84 |
| 12/29/2023 | Payment | | No | Healthy Life Enterprises, Inc | | 10100 Pinnacle Bank - 4369 DIP | 11000 Accounts Receivable | 324.00 |
| 12/29/2023 | Deposit | | No | Healthy Life Enterprises, Inc | | 10100 Pinnacle Bank - 4369 DIP | 11000 Accounts Receivable | 216.00 |
| 12/29/2023 | Deposit | | No | | AMAZON.C6JJRBD2A PAYMENTS 3DMAKNVIYHZQ17I XXXXXX0102 Three Aminos | 10100 Pinnacle Bank - 4369 DIP | 43500 IF200 Channel Sales:IF200 Amazon.com Sales | 342.69 |
| 12/29/2023 | Deposit | 88158208051 | No | | 88158208051 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify | 256.05 |
| | | | No | | | 10100 Pinnacle Bank - 4369 DIP | 44000 IF200 Channel Sales:IF200 - Get Healthy Sales | 54.00 |

# Three Aminos LLC

## Transaction Report

### December 2023

| DATE | TRANSACTION TYPE | NUM | ADJ | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT |
|------|------------------|-----|-----|------|------------------|---------|-------|--------|
| **Total for Pinnacle Bank - 4369 DIP** | | | | | | | | **$18,936.96** |

Case 3:23-bk-02202    Doc 134    Filed 01/23/24    Entered 01/23/24 13:33:31    Desc Main
Document    Page 6 of 21

| DATE | TRANSACTION TYPE | NUM | ADJ | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT |
|------|------------------|-----|-----|------|------------------|---------|-------|--------|
| **Pinnacle Bank - 4369 DIP** | | | | | | | | |
| Beginning Balance | | | | | | | | |
| 12/01/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-Y0C1D6B1O0X2 XXXXXX8598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx/Shipbob) Fees | -80.73 |
| 12/04/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-R4D0H1T2J0D6 XXXXXX5600 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | 50600 Inventory Storage Fees | -1,758.00 |
| 12/04/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-P6Y1L7H5E0Q5 XXXXXX8598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx/Shipbob) Fees | -38.07 |
| 12/04/2023 | Bill Payment (Check) | | No | Lee Palmer | | 10100 Pinnacle Bank - 4369 DIP | 20000 Accounts Payable | -590.00 |
| 12/04/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-O7H9D4X2N6M5 XXXXXX8598 | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx/Shipbob) Fees | -0.50 |
| 12/04/2023 | Expense | | No | Shopify | 2200 BUSSE RD SHOPIFY* 206577 ELK GROVE VIL IL 120223 Card#9236 | 10100 Pinnacle Bank - 4369 DIP | 63800 Credit Card Transaction Fees | -136.70 |
| 12/06/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-K7O5K0M1K5I5 XXXXXX8598 | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx/Shipbob) Fees | -103.77 |
| 12/06/2023 | Expense | | No | Bill.com LLC | BILL.COM LLC BILLING 1B4OHBWALJRLT5 XXXXXX9000 Three Aminos LLC | 10100 Pinnacle Bank - 4369 DIP | 63150 Office Expenses:Dues and Subscriptions | -165.49 |
| 12/07/2023 | Expense | | No | SKIO SUBSCRIPTIONS | 2261 Market Street#4096 SKIO SUBSCRIPTI SAN FRANCISCO CA 120623 Card#9236 | 10100 Pinnacle Bank - 4369 DIP | 63150 Office Expenses:Dues and Subscriptions | -504.90 |
| 12/07/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-Q9G9V4B3O6Y3 XXXXXX8598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx/Shipbob) Fees | -28.20 |
| 12/08/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-G3M0M5F3H1R2 XXXXXX8598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx/Shipbob) Fees | -14.88 |
| 12/11/2023 | Expense | | No | QuickBooks Payments | INTUIT * QBooks Onl 9535698 XXXXXX6346 THREE AMINOS | 10100 Pinnacle Bank - 4369 DIP | 63150 Office Expenses:Dues and Subscriptions | -98.78 |
| 12/11/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-O8K9E0O6X5H9 XXXXXX8598 | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx/Shipbob) Fees | -78.14 |
| 12/11/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-D7D1I3R2G1G1 XXXXXX8598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx/Shipbob) Fees | -23.19 |
| 12/11/2023 | Expense | | No | QuickBooks Payments | INTUIT * QBooks Onl 9535780 XXXXXX6346 THREE AMINOS | 10100 Pinnacle Bank - 4369 DIP | 63150 Office Expenses:Dues and Subscriptions | -90.00 |
| 12/12/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-H1V5U9H8V7W4 XXXXXX5600 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx/Shipbob) Fees | -25.44 |
| 12/12/2023 | Journal Entry | BILL 12-12-23 AP skbf | No | | BILL 12/12/23 Payables Funding | 10100 Pinnacle Bank - 4369 DIP | -Split- | -5,415.38 |
| 12/13/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-P1L3V5T8B6D8 XXXXXX8598 | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx/Shipbob) Fees | -43.80 |
| 12/14/2023 | Expense | | No | TAXCLOUD | TaxCloud SALES_TAX_ 46618 XXXXXX1139 Three Amins | 10100 Pinnacle Bank - 4369 DIP | 29160 Sales Tax Payable:Shopify Sales Tax | -502.61 |
| 12/14/2023 | Expense | | No | Amazon | 440 Terry Ave N AMZ*Amazon Paym AMZN.COM/BILL WA 121323 Card#9236 | 10100 Pinnacle Bank - 4369 DIP | 50500 IF200 Amazon Seller Fees | -2,169.78 |
| 12/14/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-X6S6B8R7W7K3 XXXXXX5600 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx/Shipbob) Fees | -43.63 |
| 12/15/2023 | Expense | | No | Fedex | 3875 AIRWAYS BLVD FEDEX50970711 800-4633339 TN 121423 Card#9236 | 10100 Pinnacle Bank - 4369 DIP | 49062 Shipping and Handling:Postage Expense (USPS) | -58.29 |
| 12/15/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-Z5G9M0D3T6X4 XXXXXX8598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx/Shipbob) Fees | -16.21 |
| 12/18/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-Z0B0D3Q9N1Z9 XXXXXX8598 | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx/Shipbob) Fees | -23.27 |
| 12/18/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-H2Y3S5C7M5Q7 XXXXXX5600 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx/Shipbob) Fees | -30.06 |
| 12/18/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-N8T4G1O3V6N2 XXXXXX5600 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx/Shipbob) Fees | -46.77 |
| 12/19/2023 | Expense | | No | Stamps.com | 4301 Bullcreek Rd STAMPS.COM 855-608-2677 TX 121923 Card#9236 | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx/Shipbob) Fees | -19.99 |
| 12/19/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-H6J6E4C2E7O5 XXXXXX8598 | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx/Shipbob) Fees | -42.36 |
| 12/20/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-W0J9X8X5T5J9 XXXXXX8598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx/Shipbob) Fees | -7.12 |
| 12/21/2023 | Expense | | No | | WILLIAMSON CO TR FP7E7C14E3 XXXXXX3620 S LAURA LILE | 10100 Pinnacle Bank - 4369 DIP | 63150 Office Expenses:Dues and Subscriptions | -10.00 |
| 12/21/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-B7J4H6V0X3K1 XXXXXX8598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx/Shipbob) Fees | -16.98 |
| 12/21/2023 | Expense | | No | | WILLIAMSON CO TR FP7E7C14E3 XXXXXX3620 S LAURA LILE | 10100 Pinnacle Bank - 4369 DIP | 63150 Office Expenses:Dues and Subscriptions | -2.00 |
| 12/22/2023 | Journal Entry | BILL 12-22-23 AP tgtq | No | | BILL 12/22/23 Payables Funding | 10100 Pinnacle Bank - 4369 DIP | -Split- | 41,003.47 |
| 12/22/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-X2M5F4Q6W9U3 XXXXXX8598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx/Shipbob) Fees | -29.30 |
| 12/26/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-Q3B7P3Q7K5J3 XXXXXX5600 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx/Shipbob) Fees | -22.18 |
| 12/26/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-F8U6J8C3M6R2 XXXXXX8598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx/Shipbob) Fees | -57.48 |
| 12/26/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-K4D9F6L2I8U6 XXXXXX8598 | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx/Shipbob) Fees | -7.66 |
| 12/28/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-M9A0V1R6J7R4 XXXXXX8598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx/Shipbob) Fees | -55.16 |
| 12/28/2023 | Journal Entry | BILL 12-28-23 AP n9sw | No | | BILL 12/28/23 Payables Funding | 10100 Pinnacle Bank - 4369 DIP | -Split- | 14,397.37 |
| 12/29/2023 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-U8F4W2D1M4U3 XXXXXX8598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx/Shipbob) Fees | -17.98 |
| 12/29/2023 | Expense | | No | Fedex | 3875 AIRWAYS BLVD FEDEX51070082 800-4633339 TN | 10100 Pinnacle Bank - 4369 DIP | 49062 Shipping and Handling:Postage Expense | -32.. |

# Three Aminos LLC

## Transaction Report

### December 2023

| DATE | TRANSACTION TYPE | NUM | ADJ | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT |
|------|-----------------|-----|-----|------|------------------|---------|-------|--------|
| | | | | | 122823 Card#9236 | 4369 DIP | (USPS) | |
| 12/29/2023 | Expense | | No | QuickBooks Payments | INTUIT * QBooks Onl 4999743 XXXXXX6346 THREE AMINOS | 10100 Pinnacle Bank - 4369 DIP | 63150 Office Expenses:Dues and Subscriptions | -200.00 |
| **Total for Pinnacle Bank - 4369 DIP** | | | | | | | | **$ - 68,008.49** |
| **TOTAL** | | | | | | | | **$ - 68,008.49** |

Case 3:23-bk-02202   Doc 134   Filed 01/23/24   Entered 01/23/24 13:33:31   Desc Main
Document   Page 8 of 21

# Three Aminos LLC

## A/P Aging Summary

As of December 31, 2023

| | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | TOTAL |
|---|---|---|---|---|---|---|
| Bradley Arant Boult Cummings LLP | 13,748.93 | 27,464.83 | 28,136.18 | | 19,506.00 | $88,855.94 |
| Lile Wellness | 3,757.69 | | 602.00 | | | $4,359.69 |
| TOTAL | $17,506.62 | $27,464.83 | $28,738.18 | $0.00 | $19,506.00 | $93,215.63 |

# Three Aminos LLC

## A/R Aging Summary
### As of December 31, 2023

| | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | TOTAL |
|---|---|---|---|---|---|---|
| Healthy Life Enterprises, Inc | 1,674.00 | | | | -21.00 | $1,653.00 |
| **TOTAL** | **$1,674.00** | **$0.00** | **$0.00** | **$0.00** | **$ -21.00** | **$1,653.00** |

**Pinnacle**℠

150 Third Avenue South
Suite 900
Nashville, TN 37201
www.pnfp.com

Client Service Center 800-264-3613
Pinnacle Anytime 866-755-5428

RETURN SERVICE REQUESTED

Account
XXXXXXXX4369

Three Aminos LLC
Debtor in Posession
312 3rd Ave S
Franklin, TN 37064-2620

# Statement of Account

Horizon 75

| | | |
|---|---|---|
| **Balance 12/01/23**<br>$ 61,486.82 | **Summary** |  |
| **Balance 12/31/23**<br>$ 12,775.09 | **Credits** +$19,296.76<br>**Interest** +$.00<br>**Debits** - $68,008.49 | |



## Credit Transactions

### Deposits

| | | |
|---|---|---|
| 12/01 | Healthy Life Ent  Receivable 016OVYRJW364L6Z<br>1204895317 Three Aminos LLC | 162.00 |
| 12/01 | AMAZON.CUJHHNVHL  PAYMENTS<br>67RWHSEQBZBONNZ  3215240102 Three Aminos | 359.80 |
| 12/01 | Shopify          TRANSFER ST-L8U7D6R0L1X1<br>1800948598 THREE AMINOS LLC | 633.60 |
| 12/04 | Shopify          TRANSFER ST-N0G2W0M0K3Y2<br>1800948598 THREE AMINOS LLC | 303.80 |
| 12/05 | Shopify          TRANSFER ST-T6G1H0F8F1O9<br>1800948598 THREE AMINOS LLC | 1,184.31 |
| 12/05 | STRIPE          TRANSFER ST-B8E3L3P3G4V9<br>4270465600 LAURA LILE | 2,485.46 |
| 12/06 | Healthy Life Ent  Receivable 016ZMAMPP36AZRI<br>1204895317 Three Aminos LLC | 162.00 |
| 12/06 | Shopify          TRANSFER ST-U8T0T1C9H5V7<br>1800948598 THREE AMINOS LLC | 470.24 |
| 12/07 | Shopify          TRANSFER ST-Q1M4T4S9W6U3<br>1800948598 THREE AMINOS LLC | 146.48 |
| 12/08 | Healthy Life Ent  Receivable 016IHPMLF36EZJI<br>1204895317 Three Aminos LLC | 108.00 |

### Protecting Yourself from Fraud

Fraud makes headlines when high-profile people do it, but wire and money transfer scams happen to average people and businesses every day. The FBI estimates about $2 billion is lost annually to wire-transfer fraud. The key is to slow down and verify payment requests by a second method -- such as a telephone call using a known number. Because once you have wired the money, it's nearly impossible to retrieve it. Read more at PNFP.com/FraudProtection.

Member FDIC
EQUAL HOUSING LENDER



## ELECTRONIC TRANSFER ERROR RESOLUTION

This Electronic Transfer Error Resolution only applies to accounts held for personal, family or household purposes and is therefore not applicable to business, trust accounts, or any such account held for non-personal purposes.

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed at the end of this disclosure, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

- Tell us your name and account number (if any).

- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

- Tell us the dollar amount of the suspected error.

We must hear from you no later than 60 days after we send the FIRST statement on which the problem or error appeared.

We will provide provisional credit for the amount that you think is in error within 10 business days of your complaint and begin an investigation of the transaction(s). In most cases, we will disclose the results of the investigation within 10 business days of your complaint and correct any error promptly. If we need more time to investigate the complaint, we may take up to 45 days (90 days if the transfer involved a point-of-sale transaction or a foreign initiated transfer) to complete our investigation. However, you will have use of the funds in question during our investigation.

**Pinnacle Bank**
150 3rd Avenue South, Suite 900
Nashville, TN 37201
(800) 264-3613

| 12/08 | Shopify | TRANSFER ST-O7R5G3D9Q7E0 1800948598 THREE AMINOS LLC | 307.95 |
| 12/11 | Shopify | TRANSFER ST-F6L7A3E8N4B4 1800948598 THREE AMINOS LLC | 371.38 |
| 12/12 | Shopify | TRANSFER ST-A1F3S0A7L6C0 1800948598 THREE AMINOS LLC | 2,238.30 |
| 12/13 | Healthy Life Ent Receivable 016VOEYFC36KU0C 1204895317 Three Aminos LLC | | 162.00 |
| 12/13 | Shopify | TRANSFER ST-E3J1G8N3N5S1 1800948598 THREE AMINOS LLC | 295.16 |
| 12/14 | Healthy Life Ent Receivable 016KVIRBC36MN02 1204895317 Three Aminos LLC | | 54.00 |
| 12/14 | Shopify | TRANSFER ST-B2F0B2H3Q1Y9 1800948598 THREE AMINOS LLC | 745.22 |
| 12/15 | Shopify | TRANSFER ST-E3P9A7L7I4D2 1800948598 THREE AMINOS LLC | 197.18 |
| 12/18 | Shopify | TRANSFER ST-Q7G3W7V8E7E6 1800948598 THREE AMINOS LLC | 538.00 |
| 12/19 | Healthy Life Ent Receivable 016AHUSRQ36SUGK 1204895317 Three Aminos LLC | | 108.00 |
| 12/19 | Shopify | TRANSFER ST-E0F7Q5S3E1Y7 1800948598 THREE AMINOS LLC | 1,109.64 |
| 12/20 | Shopify | TRANSFER ST-S4I2F3T8F5M8 1800948598 THREE AMINOS LLC | 238.42 |
| 12/21 | Shopify | TRANSFER ST-T0S1E0G8Z5B4 1800948598 THREE AMINOS LLC | 268.47 |
| 12/21 | Healthy Life Ent Receivable 016ZJQFOT36WTXW 1204895317 Three Aminos LLC | | 270.00 |
| 12/21 | STRIPE | TRANSFER ST-S6O8B9E6X8I6 4270465600 LAURA LILE | 2,485.46 |
| 12/22 | Healthy Life Ent Receivable 016KYWWHJ36Z5XI 1204895317 Three Aminos LLC | | 108.00 |
| 12/22 | Shopify | TRANSFER ST-A6Q8X3T1T6F3 1800948598 THREE AMINOS LLC | 231.43 |
| 12/26 | STRIPE | TRANSFER ST-E3Z4U4O3W8I3 4270465600 LAURA LILE | 305.56 |
| 12/26 | Shopify | TRANSFER ST-T3I8N6S8M4J1 1800948598 THREE AMINOS LLC | 819.97 |
| 12/27 | Shopify | TRANSFER ST-H7N7E4U5Q2F3 1800948598 THREE AMINOS LLC | 998.27 |
| 12/28 | Shopify | TRANSFER ST-W8P7T7G2X1M8 1800948598 THREE AMINOS LLC | 235.84 |
| 12/29 | Shopify | TRANSFER ST-Y7C3M0R2L0W2 1800948598 THREE AMINOS LLC | 256.05 |
| 12/29 | AMAZON.C6JJRBD2A PAYMENTS 3DMAKNVIYHZQ17I 3215240102 Three Aminos | | 342.69 |
| 12/29 | Healthy Life Ent Receivable 016JRZNAV3778K4 1204895317 Three Aminos LLC | | 594.00 |
| **Total Credits** | | | **$19,296.76** |

## Debit Transactions

### Other Debits

| 12/01 | ShipBob.com | ShipBob.co ST-Y0C1D6B1O0X2 1800948598 SHIPBOB | 80.73 |
| 12/04 | 2200 BUSSE RD SHOPIFY* 206577 ELK GROVE VIL IL 120223 Card#9236 | | 136.70 |
| 12/04 | ShipBob.com | ShipBob.co ST-O7H9D4X2N6M5 1800948598 SHIPBOB | .50 |
| 12/04 | ShipBob.com | ShipBob.co ST-P6Y1L7H5E0Q5 1800948598 SHIPBOB | 38.07 |
| 12/04 | ShipBob.com | ShipBob.co ST-R4D0H1T2J0D6 4270465600 SHIPBOB | 1,758.00 |
| 12/06 | ShipBob.com | ShipBob.co ST-K7O5K0M1K5I5 1800948598 SHIPBOB | 103.77 |
| 12/06 | BILL.COM LLC | BILLING 01B4OHBWALJRLT5 1082689000 Three Aminos LLC | 165.49 |
| 12/07 | 2261 Market Street#4096 SKIO SUBSCRIPTI SAN FRANCISCO CA 120623 Card#9236 | | 504.90 |
| 12/07 | ShipBob.com | ShipBob.co ST-Q9G9V4B3O6Y3 1800948598 SHIPBOB | 28.20 |
| 12/08 | ShipBob.com | ShipBob.co ST-G3M0M5F3H1R2 1800948598 SHIPBOB | 14.88 |
| 12/11 | ShipBob.com | ShipBob.co ST-D7D1I3R2G1G1 1800948598 SHIPBOB | 23.19 |
| 12/11 | ShipBob.com | ShipBob.co ST-O8K9E0O6X5H9 1800948598 SHIPBOB | 78.14 |
| 12/11 | INTUIT * | QBooks Onl 9535780 0000756346 THREE AMINOS | 90.00 |
| 12/11 | INTUIT * | QBooks Onl 9535698 0000756346 THREE AMINOS | 98.78 |
| 12/12 | ShipBob.com | ShipBob.co ST-H1V5U9H8V7W4 4270465600 SHIPBOB | 25.44 |

| 12/12 | Bill.com | Payables 016VOTWCS36HWGQ 1204895317 Three Aminos LLC | 5,415.38 |
|---|---|---|---|
| 12/13 | ShipBob.com | ShipBob.co ST-P1L3V5T8B6D8 1800948598 SHIPBOB | 43.80 |
| 12/14 | 440 Terry Ave N AMZ*Amazon Paym AMZN.COM/BILL WA 121323 Card#9236 | | 2,169.78 |
| 12/14 | ShipBob.com | ShipBob.co ST-X6S6B8R7W7K3 4270465600 SHIPBOB | 43.63 |
| 12/14 | TaxCloud | SALES_TAX_ 46618      1203271139 Three Aminos | 502.61 |
| 12/15 | 3875 AIRWAYS BLVD FEDEX50970711 800-4633339 TN 121423 Card#9236 | | 58.29 |
| 12/15 | ShipBob.com | ShipBob.co ST-Z5G9M0D3T6X4 1800948598 SHIPBOB | 16.21 |
| 12/18 | ShipBob.com | ShipBob.co ST-Z0B0D3Q9N1Z9 1800948598 SHIPBOB | 23.27 |
| 12/18 | ShipBob.com | ShipBob.co ST-H2Y3S5C7M5Q7 4270465600 SHIPBOB | 30.06 |
| 12/18 | ShipBob.com | ShipBob.co ST-N8T4G1O3V6N2 4270465600 SHIPBOB | 46.77 |
| 12/19 | 4301 Bullcreek Rd STAMPS.COM 855-608-2677 TX 121923 Card#9236 | | 19.99 |
| 12/19 | ShipBob.com | ShipBob.co ST-H6J6E4C2E7O5 1800948598 SHIPBOB | 42.36 |
| 12/20 | ShipBob.com | ShipBob.co ST-W0J9X8X5T5J9 1800948598 SHIPBOB | 7.12 |
| 12/21 | WILLIAMSON CO TR FP7E7C14E3 5330903620 S LAURA LILE | | 2.00 |
| 12/21 | WILLIAMSON CO TR FP7E7C14E3 5330903620 S LAURA LILE | | 10.00 |
| 12/21 | ShipBob.com | ShipBob.co ST-B7J4H6V0X3K1 1800948598 SHIPBOB | 16.98 |
| 12/22 | ShipBob.com | ShipBob.co ST-X2M5F4Q6W9U3 1800948598 SHIPBOB | 29.30 |
| 12/22 | Bill.com | Payables 016BUOSKG36XPE5 1204895317 Three Aminos LLC | 41,003.47 |
| 12/26 | ShipBob.com | ShipBob.co ST-K4D9F6L2I8U6 1800948598 SHIPBOB | 7.66 |
| 12/26 | ShipBob.com | ShipBob.co ST-Q3B7P3Q7K5J3 4270465600 SHIPBOB | 22.18 |
| 12/26 | ShipBob.com | ShipBob.co ST-F8U6J8C3M6R2 1800948598 SHIPBOB | 57.48 |
| 12/28 | ShipBob.com | ShipBob.co ST-M9A0V1R6J7R4 1800948598 SHIPBOB | 55.16 |
| 12/28 | Bill.com | Payables 016CGRRSZ3740S3 1204895317 Three Aminos LLC | 14,397.37 |
| 12/29 | 3875 AIRWAYS BLVD FEDEX51070082 800-4633339 TN 122823 Card#9236 | | 32.85 |
| 12/29 | ShipBob.com | ShipBob.co ST-U8F4W2D1M4U3 1800948598 SHIPBOB | 17.98 |
| 12/29 | INTUIT * | QBooks Onl 4999743      0000756346 THREE AMINOS | 200.00 |

**Checks**

| 12/04 | Check 995007 | 590.00 |
|---|---|---|
| **Total Debits** | | **$68,008.49** |

(*) Indicates gap in check number sequenece

| Average Balance This Statement | $48,579.11 | Annual Percentage Yield Earned | .00% |
|---|---|---|---|
| Interest Earned This Period | $.00 | Days in Period | 31 |
| Interest Paid Year to Date | $.00 | Interest Paid | $.00 |

## DAILY BALANCE INFORMATION

| 12/01 | 62,561.49 | 12/12 | 61,267.97 | 12/21 | 64,706.73 |
|---|---|---|---|---|---|
| 12/04 | 60,342.02 | 12/13 | 61,681.33 | 12/22 | 24,013.39 |
| 12/05 | 64,011.79 | 12/14 | 59,764.53 | 12/26 | 25,051.60 |
| 12/06 | 64,374.77 | 12/15 | 59,887.21 | 12/27 | 26,049.87 |
| 12/07 | 63,988.15 | 12/18 | 60,325.19 | 12/28 | 11,833.18 |
| 12/08 | 64,389.22 | 12/19 | 61,480.48 | 12/29 | 12,775.09 |
| 12/11 | 64,470.49 | 12/20 | 61,711.78 | | |

Case 3:23-bk-02202   Doc 134   Filed 01/23/24   Entered 01/23/24 13:33:31   Desc Main
Document      Page 14 of 21

#995007      12/04/2023      $590.00

Three Aminos LLC

**10100 Pinnacle Bank - 4369 DIP, Period Ending 12/31/2023**

**RECONCILIATION REPORT**

Reconciled on: 01/12/2024

Reconciled by: Ann Miller

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
| --- | --- |
| Statement beginning balance | 61,486.82 |
| Checks and payments cleared (42) | -68,008.49 |
| Deposits and other credits cleared (37) | 19,296.76 |
| Statement ending balance | 12,775.09 |
| | |
| Register balance as of 12/31/2023 | 12,775.09 |
| Cleared transactions after 12/31/2023 | 0.00 |
| Uncleared transactions after 12/31/2023 | 378.96 |
| Register balance as of 01/12/2024 | 13,154.05 |

**Details**

Checks and payments cleared (42)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
| --- | --- | --- | --- | --- |
| 12/01/2023 | Expense | | Ship Bob | -80.73 |
| 12/04/2023 | Expense | | Shopify | -136.70 |
| 12/04/2023 | Expense | | Ship Bob | -0.50 |
| 12/04/2023 | Expense | | Ship Bob | -1,758.00 |
| 12/04/2023 | Bill Payment | | Lee Palmer | -590.00 |
| 12/04/2023 | Expense | | Ship Bob | -38.07 |
| 12/06/2023 | Expense | | Ship Bob | -103.77 |
| 12/06/2023 | Expense | | Bill.com LLC | -165.49 |
| 12/07/2023 | Expense | | Ship Bob | -28.20 |
| 12/07/2023 | Expense | | SKIO SUBSCRIPTIONS | -504.90 |
| 12/08/2023 | Expense | | Ship Bob | -14.88 |
| 12/11/2023 | Expense | | Ship Bob | -23.19 |
| 12/11/2023 | Expense | | QuickBooks Payments | -98.78 |
| 12/11/2023 | Expense | | QuickBooks Payments | -90.00 |
| 12/11/2023 | Expense | | Ship Bob | -78.14 |
| 12/12/2023 | Journal | BILL 12-12-23 AP skbf | | -5,415.38 |
| 12/12/2023 | Expense | | Ship Bob | -25.44 |
| 12/13/2023 | Expense | | Ship Bob | -43.80 |
| 12/14/2023 | Expense | | TAXCLOUD | -502.61 |
| 12/14/2023 | Expense | | Amazon | -2,169.78 |
| 12/14/2023 | Expense | | Ship Bob | -43.63 |
| 12/15/2023 | Expense | | Fedex | -58.29 |
| 12/15/2023 | Expense | | Ship Bob | -16.21 |
| 12/18/2023 | Expense | | Ship Bob | -46.77 |
| 12/18/2023 | Expense | | Ship Bob | -23.27 |
| 12/18/2023 | Expense | | Ship Bob | -30.06 |
| 12/19/2023 | Expense | | Ship Bob | -42.36 |
| 12/19/2023 | Expense | | Stamps.com | -19.99 |
| 12/20/2023 | Expense | | Ship Bob | -7.12 |
| 12/21/2023 | Expense | | | -2.00 |
| 12/21/2023 | Expense | | Ship Bob | -16.98 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|-------------:|
| 12/21/2023 | Expense | | | -10.00 |
| 12/22/2023 | Journal | BILL 12-22-23 AP tgtq | | -41,003.47 |
| 12/22/2023 | Expense | | Ship Bob | -29.30 |
| 12/26/2023 | Expense | | Ship Bob | -22.18 |
| 12/26/2023 | Expense | | Ship Bob | -57.48 |
| 12/26/2023 | Expense | | Ship Bob | -7.66 |
| 12/28/2023 | Expense | | Ship Bob | -55.16 |
| 12/28/2023 | Journal | BILL 12-28-23 AP n9sw | | -14,397.37 |
| 12/29/2023 | Expense | | Ship Bob | -17.98 |
| 12/29/2023 | Expense | | QuickBooks Payments | -200.00 |
| 12/29/2023 | Expense | | Fedex | -32.85 |

**Total**          **-68,008.49**

## Deposits and other credits cleared (37)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|-------------:|
| 12/01/2023 | Receive Payment | | Healthy Life Enterprises, Inc | 162.00 |
| 12/01/2023 | Deposit | 87719444531 | | 633.60 |
| 12/01/2023 | Deposit | | Amazon.com | 359.80 |
| 12/04/2023 | Deposit | 87746215987 | | 303.80 |
| 12/05/2023 | Deposit | 87762763827 | | 1,184.31 |
| 12/05/2023 | Deposit | | Stripe Customer | 2,485.46 |
| 12/06/2023 | Deposit | 87794253875 | | 470.24 |
| 12/06/2023 | Receive Payment | | Healthy Life Enterprises, Inc | 162.00 |
| 12/07/2023 | Deposit | 87822270515 | | 146.48 |
| 12/08/2023 | Deposit | 87833706547 | | 307.95 |
| 12/08/2023 | Receive Payment | | Healthy Life Enterprises, Inc | 108.00 |
| 12/11/2023 | Deposit | 87869227059 | | 371.38 |
| 12/12/2023 | Deposit | 87882006579 | | 2,238.30 |
| 12/13/2023 | Deposit | 87906418739 | | 295.16 |
| 12/13/2023 | Receive Payment | | Healthy Life Enterprises, Inc | 162.00 |
| 12/14/2023 | Deposit | 87940595763 | | 745.22 |
| 12/14/2023 | Receive Payment | | Healthy Life Enterprises, Inc | 54.00 |
| 12/15/2023 | Deposit | 87953014835 | | 197.18 |
| 12/18/2023 | Deposit | 87988961331 | | 538.08 |
| 12/19/2023 | Deposit | 88014782515 | | 1,109.64 |
| 12/19/2023 | Receive Payment | | Healthy Life Enterprises, Inc | 108.00 |
| 12/20/2023 | Deposit | 88024842291 | | 238.42 |
| 12/21/2023 | Deposit | 88050565171 | | 268.47 |
| 12/21/2023 | Receive Payment | | Healthy Life Enterprises, Inc | 162.00 |
| 12/21/2023 | Receive Payment | | Healthy Life Enterprises, Inc | 108.00 |
| 12/21/2023 | Deposit | | Stripe Customer | 2,485.46 |
| 12/22/2023 | Receive Payment | | Healthy Life Enterprises, Inc | 108.00 |
| 12/22/2023 | Deposit | 88073797683 | | 231.43 |
| 12/26/2023 | Deposit | 88097751091 | | 819.97 |
| 12/26/2023 | Deposit | | Stripe Customer | 305.56 |
| 12/27/2023 | Deposit | 88107647027 | | 998.27 |
| 12/28/2023 | Deposit | 88136384563 | | 235.84 |
| 12/29/2023 | Deposit | | | 54.00 |
| 12/29/2023 | Deposit | 88158208051 | | 256.05 |
| 12/29/2023 | Receive Payment | | Healthy Life Enterprises, Inc | 216.00 |
| 12/29/2023 | Deposit | | | 342.69 |
| 12/29/2023 | Receive Payment | | Healthy Life Enterprises, Inc | 324.00 |

**Total**          **19,296.76**

Case 3:23-bk-02202    Doc 134    Filed 01/23/24    Entered 01/23/24 13:33:31    Desc Main
Document    Page 17 of 21

**Additional Information**

Uncleared checks and payments after 12/31/2023

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 01/02/2024 | Expense | | Shopify | -118.20 |
| 01/02/2024 | Expense | | Ship Bob | -32.12 |
| 01/02/2024 | Expense | | Ship Bob | -38.41 |
| 01/02/2024 | Expense | | Ship Bob | -32.92 |
| 01/02/2024 | Expense | | Ship Bob | -14.70 |
| 01/04/2024 | Expense | | Ship Bob | -1,758.00 |
| 01/05/2024 | Expense | | Ship Bob | -73.54 |
| 01/08/2024 | Expense | | TAXCLOUD | -15.46 |
| 01/08/2024 | Expense | | Ship Bob | -48.42 |
| 01/08/2024 | Expense | | SKIO SUBSCRIPTIONS | -472.69 |
| 01/08/2024 | Expense | | Ship Bob | -77.73 |
| 01/08/2024 | Expense | | Bill.com LLC | -167.94 |
| 01/09/2024 | Journal | BILL 01-09-24 AP rArP | | -590.00 |
| 01/09/2024 | Expense | | Ship Bob | -14.60 |
| 01/09/2024 | Expense | | USPS | -50.00 |
| 01/10/2024 | Expense | | Ship Bob | -15.61 |
| 01/11/2024 | Expense | | QuickBooks Payments | -90.00 |
| 01/11/2024 | Expense | | QuickBooks Payments | -98.78 |
| 01/11/2024 | Expense | | Ship Bob | -75.92 |
| 01/11/2024 | Expense | | Amazon | -1,688.05 |

| Total | | | | -5,473.09 |
|---|---|---|---|---|

Uncleared deposits and other credits after 12/31/2023

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 01/02/2024 | Deposit | 88178458675 | | 594.28 |
| 01/03/2024 | Deposit | 88189370419 | | 989.27 |
| 01/04/2024 | Receive Payment | | Healthy Life Enterprises, Inc | 216.00 |
| 01/04/2024 | Deposit | 88219254835 | | 156.35 |
| 01/05/2024 | Deposit | 88240521267 | | 596.97 |
| 01/08/2024 | Receive Payment | | Healthy Life Enterprises, Inc | 162.00 |
| 01/08/2024 | Deposit | 88257232947 | | 935.41 |
| 01/09/2024 | Deposit | 88283414579 | | 685.36 |
| 01/10/2024 | Receive Payment | | Healthy Life Enterprises, Inc | 54.00 |
| 01/10/2024 | Deposit | 88304681011 | | 149.61 |
| 01/10/2024 | Receive Payment | | Healthy Life Enterprises, Inc | 108.00 |
| 01/10/2024 | Receive Payment | | Healthy Life Enterprises, Inc | 54.00 |
| 01/11/2024 | Deposit | 88316805171 | | 777.55 |
| 01/11/2024 | Receive Payment | | Healthy Life Enterprises, Inc | 162.00 |
| 01/12/2024 | Deposit | 88333287475 | | 211.25 |

| Total | | | | 5,852.05 |
|---|---|---|---|---|

# Three Aminos LLC

## Balance Sheet

### As of December 31, 2023

| | TOTAL |
|---|---:|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| 10050 PNC Checking - 0614 | 0.00 |
| 10100 Pinnacle Bank - 4369 DIP | 12,775.09 |
| 10720 Bill.com Money Out Clearing | 0.00 |
| **Total Bank Accounts** | **$12,775.09** |
| Accounts Receivable | |
| 11000 Accounts Receivable | 1,653.00 |
| **Total Accounts Receivable** | **$1,653.00** |
| Other Current Assets | |
| 12000 Undeposited Funds | 0.00 |
| 12100 Inventory Asset | 1,833,205.73 |
| 13100 Channel Clearing Account | 1,453.86 |
| 14200 Intercompany Prothione | 2,016,471.55 |
| 14300 Intercompany  ICP | 0.00 |
| 14400 Intercompany LWP | 0.00 |
| 14700 Prepaid Expense | 0.00 |
| **Total Other Current Assets** | **$3,851,131.14** |
| **Total Current Assets** | **$3,865,559.23** |
| Fixed Assets | |
| 15000 Furniture and Equipment | 5,553.61 |
| 17900 Accumulated Depreciation | -5,553.61 |
| **Total Fixed Assets** | **$0.00** |
| Other Assets | |
| 16600 Stress Watchers | 2,500,000.00 |
| 16700 Innate | 153,470.00 |
| 16740 Website Development | 6,476.98 |
| 16750 Organizational Costs | 53,195.00 |
| 17905 Accumulated Amortization | -15,007.50 |
| **Total Other Assets** | **$2,698,134.48** |
| **TOTAL ASSETS** | **$6,563,693.71** |

# Three Aminos LLC

## Balance Sheet

### As of December 31, 2023

| | TOTAL |
|---|---|
| LIABILITIES AND EQUITY | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| 20000 Accounts Payable | 1,215,129.88 |
| **Total Accounts Payable** | **$1,215,129.88** |
| Other Current Liabilities | |
| 23100 ICP - Byzfunder Loan | 97,046.08 |
| 23200 ICP - Kapitus Loans | 205,384.60 |
| 23300 ICP Loan - Bankers Healthcare Loan | 208,708.27 |
| 24100 Accrued Payroll | 0.00 |
| 28100 Due to ICP | 140,735.22 |
| 28200 Intercompany Jimani | 719,750.35 |
| 28300 Due to LWP | 7,390.00 |
| 28400 Interco Prothione | 0.00 |
| 29100 Sales Tax Payable | 108.77 |
| Comptroller Payable | 0.00 |
| **Total Other Current Liabilities** | **$1,379,123.29** |
| **Total Current Liabilities** | **$2,594,253.17** |
| Long-Term Liabilities | |
| 29500 Loan Payable - Jeff Benore | 456,343.62 |
| 29550 Loan Payable - Jim Tafel | 3,090,202.72 |
| **Total Long-Term Liabilities** | **$3,546,546.34** |
| **Total Liabilities** | **$6,140,799.51** |
| Equity | |
| 30000 Opening Balance Equity | 0.00 |
| 30700 Owner's Draw - Tafel | 0.00 |
| 30701 Capital contribution - Tafel | 1,522,500.00 |
| 30800 Owners Draw - Lile | 43,166.94 |
| 30801 Capital contribution - Lile | 2,638,619.35 |
| 30802 Savings Draw | 609,822.58 |
| 32000 Owners Equity | -3,851,006.37 |
| Net Income | -540,208.30 |
| **Total Equity** | **$422,894.20** |
| **TOTAL LIABILITIES AND EQUITY** | **$6,563,693.71** |

Accrual Basis Tuesday, January 23, 2024 01:41 PM GMT-05:00

# Three Aminos LLC

## Profit and Loss
### December 2023

|  | TOTAL |
|---|---|
| **Income** | |
| 43100 IF200 Channel Sales | 22,701.73 |
| 49060 Shipping and Handling | -677.51 |
| **Total Income** | **$22,024.22** |
| Cost of Goods Sold | |
| 50100 IF200 | 3,530.00 |
| 50400 Shopify Selling Fees | 432.23 |
| 50500 IF200 Amazon Seller Fees | 1,444.03 |
| 50600 Inventory Storage Fees | 1,758.00 |
| **Total Cost of Goods Sold** | **$7,164.26** |
| **GROSS PROFIT** | **$14,859.96** |
| Expenses | |
| 63000 Office Expenses | 1,071.17 |
| 63800 Credit Card Transaction Fees | 220.68 |
| 65000 Professional Fees | 13,748.93 |
| 66000 Rent Expense | 590.00 |
| 69905 Shared Expenses (CXO/Mgr) | 3,757.69 |
| **Total Expenses** | **$19,388.47** |
| **NET OPERATING INCOME** | **$ -4,528.51** |
| Other Expenses | |
| 80150 Amortization Expense | 621.50 |
| 80200 Interest Expense | 458.33 |
| **Total Other Expenses** | **$1,079.83** |
| **NET OTHER INCOME** | **$ -1,079.83** |
| **NET INCOME** | **$ -5,608.34** |