**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THREE AMINOS, LLC, | ) | Case No. 3:23-bk-02202 |
| | ) | |
| Debtor. | ) | Hon. Charles M. Walker |

**WITNESS AND EXHIBIT LIST**

The above-captioned debtor (the "Debtor") hereby gives notice of the following pursuant to Local Rule 9014-1(d)(1) for the hearing on (1) confirmation of the Debtor's Plan of Reorganization (Docket No. 81), (2) the Motion for Relief from the Automatic Stay (Docket No. 42) filed by The ProImmune Company, LLC ("ProImmune") and Albert Crum, M.D. ("Dr. Crum") and (3) the Objection to the Debtor's Eligibility to Proceed Under Subchapter V (Docket No. 69):

(a) The name, address and telephone number of each witness the party expects to present or may call if the need arises:

   1. Dr. Laura Lile, may be contacted through counsel for Debtor.

(b) A copy of the transcript of testimony or affidavit of any witness whose testimony will be offered in that form:

   1. None.

(c) A list and copy, with appropriate identification, of each document or other exhibit a party expects to offer or may offer as evidence:

   2001. ProImmune Reseller Distribution Agreement.

   2002. Second Amendment to ProImmune Reseller Distribution Agreement.

   2003. March 11, 2020, Email from Dr. Crum to Dr. Lile.

   2004. ProImmune Website.

   2005. U.S. Patent RE39734.

2006. IF200 Active Ingredients.

2007. March 17, 2020, Email from Dr. Crum to Dr. Lile.

2008. U.S. Patent RE42645.

2009. Docket Sheet, SDNY Case 22-cv-07242.

2010. Docket Sheet, SDNY Case 22-cv-08227.

2011. Docket Sheet, SDNY Case 22-cv-08229.

2012. Agreed Order Resolving Motion to Enforce Automatic Stay.

2013. Order Setting Briefing Schedule – SDNY Cases.

2014. Responses of ProImmune and Dr. Crum to Debtor's Discovery Requests.

2015. ProImmune Website – Patent.

2016. ProImmune Website – Patent (2).

2017. ProImmune Website – Patent (3).

2018. ProImmune Website – Patent (4).

2019. ProImmune Website – Patent (5).

2020. ProImmune Website – Patent (6).

2021. ProImmune Website – CIA Contract.

2022. July 9, 2020, email from Ryan Abbott

2023. Ryan Abbott letter to Agents of Healing

2024. Ryan Abbott letter to Get Healthy

2025. February 5, 2023, Termination Letter

2026. October 19, 2023, ProImmune Asset Purchase Offer Letter

2027. December 21, 2023, Paul Aloe Letter

2028. December 29, 2023, Austin McMullen Letter to Paul Aloe

2029. Monthly Operating Report – June 2023

2030. Monthly Operating Report – July 2023

2031. Monthly Operating Report – August 2023

2032. Monthly Operating Report – September 2023

2033. Monthly Operating Report – October 2023

2034. Amended Monthly Operating Report – November 2023

2035. Monthly Operating Report – December 2023

2036. Recording from Meeting of Creditors

Debtor further states that it may offer into evidence exhibits listed on the exhibit list of any other party, other documents filed with the Court and any exhibits necessary for impeachment, rebuttal or clarification purposes. Debtor reserves the right to amend this list.

Respectfully submitted:

/s/ Austin L. McMullen
Austin L. McMullen (No. 20877)
Bradley Arant Boult Cummings LLP
1600 Division St., Suite 700
Nashville, TN 37203
(615) 252-2307
AMcMullen@Bradley.com

*Attorneys for the Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 29th day of January, 2024, I have caused a true and correct copy of the foregoing to be served electronically through the Court's CM/ECF system to all parties consenting to such service in this case.

/s/ Austin L. McMullen
Austin L. McMullen