*Charles M. Walker*
U.S. Bankruptcy Judge
Dated: 3/13/2024



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THREE AMINOS, LLC, | ) | Case No. 3:23-bk-02202 |
| | ) | |
| Debtor. | ) | Hon. Charles M. Walker |

### ORDER GRANTING MOTION TO CONTINUE HEARING
### SETTING CONFIRMATION HEARING DATE ON LIQUIDATING PLAN
### AND SETTING DEADLINE FOR ANY OBJECTIONS TO THE LIQUIDATING PLAN

Before the Court is the Debtor's Motion to continue hearing relating to certain matters currently scheduled for March 20, 2024, to set the confirmation hearing on the Debtor's Liquidating Plan (Docket No. 142) and to set the deadline for filing any objections to the Liquidating Plan. The Court having considered the Motion and the entire record in this matter, it is hereby:

ORDERED that the following matters are hereby continued to 11 : 00 a .m. on April 4 , 2024, in Courtroom 2, 701 Broadway, Nashville, TN 37203: (1) the hearing on confirmation of the Debtor's Plan of Reorganization (Docket No. 81), (2) the Motion for Relief from the Automatic Stay (Docket No. 42) filed by The ProImmune Company, LLC ("ProImmune") and Albert Crum, M.D. ("Dr. Crum") and (3) the Objection to the Debtor's Eligibility to Proceed Under Subchapter V (Docket No. 69) filed by ProImmune and Dr. Crum.

FURTHER ORDERED that the confirmation hearing on the Debtor's Liquidating Plan is scheduled for 11:00 a.m. on April 4, 2024, in Courtroom 2, 701 Broadway, Nashville, TN 37203.

FURTHER ORDERED that any objections to the Liquidating Plan shall be filed on or before March 28, 2024.

FURTHER ORDERED that the Debtor shall be, and hereby is, authorized to solicit votes for acceptance or rejection of the Plan.

FURTHER ORDERED that March 28, 2024, is hereby fixed as the last day for serving ballots accepting or rejecting the Plan. All ballots should be returned to counsel for the Debtors:

Austin McMullen
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, TN 37203
amcmullen@bradley.com

FURTHER ORDERED that within three (3) business days after entry of this Order, the Debtor shall serve a copy of this Order, the Plan, and a ballot for voting on acceptance or rejection of the Plan on all creditors, equity security holders, and other parties in interest, including the United States Trustee and the Subchapter V Trustee.

FURTHER ORDERED that except as modified herein, all applicable rules of bankruptcy procedure shall govern the submission and delivery of documents related to confirmation of the Plan.

IT IS SO ORDERED.

**This Order Was Signed And Entered Electronically as Indicated At The Top Of The First Page**

SUBMITTED FOR ENTRY:

*/s/ Austin L. McMullen*
Austin L. McMullen (No. 20877)
Bradley Arant Boult Cummings LLP
1600 Division St., Suite 700
Nashville, TN 37203
(615) 252-2307
AMcMullen@Bradley.com

*Counsel for the Debtor*

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.