Fill in this information to identify the case:

Debtor Name  Three Aminos LLC

United States Bankruptcy Court for the: Middle District of Tennessee

Case number:  3:23-bk-02202

☑ Check if this is an amended filing

Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11    12/17

Month:  January

Line of business:  Health Supplements

Date report filed:  03/29/2024
MM / DD / YYYY

NAISC code:  446190

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:  Laura Lile

Original signature of responsible party

Printed name of responsible party  Laura Lile

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer _No_ to any of the questions in lines 1-9, attach an explanation and label it _Exhibit A_.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer _Yes_ to any of the questions in lines 10-18, attach an explanation and label it _Exhibit B_.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name **Three Aminos LLC**   Case number **3:23-bk-02202**

17. Have you paid any bills you owed before you filed bankruptcy?   ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 12974.79

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ 15005.78

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    – $ 13479.78

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ 1526.21

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ 14501.21

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

    $ 88295.32

    *(Exhibit E)*

| Debtor Name | Three Aminos LLC | Case number | 3:23-bk-02202 |
|---|---|---|---|

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**   $ _____ 1383

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?   0

27. What is the number of employees as of the date of this monthly report?   0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?   $ 5000.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ 58466.09

30. How much have you paid this month in other professional fees?   $ 0

31. How much have you paid in total other professional fees since filing the case?   $ 7431.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 15000.00 | − | $ 15005.78 | = | $ -5.78 |
| 33. **Cash disbursements** | $ 14000.00 | − | $ 13479.36 | = | $ 520.64 |
| 34. **Net cash flow** | $ 1000.00 | − | $ 1526.42 | = | $ 526.42 |

35. Total projected cash receipts for the next month:   $ 15000.00

36. Total projected cash disbursements for the next month:   − $ 14000.00

37. Total projected net cash flow for the next month:   = $ 1000.00

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

- ☑ 39.  Bank reconciliation reports for each account.

- ☑ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

- ☐ 41.  Budget, projection, or forecast reports.

- ☐ 42.  Project, job costing, or work-in-progress reports.

Print        Save As...        Reset

EXHIBIT C

# Three Aminos LLC

## Transaction Report

### January 2024

| DATE | TRANSACTION TYPE | NUM | ADJ | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| **Pinnacle Bank - 4369 DIP** | | | | | | | | |
| Beginning Balance | | | | | | | | |
| 01/02/2024 | Deposit | 88178458675 | No | | 88178458675 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 594.28 |
| 01/03/2024 | Deposit | 88189370419 | No | | 88189370419 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 989.27 |
| 01/04/2024 | Payment | | No | Healthy Life Enterprises, Inc | | 10100 Pinnacle Bank - 4369 DIP | 11000 Accounts Receivable | 216.00 |
| 01/04/2024 | Deposit | 88219254835 | No | | 88219254835 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 156.35 |
| 01/05/2024 | Deposit | 88240521267 | No | | 88240521267 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 596.97 |
| 01/08/2024 | Deposit | 88257232947 | No | | 88257232947 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 935.41 |
| 01/08/2024 | Payment | | No | Healthy Life Enterprises, Inc | | 10100 Pinnacle Bank - 4369 DIP | 11000 Accounts Receivable | 162.00 |
| 01/09/2024 | Deposit | 88283414579 | No | | 88283414579 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 685.36 |
| 01/10/2024 | Payment | | No | Healthy Life Enterprises, Inc | | 10100 Pinnacle Bank - 4369 DIP | 11000 Accounts Receivable | 54.00 |
| 01/10/2024 | Payment | | No | Healthy Life Enterprises, Inc | | 10100 Pinnacle Bank - 4369 DIP | 11000 Accounts Receivable | 108.00 |
| 01/10/2024 | Deposit | 88304681011 | No | | 88304681011 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 149.61 |
| 01/10/2024 | Payment | | No | Healthy Life Enterprises, Inc | | 10100 Pinnacle Bank - 4369 DIP | 11000 Accounts Receivable | 54.00 |
| 01/11/2024 | Payment | | No | Healthy Life Enterprises, Inc | | 10100 Pinnacle Bank - 4369 DIP | 11000 Accounts Receivable | 162.00 |
| 01/11/2024 | Deposit | 88316805171 | No | | 88316805171 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 777.55 |
| 01/12/2024 | Deposit | 88333287475 | No | | 88333287475 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 211.25 |
| 01/16/2024 | Deposit | 88363860019 | No | | 88363860019 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 225.33 |
| 01/16/2024 | Payment | | No | Healthy Life Enterprises, Inc | | 10100 Pinnacle Bank - 4369 DIP | 11000 Accounts Receivable | 54.00 |
| 01/16/2024 | Payment | | No | Healthy Life Enterprises, Inc | | 10100 Pinnacle Bank - 4369 DIP | 11000 Accounts Receivable | 162.00 |
| 01/17/2024 | Deposit | 88382668851 | No | | 88382668851 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 914.19 |
| 01/18/2024 | Deposit | 88418680883 | No | | 88418680883 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 225.06 |
| 01/18/2024 | Payment | | No | Healthy Life Enterprises, Inc | | 10100 Pinnacle Bank - 4369 DIP | 11000 Accounts Receivable | 54.00 |
| 01/18/2024 | Payment | | No | Healthy Life Enterprises, Inc | | 10100 Pinnacle Bank - 4369 DIP | 11000 Accounts Receivable | 108.00 |
| 01/18/2024 | Payment | | No | Healthy Life Enterprises, Inc | | 10100 Pinnacle Bank - 4369 DIP | 11000 Accounts Receivable | 162.00 |
| 01/19/2024 | Deposit | 88430149683 | No | | 88430149683 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 237.13 |
| 01/19/2024 | Deposit | | No | Stripe Customer | STRIPE TRANSFER ST-G2A2V7Q2A1D9 XXXXXX5600 LAURA LILE | 10100 Pinnacle Bank - 4369 DIP | -Split- | 2,485.46 |
| 01/22/2024 | Deposit | | No | Stripe Customer | STRIPE TRANSFER ST-C5W2G0W8F8W3 XXXXXX5600 LAURA LILE | 10100 Pinnacle Bank - 4369 DIP | -Split- | 696.88 |
| 01/22/2024 | Deposit | 88458133555 | No | | 88458133555 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 312.61 |
| 01/23/2024 | Deposit | 88471732275 | No | | 88471732275 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 1,547.30 |
| 01/24/2024 | Deposit | 88502796339 | No | | 88502796339 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 77.89 |
| 01/25/2024 | Deposit | 88523014195 | No | | 88523014195 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 153.74 |
| 01/26/2024 | Deposit | 88532418611 | No | | 88532418611 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 366.94 |
| 01/29/2024 | Deposit | 88559910963 | No | | 88559910963 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 5.74 |
| 01/30/2024 | Deposit | 88571707443 | No | | 88571707443 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 834.65 |
| 01/31/2024 | Deposit | 88603983923 | No | | 88603983923 | 10100 Pinnacle Bank - 4369 DIP | 13105 Channel Clearing Account:Shopify if200.myshopify.com Clearing Account | 152.81 |
| 01/31/2024 | Payment | | No | Healthy Life Enterprises, Inc | | 10100 Pinnacle Bank - 4369 DIP | 11000 Accounts Receivable | 270.00 |
| 01/31/2024 | Payment | | No | Healthy Life Enterprises, Inc | | 10100 Pinnacle Bank - 4369 DIP | 11000 Accounts Receivable | 108.00 |
| **Total for Pinnacle Bank - 4369 DIP** | | | | | | | | **$15,005.78** |
| **TOTAL** | | | | | | | | **$15,005.78** |

# Three Aminos LLC

## Transaction Report

### January 2024

Accrual Basis    Saturday, February... ...4 GMT-05:00

# Three Aminos LLC

## Transaction Report

### January 2024

| DATE | TRANSACTION TYPE | NUM | ADJ | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT |
|------|------------------|-----|-----|------|------------------|---------|-------|--------|
| **Pinnacle Bank - 4369 DIP** | | | | | | | | |
| Beginning Balance | | | | | | | | |
| 01/01/2024 | Check | 995008 | No | Lee Palmer | Check # 995006 | 10100 Pinnacle Bank - 4369 DIP | 66000 Rent Expense | -590.00 |
| 01/02/2024 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-G3R5M2E9W5W4 XXXXXX8598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx/Shipbob) Fees | -38.41 |
| 01/02/2024 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-Y1A0V9H9G4N5 XXXXXX8598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx/Shipbob) Fees | -32.92 |
| 01/02/2024 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-A1M8O4K8V5Y3 XXXXXX8598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx/Shipbob) Fees | -32.12 |
| 01/02/2024 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-A0Y7N2A8U0M5 XXXXXX8598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx/Shipbob) Fees | -14.70 |
| 01/02/2024 | Expense | | No | Shopify | 2200 BUSSE RD SHOPIFY* 210876 ELK GROVE VIL IL 10224 Card#9236 | 10100 Pinnacle Bank - 4369 DIP | 63800 Credit Card Transaction Fees | -118.20 |
| 01/04/2024 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-V8J5W1W5E0P1 XXXXXX8598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | 50600 Inventory Storage Fees | -1,758.00 |
| 01/05/2024 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-B3N8V8P4V2I3 XXXXXX5600 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx/Shipbob) Fees | -73.54 |
| 01/08/2024 | Expense | | No | TAXCLOUD | TaxCloud SALES_TAX_ 46618 XXXXXX1139 Three Aminos | 10100 Pinnacle Bank - 4369 DIP | 29160 Sales Tax Payable:Shopify Sales Tax | -15.46 |
| 01/08/2024 | Expense | | No | Bill.com LLC | BILL.COM LLC BILLING 1B4EJGJNUJS45U XXXXXX9000 Three Aminos LLC | 10100 Pinnacle Bank - 4369 DIP | 63150 Office Expenses:Dues and Subscriptions | -167.94 |
| 01/08/2024 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-C4U5J6T0Y3H4 XXXXXX5600 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx/Shipbob) Fees | -48.42 |
| 01/08/2024 | Expense | | No | SKIO SUBSCRIPTIONS | 2261 Market Street#4096 SKIO SUBSCRIPTI SAN FRANCISCO CA 10624 Card#9236 | 10100 Pinnacle Bank - 4369 DIP | 63150 Office Expenses:Dues and Subscriptions | -472.69 |
| 01/08/2024 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-L7U8E8P3V4Y5 XXXXXX8598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx/Shipbob) Fees | -77.73 |
| 01/09/2024 | Expense | | No | USPS | 475 L'ENFANT PLAZA SW USPS STAMPS END 888-4340055 DC 10824 Card#9236 | 10100 Pinnacle Bank - 4369 DIP | 49062 Shipping and Handling:Postage Expense | -50.00 |
| 01/09/2024 | Journal Entry | BILL 01-09-24 AP rArP | No | | BILL 01/09/24 Payables Funding | 10100 Pinnacle Bank - 4369 DIP | -Split- | -590.00 |
| 01/09/2024 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-J6D0S8K4M8Y1 XXXXXX5600 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx/Shipbob) Fees | -14.60 |
| 01/10/2024 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-A8E4H8Q8J5X8 XXXXXX8598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx/Shipbob) Fees | -15.61 |
| 01/11/2024 | QuickBooks Payments | | No | | INTUIT * QBooks onl 8943185 XXXXXX6346 THREE AMINOS | 10100 Pinnacle Bank - 4369 DIP | 63150 Office Expenses:Dues and Subscriptions | -90.00 |
| 01/11/2024 | QuickBooks Payments | | No | | INTUIT * QBooks onl 8943137 XXXXXX6346 THREE AMINOS | 10100 Pinnacle Bank - 4369 DIP | 63150 Office Expenses:Dues and Subscriptions | -98.78 |
| 01/11/2024 | Expense | | No | Amazon | 440 Terry Ave N AMZ*Amazon Paym AMZN.COM/BILL WA 11024 Card#9236 | 10100 Pinnacle Bank - 4369 DIP | 50500 IF200 Amazon Seller Fees | -1,688.05 |
| 01/11/2024 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-L9G9C1P1W5L7 XXXXXX8598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx/Shipbob) Fees | -75.92 |
| 01/12/2024 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-U2S5K7L1M1H3 XXXXXX8598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx/Shipbob) Fees | -22.83 |
| 01/16/2024 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-C6W8K3W1C2U7 XXXXXX8598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx/Shipbob) Fees | -31.51 |
| 01/16/2024 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-A0U3W8A3V1K5 XXXXXX8598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx/Shipbob) Fees | -7.12 |
| 01/16/2024 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-T9D3T4W8X6R8 XXXXXX8598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx/Shipbob) Fees | -15.61 |
| 01/17/2024 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-H2B9V8B2P1R5 XXXXXX8598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx/Shipbob) Fees | -7.48 |
| 01/17/2024 | Expense | | No | TAXCLOUD | TAXCLOUD 7SDTKA4 3HFX XXXXXX0203 Three Aminos | 10100 Pinnacle Bank - 4369 DIP | 29100 Sales Tax Payable | -374.88 |
| 01/19/2024 | Expense | | No | GoDaddy.com | 2155 E GoDaddy Way DNH*GODADDY.COM TEMPE AZ 11824 Card#9236 | 10100 Pinnacle Bank - 4369 DIP | 63150 Office Expenses:Dues and Subscriptions | -78.89 |
| 01/19/2024 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-I6D9H7O9C7A3 XXXXXX8598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx/Shipbob) Fees | -45.99 |
| 01/19/2024 | Expense | | No | Stamps.com | 4301 Bullcreek Rd STAMPS.COM 855-608-2677 TX 11924 Card#9236 | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx/Shipbob) Fees | -19.99 |
| 01/22/2024 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-C7P8D2E5B2L8 XXXXXX8598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx/Shipbob) Fees | -84.09 |
| 01/22/2024 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-G0U7M4I5K4L7 XXXXXX8598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx/Shipbob) Fees | -14.60 |
| 01/22/2024 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-Y2J2V2B3R9R3 XXXXXX8598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx/Shipbob) Fees | -31.29 |
| 01/23/2024 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-T1Y6B8V5D8R4 XXXXXX8598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx/Shipbob) Fees | -25.15 |
| 01/24/2024 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-N3R9X0Z7D9U4 XXXXXX8598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx/Shipbob) Fees | -60.19 |
| 01/25/2024 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-Z6L2R5E0N1M5 XXXXXX8598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx/Shipbob) Fees | -348.15 |
| 01/25/2024 | Expense | | No | Amazon | 440 Terry Ave N AMZ*Amazon Paym AMZN.COM/BILL WA 12424 Card#9236 | 10100 Pinnacle Bank - 4369 DIP | 50500 IF200 Amazon Seller Fees | -112.52 |
| 01/26/2024 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-O9X4G1Z5Q6N0 XXXXXX8598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx/Shipbob) Fees | -40.07 |
| 01/26/2024 | Expense | | No | Fedex | 3875 AIRWAYS BLVD FEDEX51263382 800-4633339 TN 12524 Card#9236 | 10100 Pinnacle Bank - 4369 DIP | 49062 Shipping and Handling:Postage Expense (USPS) | -59.26 |
| 01/29/2024 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-Y4R7Z8I5F0K3 XXXXXX5600 | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost | -17.06 |

# Three Aminos LLC

## Transaction Report

### January 2024

| DATE | TRANSACTION TYPE | NUM | ADJ | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT |
|------|------------------|-----|-----|------|-----------------|---------|-------|--------|
| | | | | | SHIPBOB | 4369 DIP | (FedEx/Shipbob) Fees | |
| 01/29/2024 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-F6D9L3L1D8O1 XXXXXX8598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx/Shipbob) Fees | -23.11 |
| 01/29/2024 | Expense | | No | QuickBooks Payments | INTUIT * QBooks Onl 4287394 XXXXXX6346 THREE AMINOS | 10100 Pinnacle Bank - 4369 DIP | 63150 Office Expenses:Dues and Subscriptions | -200.00 |
| 01/29/2024 | Check | 995009 | No | Lee Palmer | Check # 995006 | 10100 Pinnacle Bank - 4369 DIP | 66000 Rent Expense | -590.00 |
| 01/29/2024 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-Y1X7V4Q1V2Y6 XXXXXX5600 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx/Shipbob) Fees | -17.06 |
| 01/30/2024 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-U1I9Q9Q1I7E3 XXXXXX8598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx/Shipbob) Fees | -34.01 |
| 01/30/2024 | Journal Entry | BILL 01-30-24 AP rziH | No | | BILL 01/30/24 Payables Funding | 10100 Pinnacle Bank - 4369 DIP | -Split- | -5,000.00 |
| 01/31/2024 | Expense | | No | Ship Bob | ShipBob.com ShipBob.co ST-G7K3D6K5E7M4 XXXXXX8598 SHIPBOB | 10100 Pinnacle Bank - 4369 DIP | 49061 Shipping and Handling:Shipping Cost (FedEx/Shipbob) Fees | -155.41 |
| **Total for Pinnacle Bank - 4369 DIP** | | | | | | | | **$ -13,479.36** |
| **TOTAL** | | | | | | | | **$ -13,479.36** |

# Three Aminos LLC

## A/P Aging Summary

### As of January 31, 2024

|  | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | TOTAL |
|---|---|---|---|---|---|---|
| Bradley Arant Boult Cummings LLP | 11,392.00 | 13,748.93 | 27,464.83 | 13,514.18 | 14,506.00 | $80,625.94 |
| Lile Wellness | 3,309.69 |  | 3,757.69 | 525.00 | 77.00 | $7,669.38 |
| **TOTAL** | **$14,701.69** | **$13,748.93** | **$31,222.52** | **$14,039.18** | **$14,583.00** | **$88,295.32** |

# Three Aminos LLC

## A/R Aging Summary

As of January 31, 2024

|  | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | TOTAL |
|---|---|---|---|---|---|---|
| Healthy Life Enterprises, Inc | 1,404.00 |  |  |  | -21.00 | $1,383.00 |
| **TOTAL** | **$1,404.00** | **$0.00** | **$0.00** | **$0.00** | **$ -21.00** | **$1,383.00** |

150 Third Avenue South
Suite 900
Nashville, TN 37201
www.pnfp.com

Client Service Center 800-264-3613
Pinnacle Anytime 866-755-5428

**Pinnacle**℠

RETURN SERVICE REQUESTED

Account
XXXXXXXX4369

Three Aminos LLC
Debtor in Posession
312 3rd Ave S
Franklin, TN 37064-2620

## Statement of Account

Horizon 75

| Balance 1/01/24 | Summary | |
|---|---|---|
| $ 12,775.09 | | |
| | Credits | +$15,005.78 |
| Balance 1/31/24 | Interest | +$.00 |
| $ 14,301.51 | Debits | - $13,479.36 |

### Credit Transactions

Deposits

| Date | Description | Amount |
|---|---|---|
| 1/02 | Shopify      TRANSFER ST-O9F6W6H9G3D7<br>1800948598 THREE AMINOS LLC | 594.28 |
| 1/03 | Shopify      TRANSFER ST-N0J7W5G9D5E7<br>1800948598 THREE AMINOS LLC | 989.27 |
| 1/04 | Shopify      TRANSFER ST-I6I7Y5O2T7D6<br>1800948598 THREE AMINOS LLC | 156.35 |
| 1/04 | Healthy Life Ent Receivable 016YNNZUN37D6QJ<br>1204895317 Three Aminos LLC | 216.00 |
| 1/05 | Shopify      TRANSFER ST-X0P1Y3O2U3N3<br>1800948598 THREE AMINOS LLC | 596.97 |
| 1/08 | Healthy Life Ent Receivable 016QAETKC37HBNC<br>1204895317 Three Aminos LLC | 162.00 |
| 1/08 | Shopify      TRANSFER ST-Q1T7V6P1K0C1<br>1800948598 THREE AMINOS LLC | 935.41 |
| 1/09 | Shopify      TRANSFER ST-J6L2L6D1O2L2<br>1800948598 THREE AMINOS LLC | 685.36 |
| 1/10 | Shopify      TRANSFER ST-K1V4A5C5U3P7<br>1800948598 THREE AMINOS LLC | 149.61 |
| 1/10 | Healthy Life Ent Receivable 016ATWUEZ37L2I0<br>1204895317 Three Aminos LLC | 216.00 |

Member FDIC
EQUAL HOUSING LENDER



## ELECTRONIC TRANSFER ERROR RESOLUTION

This Electronic Transfer Error Resolution only applies to accounts held for personal, family or household purposes and is therefore not applicable to business, trust accounts, or any such account held for non-personal purposes.

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed at the end of this disclosure, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

- Tell us your name and account number (if any).

- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

- Tell us the dollar amount of the suspected error.

We must hear from you no later than 60 days after we send the FIRST statement on which the problem or error appeared.

We will provide provisional credit for the amount that you think is in error within 10 business days of your complaint and begin an investigation of the transaction(s). In most cases, we will disclose the results of the investigation within 10 business days of your complaint and correct any error promptly. If we need more time to investigate the complaint, we may take up to 45 days (90 days if the transfer involved a point-of-sale transaction or a foreign initiated transfer) to complete our investigation. However, you will have use of the funds in question during our investigation.

**Pinnacle Bank**
150 3rd Avenue South, Suite 900
Nashville, TN 37201
(800) 264-3613

| 1/11 | Healthy Life Ent  Receivable 016SBQCIN37MT0U  1204895317 Three Aminos LLC | 162.00 |
|------|---------------------------------------------------------------------------|--------|
| 1/11 | Shopify          TRANSFER ST-E7W4A2P3OOC7  1800948598 THREE AMINOS LLC | 777.55 |
| 1/12 | Shopify          TRANSFER ST-C9L8E9J6P7U4  1800948598 THREE AMINOS LLC | 211.25 |
| 1/16 | Healthy Life Ent  Receivable 016OJPBNH37QQGK  1204895317 Three Aminos LLC | 216.00 |
| 1/16 | Shopify          TRANSFER ST-I0M5H7R2S3C9  1800948598 THREE AMINOS LLC | 225.33 |
| 1/17 | Shopify          TRANSFER ST-C3L8V9T2Y4A6  1800948598 THREE AMINOS LLC | 914.19 |
| 1/18 | Healthy Life Ent  Receivable 016GVELSV37UYZ7  1204895317 Three Aminos LLC | 162.00 |
| 1/18 | Healthy Life Ent  Receivable 016QPBMLX37UYZ6  1204895317 Three Aminos LLC | 162.00 |
| 1/18 | Shopify          TRANSFER ST-D0F0Q4J4K8E3  1800948598 THREE AMINOS LLC | 225.00 |
| 1/19 | Shopify          TRANSFER ST-U1H2Z4A2J5Y9  1800948598 THREE AMINOS LLC | 237.13 |
| 1/19 | STRIPE           TRANSFER ST-G2A2V7Q2A1D9  4270465600 LAURA LILE | 2,485.46 |
| 1/22 | Shopify          TRANSFER ST-S1S0S8Q7U2Y1  1800948598 THREE AMINOS LLC | 312.61 |
| 1/22 | STRIPE           TRANSFER ST-C5W2G0W8F8W3  4270465600 LAURA LILE | 696.88 |
| 1/23 | Shopify          TRANSFER ST-C9S8U0I4S7V8  1800948598 THREE AMINOS LLC | 1,547.30 |
| 1/24 | Shopify          TRANSFER ST-B1Q2H4P5E9Z0  1800948598 THREE AMINOS LLC | 77.89 |
| 1/25 | Shopify          TRANSFER ST-S2F4I4N8Z1L4  1800948598 THREE AMINOS LLC | 153.74 |
| 1/26 | Shopify          TRANSFER ST-P7Z5C0M5T4S9  1800948598 THREE AMINOS LLC | 366.94 |
| 1/29 | Shopify          TRANSFER ST-T3X7D8W9L6M5  1800948598 THREE AMINOS LLC | 5.74 |
| 1/30 | Shopify          TRANSFER ST-C6D4P0Y2V7C7  1800948598 THREE AMINOS LLC | 834.65 |
| 1/31 | Healthy Life Ent  Receivable 016EIQCUD38ATPS  1204895317 Three Aminos LLC | 108.00 |
| 1/31 | Shopify          TRANSFER ST-A1A2H4G7L6B0  1800948598 THREE AMINOS LLC | 152.81 |
| 1/31 | Healthy Life Ent  Receivable 016SNJCIR38ATPT  1204895317 Three Aminos LLC | 270.00 |
| **Total Credits** | | **$15,005.78** |

## Debit Transactions

### Other Debits

| 1/02 | 2200 BUSSE RD SHOPIFY* 210876 ELK GROVE VIL IL 010224  Card#9236 | 118.20 |
|------|------------------------------------------------------------------|--------|
| 1/02 | ShipBob.com       ShipBob.co ST-A0Y7N2A8U0M5  1800948598 SHIPBOB | 14.70 |
| 1/02 | ShipBob.com       ShipBob.co ST-A1M8O4K8V5Y3  1800948598 SHIPBOB | 32.12 |
| 1/02 | ShipBob.com       ShipBob.co ST-Y1A0V9H9G4N5  1800948598 SHIPBOB | 32.92 |
| 1/02 | ShipBob.com       ShipBob.co ST-G3R5M2E9W5W4  1800948598 SHIPBOB | 38.41 |
| 1/04 | ShipBob.com       ShipBob.co ST-V8J5W1W5E0P1  1800948598 SHIPBOB | 1,758.00 |
| 1/05 | ShipBob.com       ShipBob.co ST-B3N8V8P4V2I3  4270465600 SHIPBOB | 73.54 |
| 1/08 | 2261 Market Street#4096 SKIO SUBSCRIPTI SAN FRANCISCO CA 010624  Card#9236 | 472.69 |
| 1/08 | TaxCloud          SALES_TAX_ 46618          1203271139 Three Aminos | 15.46 |
| 1/08 | ShipBob.com       ShipBob.co ST-C4U5J6T0Y3H4  4270465600 SHIPBOB | 48.42 |
| 1/08 | ShipBob.com       ShipBob.co ST-L7U8E8P3V4Y5  1800948598 SHIPBOB | 77.73 |
| 1/08 | BILL.COM LLC      BILLING 01B4EJGJNUJS45U  1082689000 Three Aminos LLC | 167.94 |
| 1/09 | 475 L'ENFANT PLAZA SW USPS STAMPS END 888-4340055 DC 010824  Card#9236 | 50.00 |
| 1/09 | ShipBob.com       ShipBob.co ST-J6D0S8K4M8Y1  4270465600 SHIPBOB | 14.60 |
| 1/09 | Bill.com          Payables 016DVTFKG37I7MI  1204895317 Three Aminos LLC | 590.00 |
| 1/10 | ShipBob.com       ShipBob.co ST-A8E4H8Q8J5X8  1800948598 SHIPBOB | 15.61 |
| 1/11 | 440 Terry Ave N AMZ*Amazon Paym AMZN.COM/BILL WA 011024  Card#9236 | 1,688.05 |

| 1/11 | ShipBob.com | ShipBob.co ST-L9G9C1P1W5L7 1800948598 SHIPBOB | 75.92 |
|------|-------------|-----------------------------------------------|-------|
| 1/11 | INTUIT * | QBooks Onl 8943185 0000756346 THREE AMINOS | 90.00 |
| 1/11 | INTUIT * | QBooks Onl 8943137 0000756346 THREE AMINOS | 98.78 |
| 1/12 | ShipBob.com | ShipBob.co ST-U2S5K7L1M1H3 1800948598 SHIPBOB | 22.83 |
| 1/16 | ShipBob.com | ShipBob.co ST-A0U3W8A3V1K5 1800948598 SHIPBOB | 7.12 |
| 1/16 | ShipBob.com | ShipBob.co ST-T9D3T4W8X6R8 1800948598 SHIPBOB | 15.61 |
| 1/16 | ShipBob.com | ShipBob.co ST-C6W8K3W1C2U7 1800948598 SHIPBOB | 31.51 |
| 1/17 | ShipBob.com | ShipBob.co ST-H2B9V8B2P1R5 1800948598 SHIPBOB | 7.48 |
| 1/17 | TAXCLOUD | 7SDTKA4 3HFX 0514670203 Three Aminos | 374.88 |
| 1/19 | 4301 Bullcreek Rd STAMPS.COM 855-608-2677 TX 011924 Card#9236 | | 19.99 |
| 1/19 | 2155 E GoDaddy Way DNH*GODADDY.COM TEMPE AZ 011824 Card#9236 | | 78.89 |
| 1/19 | ShipBob.com | ShipBob.co ST-I6D9H7O9C7A3 1800948598 SHIPBOB | 45.99 |
| 1/22 | ShipBob.com | ShipBob.co ST-G0U7M4I5K4L7 1800948598 SHIPBOB | 14.60 |
| 1/22 | ShipBob.com | ShipBob.co ST-Y2J2V2B3R9R3 1800948598 SHIPBOB | 31.29 |
| 1/22 | ShipBob.com | ShipBob.co ST-C7P8D2E5B2L8 1800948598 SHIPBOB | 84.09 |
| 1/23 | ShipBob.com | ShipBob.co ST-T1Y6B8V5D8R4 1800948598 SHIPBOB | 25.15 |
| 1/24 | ShipBob.com | ShipBob.co ST-N3R9X0Z7D9U4 1800948598 SHIPBOB | 60.19 |
| 1/25 | 440 Terry Ave N AMZ*Amazon Paym AMZN.COM/BILL WA 012424 Card#9236 | | 112.52 |
| 1/25 | ShipBob.com | ShipBob.co ST-Z6L2R5E0N1M5 1800948598 SHIPBOB | 348.15 |
| 1/26 | 3875 AIRWAYS BLVD FEDEX51263382 800-4633339 TN 012524 Card#9236 | | 59.26 |
| 1/26 | ShipBob.com | ShipBob.co ST-O9X4G1Z5Q6N0 1800948598 SHIPBOB | 40.07 |
| 1/29 | ShipBob.com | ShipBob.co ST-Y4R7Z8I5F0K3 4270465600 SHIPBOB | 17.06 |
| 1/29 | ShipBob.com | ShipBob.co ST-Y1X7V4Q1V2Y6 4270465600 SHIPBOB | 17.06 |
| 1/29 | ShipBob.com | ShipBob.co ST-F6D9L3L1D8O1 1800948598 SHIPBOB | 23.11 |
| 1/29 | INTUIT * | QBooks Onl 4287394 0000756346 THREE AMINOS | 200.00 |
| 1/30 | ShipBob.com | ShipBob.co ST-U1I9Q9Q1I7E3 1800948598 SHIPBOB | 34.01 |
| 1/30 | Bill.com | Payables 016ROPVJB387YKW 1204895317 Three Aminos LLC | 5,000.00 |
| 1/31 | ShipBob.com | ShipBob.co ST-G7K3D6K5E7M4 1800948598 SHIPBOB | 155.41 |

**Checks**

| 1/05 | Check 995008 | 590.00 |
|------|--------------|--------|
| 1/31 | Check 995009 | 590.00 |
| **Total Debits** | | **$13,479.36** |

(*) Indicates gap in check number sequenece

| Average Balance This Statement | $14,884.36 | Annual Percentage Yield Earned | .00% |
|--------------------------------|------------|--------------------------------|------|
| Interest Earned This Period | $.00 | Days in Period | 31 |
| Interest Paid Year to Date | $.00 | Interest Paid | $.00 |

## DAILY BALANCE INFORMATION

| | | | | | | |
|------|-----------|------|-----------|------|-----------|
| 1/01 | 12,775.09 | 1/09 | 13,016.00 | 1/18 | 14,009.20 |
| 1/02 | 13,133.02 | 1/10 | 13,366.00 | 1/19 | 16,586.92 |
| 1/03 | 14,122.29 | 1/11 | 12,352.80 | 1/22 | 17,466.43 |
| 1/04 | 12,736.64 | 1/12 | 12,541.22 | 1/23 | 18,988.58 |
| 1/05 | 12,670.07 | 1/16 | 12,928.31 | 1/24 | 19,006.28 |
| 1/08 | 12,985.24 | 1/17 | 13,460.14 | 1/25 | 18,699.35 |

Case 3:23-bk-02202   Doc 151   Filed 04/02/24   Entered 04/02/24 11:54:15   Desc Main
Document      Page 14 of 23

| | | | |
|---|---|---|---|
| 1/26 | 18,966.96 | 1/30 | 14,516.11 |
| 1/29 | 18,715.47 | 1/31 | 14,301.51 |

Intentionally Left Blank



#995008      01/05/2024      $590.00      #995009      01/31/2024      $590.00

## Three Aminos LLC

**10100 Pinnacle Bank - 4369 DIP, Period Ending 01/31/2024**

**RECONCILIATION REPORT**

Reconciled on: 02/16/2024

Reconciled by: Ann Miller

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 12,775.09 |
| Checks and payments cleared (47) | -13,479.36 |
| Deposits and other credits cleared (36) | 15,005.78 |
| Statement ending balance | 14,301.51 |
| | |
| Register balance as of 01/31/2024 | 14,301.51 |
| Cleared transactions after 01/31/2024 | 0.00 |
| Uncleared transactions after 01/31/2024 | -782.24 |
| Register balance as of 02/16/2024 | 13,519.27 |

**Details**

Checks and payments cleared (47)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 12/29/2023 | Check | 995008 | Lee Palmer | -590.00 |
| 01/02/2024 | Expense | | Shopify | -118.20 |
| 01/02/2024 | Expense | | Ship Bob | -32.12 |
| 01/02/2024 | Expense | | Ship Bob | -32.92 |
| 01/02/2024 | Expense | | Ship Bob | -38.41 |
| 01/02/2024 | Expense | | Ship Bob | -14.70 |
| 01/04/2024 | Expense | | Ship Bob | -1,758.00 |
| 01/05/2024 | Expense | | Ship Bob | -73.54 |
| 01/08/2024 | Expense | | Ship Bob | -48.42 |
| 01/08/2024 | Expense | | SKIO SUBSCRIPTIONS | -472.69 |
| 01/08/2024 | Expense | | Bill.com LLC | -167.94 |
| 01/08/2024 | Expense | | TAXCLOUD | -15.46 |
| 01/08/2024 | Expense | | Ship Bob | -77.73 |
| 01/09/2024 | Journal | BILL 01-09-24 AP rArP | | -590.00 |
| 01/09/2024 | Expense | | Ship Bob | -14.60 |
| 01/09/2024 | Expense | | USPS | -50.00 |
| 01/10/2024 | Expense | | Ship Bob | -15.61 |
| 01/11/2024 | Expense | | Amazon | -1,688.05 |
| 01/11/2024 | Expense | | Ship Bob | -75.92 |
| 01/11/2024 | Expense | | QuickBooks Payments | -90.00 |
| 01/11/2024 | Expense | | QuickBooks Payments | -98.78 |
| 01/12/2024 | Expense | | Ship Bob | -22.83 |
| 01/16/2024 | Expense | | Ship Bob | -15.61 |
| 01/16/2024 | Expense | | Ship Bob | -7.12 |
| 01/16/2024 | Expense | | Ship Bob | -31.51 |
| 01/17/2024 | Expense | | TAXCLOUD | -374.88 |
| 01/17/2024 | Expense | | Ship Bob | -7.48 |
| 01/19/2024 | Expense | | Ship Bob | -45.99 |
| 01/19/2024 | Expense | | GoDaddy.com | -78.89 |
| 01/19/2024 | Expense | | Stamps.com | -19.99 |
| 01/22/2024 | Expense | | Ship Bob | -31.29 |

| 01/22/2024 | Expense | | Ship Bob | -14.60 |
| 01/22/2024 | Expense | | Ship Bob | -84.09 |
| 01/23/2024 | Expense | | Ship Bob | -25.15 |
| 01/24/2024 | Expense | | Ship Bob | -60.19 |
| 01/25/2024 | Expense | | Ship Bob | -348.15 |
| 01/25/2024 | Expense | | Amazon | -112.52 |
| 01/26/2024 | Expense | | Ship Bob | -40.07 |
| 01/26/2024 | Expense | | Fedex | -59.26 |
| 01/29/2024 | Expense | | Ship Bob | -17.06 |
| 01/29/2024 | Expense | | QuickBooks Payments | -200.00 |
| 01/29/2024 | Expense | | Ship Bob | -17.06 |
| 01/29/2024 | Check | 995009 | Lee Palmer | -590.00 |
| 01/29/2024 | Expense | | Ship Bob | -23.11 |
| 01/30/2024 | Expense | | Ship Bob | -34.01 |
| 01/30/2024 | Journal | BILL 01-30-24 AP rziH | | -5,000.00 |
| 01/31/2024 | Expense | | Ship Bob | -155.41 |

| Total | | | | -13,479.36 |

Deposits and other credits cleared (36)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
| --- | --- | --- | --- | --- |
| 01/02/2024 | Deposit | 88178458675 | | 594.28 |
| 01/03/2024 | Deposit | 88189370419 | | 989.27 |
| 01/04/2024 | Deposit | 88219254835 | | 156.35 |
| 01/04/2024 | Receive Payment | | Healthy Life Enterprises, Inc | 216.00 |
| 01/05/2024 | Deposit | 88240521267 | | 596.97 |
| 01/08/2024 | Deposit | 88257232947 | | 935.41 |
| 01/08/2024 | Receive Payment | | Healthy Life Enterprises, Inc | 162.00 |
| 01/09/2024 | Deposit | 88283414579 | | 685.36 |
| 01/10/2024 | Deposit | 88304681011 | | 149.61 |
| 01/10/2024 | Receive Payment | | Healthy Life Enterprises, Inc | 54.00 |
| 01/10/2024 | Receive Payment | | Healthy Life Enterprises, Inc | 108.00 |
| 01/10/2024 | Receive Payment | | Healthy Life Enterprises, Inc | 54.00 |
| 01/11/2024 | Deposit | 88316805171 | | 777.55 |
| 01/11/2024 | Receive Payment | | Healthy Life Enterprises, Inc | 162.00 |
| 01/12/2024 | Deposit | 88333287475 | | 211.25 |
| 01/16/2024 | Deposit | 88363860019 | | 225.33 |
| 01/16/2024 | Receive Payment | | Healthy Life Enterprises, Inc | 54.00 |
| 01/16/2024 | Receive Payment | | Healthy Life Enterprises, Inc | 162.00 |
| 01/17/2024 | Deposit | 88382668851 | | 914.19 |
| 01/18/2024 | Deposit | 88418680883 | | 225.06 |
| 01/18/2024 | Receive Payment | | Healthy Life Enterprises, Inc | 108.00 |
| 01/18/2024 | Receive Payment | | Healthy Life Enterprises, Inc | 162.00 |
| 01/18/2024 | Receive Payment | | Healthy Life Enterprises, Inc | 54.00 |
| 01/19/2024 | Deposit | 88430149683 | | 237.13 |
| 01/19/2024 | Deposit | | Stripe Customer | 2,485.46 |
| 01/22/2024 | Deposit | 88458133555 | | 312.61 |
| 01/22/2024 | Deposit | | Stripe Customer | 696.88 |
| 01/23/2024 | Deposit | 88471732275 | | 1,547.30 |
| 01/24/2024 | Deposit | 88502796339 | | 77.89 |
| 01/25/2024 | Deposit | 88523014195 | | 153.74 |
| 01/26/2024 | Deposit | 88532418611 | | 366.94 |
| 01/29/2024 | Deposit | 88559910963 | | 5.74 |
| 01/30/2024 | Deposit | 88571707443 | | 834.65 |
| 01/31/2024 | Deposit | 88603983923 | | 152.81 |
| 01/31/2024 | Receive Payment | | Healthy Life Enterprises, Inc | 270.00 |

| 01/31/2024 | Receive Payment | | Healthy Life Enterprises, Inc | 108.00 |
|---|---|---|---|---|

| Total | | | | 15,005.78 |
|---|---|---|---|---|

**Additional Information**

Uncleared checks and payments after 01/31/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/01/2024 | Expense | | Ship Bob | -83.27 |
| 02/02/2024 | Expense | | Ship Bob | -31.74 |
| 02/02/2024 | Expense | | Fedex | -88.75 |
| 02/02/2024 | Expense | | Shopify | -112.74 |
| 02/05/2024 | Expense | | | -111.63 |
| 02/05/2024 | Expense | | | -1,839.87 |
| 02/05/2024 | Expense | | | -53.56 |
| 02/06/2024 | Expense | | USPS | -100.00 |
| 02/06/2024 | Expense | | Bill.com LLC | -167.18 |
| 02/06/2024 | Expense | | Ship Bob | -21.83 |
| 02/06/2024 | Journal | BILL 02-06-24 AP rv.j | | -590.00 |
| 02/07/2024 | Expense | | SKIO SUBSCRIPTIONS | -480.19 |
| 02/07/2024 | Expense | | Ship Bob | -34.81 |
| 02/08/2024 | Journal | BILL 02-08-24 AP o9w2 | | -4,732.69 |
| 02/09/2024 | Expense | | Ship Bob | -24.96 |
| 02/12/2024 | Expense | | QuickBooks Payments | -98.78 |
| 02/12/2024 | Expense | | | -31.62 |
| 02/12/2024 | Expense | | QuickBooks Payments | -98.78 |
| 02/12/2024 | Expense | | | -24.38 |
| 02/12/2024 | Expense | | | -32.83 |

| Total | | | | -8,759.61 |
|---|---|---|---|---|

Uncleared deposits and other credits after 01/31/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/01/2024 | Deposit | 88619876403 | | 391.44 |
| 02/02/2024 | Deposit | 88632590387 | | 634.72 |
| 02/05/2024 | Deposit | 88666013747 | | 743.74 |
| 02/05/2024 | Deposit | | Stripe Customer | 2,472.66 |
| 02/06/2024 | Receive Payment | | Healthy Life Enterprises, Inc | 54.00 |
| 02/06/2024 | Deposit | 88681742387 | | 1,034.46 |
| 02/07/2024 | Deposit | 88700321843 | | 299.29 |
| 02/08/2024 | Receive Payment | | Healthy Life Enterprises, Inc | 216.00 |
| 02/08/2024 | Deposit | 88723423283 | | 162.66 |
| 02/09/2024 | Deposit | 88742264883 | | 153.78 |
| 02/12/2024 | Deposit | 88767922227 | | 231.96 |
| 02/12/2024 | Journal | BILL 02-12-24 AP o9xA | | 590.00 |
| 02/13/2024 | Deposit | 88784109619 | | 764.05 |
| 02/14/2024 | Deposit | 88813535283 | | 78.75 |
| 02/15/2024 | Deposit | 88832213043 | | 73.24 |
| 02/16/2024 | Deposit | 88848859187 | | 76.62 |

| Total | | | | 7,977.37 |
|---|---|---|---|---|

# Three Aminos LLC

## Balance Sheet

As of January 31, 2024

|  | TOTAL |
|---|---|
| ASSETS | |
| Current Assets | |
| Bank Accounts | |
| 10050 PNC Checking - 0614 | 0.00 |
| 10100 Pinnacle Bank - 4369 DIP | 14,301.51 |
| 10720 Bill.com Money Out Clearing | 0.00 |
| **Total Bank Accounts** | **$14,301.51** |
| Accounts Receivable | |
| 11000 Accounts Receivable | 1,383.00 |
| **Total Accounts Receivable** | **$1,383.00** |
| Other Current Assets | |
| 12000 Undeposited Funds | 0.00 |
| 12100 Inventory Asset | 1,831,435.73 |
| 13100 Channel Clearing Account | 1,041.97 |
| 14200 Intercompany Prothione | 2,016,471.55 |
| 14300 Intercompany  ICP | 0.00 |
| 14400 Intercompany LWP | 0.00 |
| 14700 Prepaid Expense | 0.00 |
| **Total Other Current Assets** | **$3,848,949.25** |
| **Total Current Assets** | **$3,864,633.76** |
| Fixed Assets | |
| 15000 Furniture and Equipment | 5,553.61 |
| 17900 Accumulated Depreciation | -5,553.61 |
| **Total Fixed Assets** | **$0.00** |
| Other Assets | |
| 16600 Stress Watchers | 2,500,000.00 |
| 16700 Innate | 153,470.00 |
| 16740 Website Development | 6,476.98 |
| 16750 Organizational Costs | 53,195.00 |
| 17905 Accumulated Amortization | -15,007.50 |
| **Total Other Assets** | **$2,698,134.48** |
| **TOTAL ASSETS** | **$6,562,768.24** |

# Three Aminos LLC

## Profit and Loss

### January 2024

|  | TOTAL |
|---|---:|
| Income |  |
| 43100 IF200 Channel Sales | 13,410.09 |
| 49060 Shipping and Handling | -1,401.61 |
| **Total Income** | **$12,008.48** |
| Cost of Goods Sold |  |
| 50100 IF200 | 1,770.00 |
| 50400 Shopify Selling Fees | 314.61 |
| 50500 IF200 Amazon Seller Fees | 1,006.41 |
| 50600 Inventory Storage Fees | 1,758.00 |
| **Total Cost of Goods Sold** | **$4,849.02** |
| **GROSS PROFIT** | **$7,159.46** |
| Expenses |  |
| 63000 Office Expenses | 1,108.30 |
| 63800 Credit Card Transaction Fees | 118.20 |
| 65000 Professional Fees | 11,392.00 |
| 66000 Rent Expense | 1,770.00 |
| 69905 Shared Expenses (CXO/Mgr) | 3,309.69 |
| **Total Expenses** | **$17,698.19** |
| NET OPERATING INCOME | **$ -10,538.73** |
| Other Expenses |  |
| 80200 Interest Expense | 8,548.80 |
| **Total Other Expenses** | **$8,548.80** |
| **NET OTHER INCOME** | **$ -8,548.80** |
| **NET INCOME** | **$ -19,087.53** |

Accrual Basis  Sunday, February 04, 2024 02:22:51 PM GMT-05:00

# Three Aminos LLC

### Balance Sheet

As of January 31, 2024

| | TOTAL |
|---|---:|
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| 20000 Accounts Payable | 1,210,799.57 |
| **Total Accounts Payable** | **$1,210,799.57** |
| Other Current Liabilities | |
| 23100 ICP - Byzfunder Loan | 97,301.84 |
| 23200 ICP - Kapitus Loans | 206,192.29 |
| 23300 ICP Loan - Bankers Healthcare Loan | 210,210.42 |
| 24100 Accrued Payroll | 0.00 |
| 28100 Due to ICP | 140,735.22 |
| 28200 Intercompany Jimani | 719,750.35 |
| 28300 Due to LWP | 0.00 |
| 28400 Interco Prothione | 0.00 |
| 29100 Sales Tax Payable | 20.34 |
| Comptroller Payable | 0.00 |
| **Total Other Current Liabilities** | **$1,374,210.46** |
| **Total Current Liabilities** | **$2,585,010.03** |
| Long-Term Liabilities | |
| 29500 Loan Payable - Jeff Benore | 461,548.82 |
| 29550 Loan Payable - Jim Tafel | 3,125,449.87 |
| **Total Long-Term Liabilities** | **$3,586,998.69** |
| **Total Liabilities** | **$6,172,008.72** |
| Equity | |
| 30000 Opening Balance Equity | 0.00 |
| 30700 Owner's Draw - Tafel | 0.00 |
| 30701 Capital contribution - Tafel | 1,522,500.00 |
| 30800 Owners Draw - Lile | 57,788.94 |
| 30801 Capital contribution - Lile | 2,646,009.35 |
| 30802 Savings Draw | 609,822.58 |
| 32000 Owners Equity | -4,426,273.82 |
| Net Income | -19,087.53 |
| **Total Equity** | **$390,759.52** |
| **TOTAL LIABILITIES AND EQUITY** | **$6,562,768.24** |

Case 3:23-bk-02202    Doc 151    Filed 04/02/24    Entered 04/02/24 11:54:15    Desc Main
Document    Page 23 of 23